UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ALUMINUM WAREHOUSING
ANTITRUST LITIGATION                                         MDL No. 2481


(SEE ATTACHED SCHEDULE)


CONDITIONAL TRANSFER ORDER (CTO –1)


On December 16, 2013, the Panel transferred 3 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Katherine B. Forrest.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Forrest.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of December 16, 2013, and, with the consent of that court, assigned to the Honorable Katherine B. Forrest.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.


Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 30, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _____
Deputy Clerk

IN RE: ALUMINUM WAREHOUSING
ANTITRUST LITIGATION                                              MDL No. 2481

### SCHEDULE CTO-1 − TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| CALIFORNIA CENTRAL | | | | |
| CAC | 5 | 13−01464 | Mag Instrument Inc v. The Goldman Sachs Group Inc et al | |
| MASSACHUSETTS | | | | |
| MA | 1 | 13−12746 | Pierce Aluminum Company, Inc. v. Goldman Sachs Group, Inc. et al | |
| MA | 1 | 13−12972 | Everett Aluminum Inc v. Goldman Sachs Group, Inc. et al | |
| MICHIGAN EASTERN | | | | |
| ~~MIE~~ | ~~2~~ | ~~13−13413~~ | ~~Team Ward, Inc. v. Goldman Sachs Group, Inc. et al~~ | Vacated 12/30/13 |
| MIE | 2 | 13−13418 | Custom Aluminum Products, Inc. v. Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−13555 | International Extrusions, Inc. v. Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−13701 | Kohlenberg v. Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−13878 | Welk−Ko Fabricators, Inc. et al v. Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−13925 | Talan Products, Inc. v. Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−14036 | Big River Outfitters, LLC v. Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−14067 | Ampal, Inc. v. Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−14087 | Seating Constructors USA, Inc. v. The Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−14194 | FFCustom Boats, LLC v. Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−14517 | SUNPORCH STRUCTURES, INC. v. Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−14617 | AGFA Corporation v. The Goldman Sachs Group, Inc. et al | |
| MIE | 2 | 13−14785 | Admiral Beverage Corporation v. Goldman Sachs Group, Inc. et al | |

| | | | |
|---|---|---|---|
| MIE | 2 | 13−14787 | Extruded Aluminum Corporation v. The Goldman Sachs Group, Inc. et al |
| MIE | 2 | 13−14811 | Central Aluminum Company v. Goldman Sachs Group, Incorporated et al |
| MIE | 2 | 13−14839 | HALL ENTERPRISES METALS, INC. v. Goldman Sachs Group, Inc. et al |