forrest, K.

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED FEB 03 2014               │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re ALUMINUM WAREHOUSING ANTITRUST
LITIGATION

Civil Action No. 13-md-2481

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TEAM WARD, INC., d/b/a WAR EAGLE BOATS,
individually and on behalf of all others similarly situated,

                    Plaintiff,

Civil Action No. 13-cv-9062 (KBF)

                    v.

THE GOLDMAN SACHS GROUP, INC., GS POWER
HOLDINGS LLC, METRO INTERNATIONAL TRADE
SERVICES LLC, LONDON METAL EXCHANGE
LIMITED, LME HOLDINGS LIMITED, and JOHN
DOES 1-20,

                    Defendants.

**STIPULATION AND**
**[PROPOSED] ORDER**
**EXTENDING THE**
**DEADLINE TO RESPOND TO**
**THE COMPLAINT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND [PROPOSED] ORDER

    **WHEREAS**, on December 23, 2013, Team Ward, Inc. filed Civil Action No. 13-cv-9062

("this Action");

    WHEREAS, on December 30, 2013, the United States Judicial Panel on Multidistrict

Litigation transferred multiple related actions to this Court pursuant to 28 U.S.C. § 1407,

creating MDL No. 2481;

    WHEREAS, on January 13, 2014, Plaintiff served Defendants The Goldman Sachs

Group, Inc., GS Power Holdings LLC and Metro International Trade Services LLC (collectively

"the GS Defendants"); and

WHEREAS, an initial conference in this Action and the related actions has been scheduled for February 6, 2014;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, and subject to the Order of this Court, as follows:

1.      The GS Defendants' time to answer, move or otherwise plead in response to any operative complaint filed by Plaintiff is hereby extended until after a consolidated complaint is filed in this Court, and that response shall be due on whatever date is ultimately set by the Court.

2.      This stipulation does not constitute a waiver of the rights of any parties, including by Defendants of any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, a waiver of any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any other statutory or common-law defenses that may be available to Defendants in this Action. Defendants retain their rights to raise any such defenses in response to any operative or amended complaint that may be filed relating to this action.

**STIPULATED AND AGREED TO THIS 28TH DAY OF JANUARY 2014.**

KESSLER TOPAZ
MELTZER & CHECK, LLP

Joseph H. Meltzer  (with permission/JSH)

Joseph H. Meltzer
Kimberly A. Justice
Terence S. Ziegler
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

GIBSON & KEITH, PLLC
C.C. Gibson, III
David W. Mitchell
119 South Main Street

SULLIVAN & CROMWELL LLP

Richard C. Pepperman, II
Suhana S. Han
125 Broad Street
New York, NY  10004
peppermanr@sullcrom.com
hans@sullcrom.com
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for The Goldman Sachs Group, Inc,*
*GS Power Holdings LLC, and Metro*
*International Services LLC*

Post Office Drawer 447
Monticello, AR 71657-0447
Telephone: (870) 367-2438
Facsimile: (870) 367-8306

THE MILLER LAW FIRM, P.C.
E. Powell Miller
Marc L. Newman
Sharon S. Almonrode
Miller Building,
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852

*Attorneys for Team Ward, Inc.*

Dated: January 28, 2014

Timing
(to be discussed at
the conference).

SO ORDERED.

1/31/14

Katherine B. Forrest
UNITED STATES DISTRICT JUDGE

-3-