USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 6, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
IN RE ALUMINUM WAREHOUSING   :
ANTITRUST LITIGATION         :
:
:
:
:
------------------------------------------------------------ X

13 MD 2481 (KBF)

CASE MANAGEMENT
ORDER NO. 1

KATHERINE B. FORREST, District Judge:

This matter has come before the Court for certain preliminary matters. Having met with counsel for plaintiffs and defendants on February 6, 2014, it is hereby ORDERED as follows:

I.  **MASTER DOCKET AND FILE**

The Clerk will maintain a master docket and case file under the style In re Aluminum Warehousing Antitrust Litigation, 13 MD 2481 (KBF).

II. **CAPTIONS; SEPARATE FILING**

All orders, pleadings, motions, and other documents filed in any or all of the actions now or hereafter subject to this order shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
                                                            :
IN RE ALUMINUM WAREHOUSING                                  :      13 MD 2481 (KBF)
ANTITRUST LITIGATION                                        :
                                                            :
                                                            :
                                                            :
------------------------------------------------------- X

A paper pertinent to all of the actions consolidated for discovery purposes by Section I.B of this Order shall state that it applies to "ALL CASES." A paper pertinent to fewer than all of the actions shall state the docket number of each individual case to which it pertains. All papers filed in any of these cases shall be docketed on the master docket and on the docket of each individual case to which it pertains.

### III.  MOTIONS

No motion (other than under Fed. R. Civ. P. 12 or 56) shall be filed unless it includes a certification that the movant has conferred with opposing parties and made a good faith effort to resolve the matter without court action. Unless otherwise ordered, the briefing schedule for any motions shall be in accordance with the local rules of this District.

### IV.  DISCOVERY

Pursuant to Fed. R. Civ. P. 5(d), discovery requests and responses will not be filed with the Court except when specifically so ordered by the Court or to the extent needed in connection with a motion.

## V. LATER CASES

The provisions of this Order, including pretrial consolidation, shall apply automatically to actions later instituted in or removed or transferred to this Court (including cases transferred for pretrial purposes under 28 U.S.C. § 1407) that involve similar claims.

## VI. COMPENSATION AND TIME AND EXPENSE RECORDS

Counsel who anticipate seeking an award of attorneys' fees and reimbursement of expenditures from the Court shall comply with the directives contained in The Manual for Complex Litigation, Fourth § 14.213 regarding the maintenance and filing of contemporaneous records reflecting the services performed and the expenses incurred.

An additional order concerning consolidation and the appointment of representatives for the three groups of plaintiffs will issue following receipt by the Court of the submissions discussed at today's conference.

SO ORDERED.

Dated:    New York, New York
          February 6, 2014

_____
KATHERINE B. FORREST
United States District Judge