```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 6, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
                                                            :
                                                            :   13 MD 2481 (KBF)
IN RE ALUMINUM WAREHOUSING                                  :
ANTITRUST LITIGATION                                        :
                                                            :   SCHEDULING ORDER
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

　　　　As discussed at the conference on February 6, 2014, the schedule governing this multidistrict litigation shall be as follows:

1.　　Applications for the appointment of lead plaintiffs, lead plaintiffs' counsel, and any other plaintiffs' representatives shall be briefed on the following schedule:

　　　a.　　Opening submissions: **February 17, 2014**. Plaintiffs shall state at that time whether submissions are being made on consent.

　　　b.　　Oppositions (if any): **February 27, 2014**.

　　　c.　　Replies (if any): **March 4, 2014**.

2.　　Initial discovery requests shall be served on **February 24, 2014**.

3.　　Plaintiffs shall file any consolidated complaints by **March 12, 2014**.

4.　　Objections to initial discovery requests are due on **March 20, 2014**.

5.　　The parties shall appear for an in-person status conference on **April 25, 2014 at 2:30 p.m.**

6. Any motions to dismiss the consolidated complaints shall be briefed according to the following schedule:

    a. Opening motions: **April 25, 2014**.

    b. Oppositions: **May 27, 2014**.

    c. Replies: **June 20, 2014**.

7. The parties shall appear for oral argument on the motions to dismiss on **June 26, 2014 at 9:00 a.m.**

8. Motions for class certification shall be briefed according to the following schedule:

    a. Opening motions: **October 6, 2014**.

    b. Oppositions: **November 7, 2014**.

    c. Replies: **November 17, 2014**.

    d. Class discovery and fact discovery shall proceed in parallel; as a result, the parties should take the discovery necessary to support their position(s) on class certification motions in sufficient time to file briefing on this schedule.

9. Any oral argument or evidentiary hearing on the motions for class certification shall be held on **November 21, 2014 at 9:00 a.m.**

10. Fact discovery shall close on **January 29, 2015**.

    a. Document discovery shall be completed by **September 29, 2014**.

    b. Fact depositions shall be completed by **January 29, 2015**.

11. Expert discovery shall close on **April 30, 2015**

    a. The parties shall produce any expert reports on which the party has an affirmative burden of proof by **March 2, 2015**.

    b. Any rebuttal reports shall be produced by **April 3, 2015**.

    c. All expert depositions shall be completed by **April 30, 2015**.

12. Motions for summary judgment may be brought on any issue at any time. Any such motions shall be brought on the first Monday of the month.

13. For motions for summary judgment for which no expert testimony is necessary, the last dates on which such motions shall be briefed are as follows:

    a. Opening motions: **February 27, 2015**.

    b. Oppositions: **March 27, 2015**.

    c. Replies: **April 10, 2015**.

14. For motions for summary judgment for which expert testimony is necessary, the last dates on which such motions shall be briefed are as follows:

    a. Opening motions: **April 30, 2015**.

    b. Oppositions: **May 29, 2015**.

    c. Replies: **July 1, 2015**.

    d. Any party wishing to move to preclude any expert whose testimony is proffered in connection with a summary judgment motion must ensure that any Daubert motions are fully briefed by the date on which such summary judgment motion is fully submitted

15.     Trial in this matter shall begin on **September 8, 2015**.

      SO ORDERED.

Dated:      New York, New York
            February 6, 2014

                                              KATHERINE B. FORREST
                                              United States District Judge