

**CHRISTOPHER M. BURKE**

**Writer's Direct Dial Number**
(619) 798-5300

**Writer's Direct Email Address**
cburke@scott-scott.com

February 17, 2014

<u>**VIA ECF**</u>

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *In re Aluminum Warehousing Antitrust Litigation*
               Case No. 1:13-md-02481-KBF

Dear Judge Forrest:

      We write on behalf of our clients, Mag Instrument, Inc. (CV 13-1464-CAS (C.D. Cal.); 1:14-cv-00217-KBF (S.D.N.Y.)) and Agfa Corp. (2:13-cv-14617 DML-MAR (E.D. Mich.); 1:14-cv-00211-KBF (S.D.N.Y.)), who previously filed class actions in this coordinated MDL. Rather than join in the class claims, Mag Instrument, Inc. and Agfa Corp. will be amending their complaints in order to bring individual, non-class actions. We will file the amended complaints in accordance with the Court's Scheduling Order dated February 6, 2014. In addition, we will endeavor to coordinate discovery and, where appropriate, other matters with the class plaintiffs and otherwise seek efficiencies where available. We previously informed certain counsel for direct purchasers that we would not be joining their class claims.

                                          Respectfully submitted,
                                          SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

                                          */s/ Christopher M. Burke*

                                          Christopher M. Burke

CMB:tat

      cc:    All Counsel of Record