

**Grant & Eisenhofer P.A.**

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

1747 Pennsylvania Avenue, N.W., Suite 875
Washington, DC 20006
Tel: 202-386-9500
Fax: 202-386-9505

485 Lexington Avenue   New York, NY 10017   Tel: 646-722-8500   Fax: 646-722-8501

30 N. LaSalle Street, Suite 1200
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

Linda P. Nussbaum
Director
Tel: 646-722-8504
lnussbaum@gelaw.com

February 18, 2014

**VIA ECF and HAND**

The Honorable Katherine B. Forrest
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

    RE: *In re Aluminum Warehousing Antitrust Litigation* (13 MD 2481 (KBF))

Dear Judge Forrest:

  The undersigned represent Direct Purchaser Plaintiffs Ampal, Inc., Custom Aluminum, Inc., Extruded Aluminum Corp., International Extrusions, Inc., Superior Extrusions, Inc., Peterson Industries, Inc., Pierce Aluminum Co., and Thule, Inc. ("Movants"), in the above-styled matter.

  Yesterday, pursuant to your direction, Movants e-filed a motion to appoint the law firms of Grant & Eisenhofer, P.A., Lovell Stewart Halebian Jacobson LLP, and Robbins Geller Rudman & Dowd LLP as Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Direct Purchaser Plaintiff Class. (ECF 169.)

  In accordance with Rule 2.C. of the Court's Individual Practices in Civil Cases, please accept the enclosed courtesy copies of the following motion papers filed via ECF:

| ECF | Title |
|---|---|
| 169 | Notice of Motion and Motion to Appoint Interim Co-Lead Counsel and Steering Committee for Direct Purchaser Plaintiffs |
| 169-1 | Memorandum of Points and Authorities in Support of Motion to Appoint Interim Co-Lead Counsel and Steering Committee for Direct Purchaser Plaintiffs |



| ECF | Title |
|---|---|
| 169-2 | Declaration of Benjamin M. Jaccarino in Support of Motion to Appoint Interim Co-Lead Counsel and Steering Committee for Direct Purchaser Plaintiffs (with Exhibits A-D) |
| 169-3 | Declaration of Linda P. Nussbaum in Support of Motion to Appoint Interim Co-Lead Counsel and Steering Committee for Direct Purchaser Plaintiffs (with Exhibits A-F) |
| 169-4 | Declaration of Bonny E. Sweeney in Support of Motion to Appoint Interim Co-Lead Counsel and Steering Committee for Direct Purchaser Plaintiffs (with A & B) |
| 169-5 | [Proposed] Case Management Order No. 2. |

The courtesy copies of the motion and memoranda of law are stapled (top left-hand corner), and the declarations are furnished spiral-bound to Chambers. We hope we have correctly understood and complied with the Court's formatting preferences for courtesy copies, as expressed at the initial pretrial conference and in the Court's individual rules.

A compact disc with an electronic copy of the brief with hyperlinked citations is forthcoming.

We note that no competing motion for appointment of Interim Co-Lead Counsel for Direct Purchaser Plaintiffs was filed last night, the due date for any such submissions.

Respectfully,

Linda P. Nussbaum
GRANT & EISENHOFER, P.A.

*Counsel for Plaintiffs Ampal, Inc., Custom Aluminum Products, Inc., Extruded Aluminum, Inc., International Extrusions, Inc., and Superior Extrusion, Inc.*

Christopher Lovell
LOVELL STEWART HALEBIAN JACOBSON LLP

*Counsel For Plaintiffs Ampal, Inc., Custom Aluminum Products, Inc., Extruded Aluminum,*

*Inc., International Extrusions, Inc., And Superior Extrusion, Inc.*

Samuel H. Rudman
Bonny E. Sweeny
ROBBINS GELLER RUDMAN & DOWD LLP

*Counsel for Plaintiffs Peterson Industries, Inc., Pierce Aluminum Company, Inc., and Thule, Inc.*

cc: Counsel of Record

enc.