

February 18, 2014

**VIA ECF & COURTESY COPY VIA HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, NY 10007

    Re:    *In re Aluminum Warehousing Antitrust Litigation*, Case No. 13-md-02481-KBF

Dear Judge Forrest:

    As discussed at the February 6 conference, all parties agree that each of three classes should file separate consolidated amended complaints and be represented by separate leadership structures: (1) direct purchasers, (2) indirect commercial end user purchasers, and (3) indirect consumer purchasers. Douglas G. Thompson Jr. of Finkelstein Thompson LLP and Brian Strange of Strange & Carpenter respectfully request appointment as interim co-lead counsel for the proposed class of indirect consumer purchasers.

    As represented to the Court at the February 6 conference, the appointment of interim co-lead counsel for the proposed indirect consumer class is unopposed by any party. This has been confirmed as no other party has filed a motion on February 17 to be so appointed. Accordingly, the Court should appoint Finkelstein Thompson LLP and Strange & Carpenter as interim co-lead counsel for the indirect consumer class by entering the (Proposed) Case Management Order No. 2 submitted by proposed interim co-lead counsel for direct purchasers. The proposed case management order was prepared in consultation with proposed interim co-lead counsel for the indirect consumer class, and we agree with its terms.

    Proposed interim co-lead counsel for the indirect consumer class satisfy all of the Fed. R. Civ. P. 23(g) requirements for the appointment of lead counsel. See attached Statement of Qualifications of Finkelstein Thompson LLP and Strange & Carpenter.

                                                       Respectfully Submitted,

                                                       s/ Douglas G. Thompson Jr.
                                                       Douglas G. Thompson Jr. (admitted *pro hac vice*)
                                                       **FINKELSTEIN THOMPSON LLP**
                                                       Rosalee B. C. Thomas (RT 0440)
                                                       Michael G. McLellan
                                                       Eugene J. Benick

1077 30th Street, NW • Suite 150 • Washington, DC 20007 • Tel: 202.337.8000 • Fax: 202.337.8090 • Toll-Free: 877.337.1050

www.FinkelsteinThompson.com



1077 30th St N.W.
Suite 150
Washington, D.C. 20007
Tel. (202) 337-8000
Fax. (202) 337-8090
dthompson@finkelsteinthompson.com
rbcthomas@finkelsteinthompson.com
mmclellan@finkelsteinthompson.com
ebenick@finkelsteinthompson.com

*Counsel for Plaintiffs Daniel Javorsky and Brick Pizzeria LLC*

**STRANGE & CARPENTER**

 s/ Brian R. Strange
Brian R. Strange (CBN 103252)
Keith Butler (CBN 215670)
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210
lacounsel@earthlink.net
kbutler@strangeandcarpenter.com

*Counsel for Plaintiff David Kohlenberg*

cc:    ForrestNYSDChambers@nysd.uscourts.gov
       All Counsel (via email)