

March 5, 2014

**VIA ECF AND HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

    Re:   *In re Aluminum Warehousing Antitrust Litigation*
           Case No. 13-md-02481-KBF

Dear Judge Forrest:

    Enclosed please find a courtesy copy of Commercial End User Plaintiffs' Reply to Defendants' Response to Motion to Appoint Co-Lead Class Counsel and Proposed Case Management Order No. 2, electronically filed (ECF. No. 209) in *In re Aluminum Warehousing Antitrust Litigation*, Case No. 13-md-02481-KBF.

    Respectfully submitted,

| */s/ Joseph H. Meltzer* | */s/ Daniel C. Girard* | */s/ Jonathan W. Cuneo* |
|---|---|---|
| Joseph H. Meltzer | Daniel C. Girard | Jonathan W. Cuneo |
| **KESSLER TOPAZ MELTZER & CHECK, LLP** | **GIRARD GIBBS LLP** | **CUNEO GILBERT & LADUCA, LLP** |
| 280 King of Prussia Road | 601 California St., 14th Fl. | 507 C Street NE |
| Radnor, PA 19087 | San Francisco, CA 94108 | Washington, DC 20002 |
| Telephone: (610) 667-7706 | Telephone: (415) 981-4800 | Telephone: (202) 789-3960 |
| Facsimile:  (610) 667-7056 | Facsimile:  (415) 981-4846 | Facsimile:  (202) 789-1813 |

cc:    Counsel of Record