UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
                                           :
IN RE ALUMINUM WAREHOUSING                 :   MDL No. 2481
ANTITRUST LITIGATION                       :   Master Docket No.
                                           :   13-md-2481-KBF-RLE
This Document Relates To:                  :
                                           :
ALL ACTIONS                                :
                                           :
                                           :
                                           :
------------------------------------------ x

### DEFENDANTS' NOTICE OF THEIR JOINT MOTION TO DISMISS
### ALL FEDERAL AND STATE ANTITRUST CLAIMS
### <u>FOR LACK OF ANTITRUST STANDING</u>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Joint Motion to Dismiss All Federal and State Antitrust Claims for Lack of Antitrust Standing, the undersigned hereby move this Court in the above-captioned action before the Honorable Katherine B. Forrest, United States District Judge for the Southern District of New York – Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, 10007, for an order dismissing all federal and state antitrust claims pursuant to Fed. R. Civ. P. 12(b)(6).

Dated:  April 22, 2014                                       Respectfully submitted,

/s/ Richard Pepperman, II  (on consent)[1]           /s/ Margaret M. Zwisler
Richard C. Pepperman, II                              Margaret M. Zwisler (admitted *pro hac vice*)
(*peppermanr@sullcrom.com*)                          (*margaret.zwisler@lw.com*)
Suhana S. Han (*hans@sullcrom.com*)                   William R. Sherman
Joseph J. Matelis (*matelisj@sullcrom.com*)           (*william.sherman@lw.com*)
Yavar Bathaee (*bathaeey@sullcrom.com*)               Jennifer L. Giordano
SULLIVAN & CROMWELL LLP                               (*jennifer.giordano@lw.com*)
125 Broad Street                                      Jeffrey H. Newhouse
New York, New York 10004                              (*jeffrey.newhouse@lw.com*)
Telephone:  (212) 558-4000                            LATHAM & WATKINS LLP
Facsimile:  (212) 558-3588                            555 Eleventh Street, N.W., Suite 1000
                                                      Washington, D.C. 20004
*Attorneys for Defendants GS Power*                   Telephone:  (202) 637-2200
*Holdings, LLC, The Goldman Sachs*                    Facsimile:  (202) 637-2201
*Group, Inc. and Metro International Trade*
*Services, L.L.C.*                                    *Attorneys for Defendant The London Metal*
                                                      *Exchange and LME Holdings, Ltd.*


/s/ Robert D. Wick  (on consent)                      /s/ John M. Nannes  (on consent)
Robert D. Wick (*rwick@cov.com*)                      John M. Nannes
Neil K. Roman (*nroman@cov.com*)                      (*john.nannes@skadden.com*)
Henry Liu (*hliu@cov.com*)                            John H. Lyons (admitted *pro hac vice*)
COVINGTON & BURLING LLP                               (*john.h.lyons@skadden.com*)
1201 Pennsylvania Avenue, N.W.                        SKADDEN, ARPS, SLATE,
Washington, D.C. 20004                                MEAGHER & FLOM LLP
Telephone:  (202) 662-5758                            1440 New York Avenue, N.W.
Facsimile: (202) 778-5758                             Washington, D.C. 20005
                                                      Telephone:  (202) 371-7500
*Attorneys for Defendants Henry Bath, LLC*            Facsimile:  (202) 661-9191
*and JP Morgan Chase & Co*
                                                      *Attorneys for Defendant Pacorini Metals USA,*
                                                      *LLC*

---

[1]     Defendants besides the LME and LME Holdings use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

<u>/s/ Eliot Lauer  (on consent)</u>
Eliot Lauer *(elauer@curtis.com)*
Jacques Semmelman (*jsemmelman@curtis.com*)
Chelsea McLean (*chelsea.mclean@curtis.com*)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY  10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559

*Attorneys for Defendant Glencore Ltd.*