**Margaret M. Zwisler**
Direct Dial: 202-637-1092
margaret.zwisler@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

April 23, 2014

**VIA ECF AND HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *In re Aluminum Warehousing Antitrust Litig.*, No. 1:13-md-02481-KBF-RLE

Dear Judge Forrest:

Enclosed please find courtesy copies of Defendant the London Metal Exchange's Motion to Dismiss All Complaints on Sovereign Immunity Grounds and the accompanying Declaration of Nicholas Ong-Seng in Support of Its Motion with Exhibits.  Also enclosed is a CD containing an electronic copy of the motion with hyperlinks to all citations.

Although defendants' motions to dismiss are not due until April 25, 2014, the LME believes that the Court's consideration of its motion to stay would be aided by a review in advance of the hearing on April 25th of the full arguments that show that the LME is immune from this Court's jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1604.

Respectfully submitted,

*/s/ Margaret M. Zwisler*
Margaret M. Zwisler

Enclosures

cc:   All Counsel of Record (via ECF)