# Curtis, Mallet-Prevost, Colt & Mosle llp

| | | | |
|---|---|---|---|
| Almaty | Istanbul | | |
| Ashgabat | London | | |
| Astana | Mexico City | Attorneys and Counsellors at Law | Telephone 212-696-6000 |
| Beijing | Milan | | Facsimile 212-697-1559 |
| Buenos Aires | Muscat | 101 Park Avenue | www.curtis.com |
| Dubai | Paris | New York, New York 10178-0061 | |
| Frankfurt | Washington, D.C. | | |
| Houston | | | |

Writer's Direct:
Tel.: 212-696-6192
E-Mail: elauer@curtis.com
Facsimile: 212-697-1559

April 25, 2014

**Via ECF**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

    Re:    *In re Aluminum Warehousing Antitrust Litig.*, No. 1:13-md-02481-KBF-RLE

Dear Judge Forrest:

    Enclosed please find a courtesy copy of Defendants' Joint Motion to Dismiss State Law Claims (the "Motion"), and the accompanying Memorandum of Law in Support of the Motion. Also enclosed is a CD containing an electronic copy of the Motion with hyperlinks to the authorities cited therein.

    Respectfully submitted,

    /s/ Eliot Lauer
    Eliot Lauer

Enclosures

cc:    All Counsel of Record (via ECF)