USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 8 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

------------------------------------------------------------X

13 MD 2481 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As discussed during the status conference on April 25, 2014, it is hereby ORDERED that:

1. The tutorial described in the Court's April 18, 2014 order (ECF No. 21) and discussed during the conference shall take place on **May 28, 2014 at 9:00 a.m.** The Court has set aside a full day (if necessary).

2. Discovery will be stayed as to defendants LME Holdings, Henry Bath LLC, JPMorgan Chase & Co., Pacorini Metals USA LLC, Glencore Ltd.,[1] and any affiliated entities.

3. Discovery will not be stayed as to the Goldman Sachs defendants—The Goldman Sachs Group., Inc., GS Power Holdings LLC, MCEPF Metro I, Inc., Mitsi Holdings LLC, and Metro International Trade Services LLC.

---

[1] Though Glencore Ltd. did not separately move for a stay of discovery, the Court's analysis with respect to Glencore is the same as for the other moving entities as to which the Court finds a stay of discovery is warranted at this time.

4. With respect to defendant The London Metal Exchange ("LME"), plaintiffs shall file their opposition to LME's Motion to Dismiss All Complaints on Sovereign Immunity Grounds by **May 12, 2014**.

5. LME shall file any reply, along with any declarations it deems necessary, by **May 23, 2014**.

The Clerk of Court is directed to close the motions at ECF Nos. 283, 284, 285, 286, and 288.

SO ORDERED.

Dated: New York, New York
April 28, 2014

_____
KATHERINE B. FORREST
United States District Judge