# BECNEL LAW FIRM, LLC
ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
JENNIFER L. CROSE
KELLY V. DELBASTY
Of Counsel:
BRADLEY D. BECNEL

*Also Admitted in Colorado

Please Reply To:
☒ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
  Office Administrator
Susan B. Williams
  Nurse

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 1 2014

April 28, 2014

RECEIVED
APR 30 2014
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
S.D.N.Y.

U.S. District Judge Katherine B. Forrest
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    MDL. No. 2481 – In Re: Aluminum Warehousing Antitrust Litigation

Dear Judge Forrest:

    As I advised in open court last week, U.S. District Judge Eldon Fallon has been dealing with the issue of sovereign immunity in MDL No. 2047, Chinese Drywall for the last eighteen months.

    The first judgment Judge Fallon entered was in connection with a default judgment where a Chinese company, Taishan, refused to participate in the court proceedings involving thousands of drywall contaminated houses and a judgment was rendered (see attached). The defendants appealed and I am enclosing herein a copy of the judgment of the U.S. Fifth Circuit Court of Appeals affirming Judge Fallon's Order and Opinion.

    The defendants, Taishan, have taken a second appeal strictly on the issue of jurisdiction. I am enclosing herein Judge Fallon's Opinion on that issue, together with our brief submitted on behalf of the Plaintiffs' Steering Committee in that case. This was argued approximately three weeks ago and we are awaiting a decision.

    I thought this Opinion would be of interest to the Court, the plaintiffs' PSC and the defendants, considering jurisdictional issues have been raised concerning the London Metal Exchange.

April 28, 2014
Page 2

    If any counsel would like a copy of these documents (which is approximately two inches thick), please let us know and we will be happy to forward a copy.

                                      Very cordially yours,

                                      Daniel E. Becnel, Jr.
                                    Attorney at Law

DEBJr/ks
Enclosure
cc:    All counsel of record
       (w/o enclosures)

*[Handwritten annotation: Ordered / Post to docket. / 4/30/14   KBF. / USDJ]*