UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 01 2014

13 MD 2481 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

With respect to the Court's April 28, 2014 Order directing the Clerk of Court to open three new civil actions (ECF No. 347), IT IS HEREBY ORDERED that the filing fees for these new actions are waived, and these actions shall be assigned to this Court's docket.

SO ORDERED.

Dated:  New York, New York
        April 30, 2014

_____
KATHERINE B. FORREST
United States District Judge