```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  MAY 0 1 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

13 MD 2481 (KBF)

ORDER

------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court currently has a criminal matter that is likely to go to trial and to last through June 26, 2014, the date on which the Court previously scheduled argument on the pending motions to dismiss in this multidistrict litigation. Accordingly IT IS HEREBY ORDERED that the parties shall confer and inform the Court by letter, not later than **May 9, 2014**, as to their potential availability for rescheduled argument on **June 20,**[1] **July 11, and July 18, 2014**.

SO ORDERED.

Dated:   New York, New York
         May _l_, 2014

                                        _K— B. Fou_____
                                        KATHERINE B. FORREST
                                        United States District Judge

---

[1] If the Court were to reschedule argument for June 20, it would order that any replies in further support of the pending motions be filed on June 19 instead of June 20 as currently scheduled.