USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 2 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
: 13 MD 2481 (KBF)
IN RE ALUMINUM WAREHOUSING :
ANTITRUST LITIGATION : ORDER
:
:
:
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

  In a letter dated May 1, 2014, counsel to the Direct Purchaser Plaintiffs states, with respect to the Court's April 28, 2014 Order, that (1) the two actions brought by Daniel E. Becnel, Jr.—<u>River Parish Contractors Inc. v. Goldman Sachs Group, Inc.</u> (13 Civ. 9095) and <u>Energy Beverage Mgmt., LLC v. Goldman Sachs Group, Inc.</u> (14 Civ. 1855) (collectively, the "Becnel Actions")—are not actions brought on behalf of direct purchaser plaintiffs and should not be consolidated with the Second Corrected Consolidated Amended Class Action Complaint; and (2) there is a typographical error in one of the case numbers contained in the last line of the Order. (ECF No. 357.)

  With respect to the actions brought by Mr. Becnel, Mr. Becnel is ORDERED to inform the Court by letter, not later than **May 9, 2014**, whether the Becnel Actions (1) are to be consolidated with one of the other consolidated amended complaints; or (2) are otherwise subsumed within one of the other two groups of plaintiffs such that these individual actions may be closed.

With respect to the final line of the Court's April 28, 2014 Order, the Court notes that the current version of this Order (ECF No. 347) contains the correct case number. The version that counsel references was replaced shortly after it was docketed with an updated version containing the correct case number.

SO ORDERED.

Dated:   New York, New York
         May 2, 2014

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge