**Robbins Geller**
**Rudman & Dowd** LLP

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

May 9, 2014

<u>VIA ECF</u>

The Honorable Judge Katherine B. Forrest
United States District Court for the
    Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

      Re:    *In re Aluminum Warehousing Antitrust Litigation*,
           No. 13 MD 2481 (KBF)

Dear Judge Forrest:

      Pursuant to the Court's Order, Dkt. No. 358, all plaintiffs are available on June 20, 2014 for oral argument on the motions to dismiss. We understand that at least one defendant suggested breaking up the argument across multiple days. Plaintiffs view that as unnecessary, and believe all arguments can be heard Friday, June 20, 2014.

Respectfully submitted,

| /s/ *Bonny E. Sweeney* | /s/ *Walter W. Noss* | /s/ *Joseph H. Meltzer* | /s/ *Douglas G. Thompson* |
|---|---|---|---|
| **Robbins Geller Rudman** | **Scott + Scott LLP** | **Kessler Topaz Meltzer** | **Finkelstein Thompson LLP** |
| **& Dowd LLP** | | **& Check, LLP** | |

/s/ *Christopher Lovell*
**Christopher Lovell**
  **Lovell Stewart Halebian**
**Jacobson LLP**

/s/ *Linda P. Nussbaum*
**Linda P. Nussbaum**
  **Grant & Eisenhofer P.A**

| Interim Co-Lead Counsel for | Counsel for Direct Action | Interim Co-Lead Counsel | Interim Co-Lead Counsel for |
|---|---|---|---|
| Direct Purchaser Plaintiffs | Plaintiffs Mag Instrument, | for Commercial End User | Consumer End User Plaintiffs |
| | Inc. and Agfa Corp. | Plaintiffs | |

    cc:    All Counsel of Record (via ECF)