**Margaret M. Zwisler**
Direct Dial: 202-637-1092
margaret.zwisler@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

May 21, 2014

<u>**VIA ECF**</u>

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *In re Aluminum Warehousing Antitrust Litig.*, No. 1:13-md-02481-KBF-RLE

Dear Judge Forrest:

I represent the London Metal Exchange (the "LME") in the above-captioned litigation and write on behalf of all defendants in connection with the May 28, 2014 tutorial. In accordance with the Court's Standing Order M10-468 (In the Matter of Personal Electronic Devices and General Purpose Computing Devices), I request permission for Jennifer Giordano (counsel for the LME) and Richard Pepperman (counsel for Goldman Sachs) to bring computers to the tutorial in order to present PowerPoint slides to the Court. I enclose a proposed order to this effect.

We have conferred with the plaintiffs and understand that they will be requesting permission to bring a projector and screen that all parties will be permitted to use consistent with the Court's instructions.  *See* http://www.nysd.uscourts.gov/courtrm_tech.php.

Respectfully submitted,

*/s/ Margaret M. Zwisler*
Margaret M. Zwisler

Enclosures

cc:   All Counsel of Record (via ECF)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x


## [PROPOSED] ORDER

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby:

ORDERED that the following attorneys are authorized to bring the Personal Electronic Device and/or the General Purpose Computing Device (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned In Re Aluminum Warehousing Litigation, MDL No. 2481, Master Docket No. 13-md-2481-KBF-RLE.  The date(s) for which such authorization is provided is May 28, 2014.

| Attorney | Device(s) |
| --- | --- |
| 1. Jennifer Giordano | Laptop Computer |
| 2. Richard Pepperman | Laptop Computer |

The attorneys identified in this Order must present a copy of this Order when entering the

Courthouse. Bringing any authorized Device into the Courthouse or its Envrons constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:

Dated: _____

                                  _____
                                  HON. KATHERINE B. FORREST