UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| _____ x | | |
| | : | 13 MD 2481 (KBF) |
| | : | |
| IN RE ALUMINUM WAREHOUSING | : | |
| ANTITRUST LITIGATION | : | **NOTICE OF CALL-IN** |
| | : | **INFORMATION FOR** |
| | : | **HEARING ON MAY 28,** |
| | : | **2014** |
| _____ x | | |

1

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

In accordance with the Order of this Court (ECF No. 377), all telephone participants should use the following call-in information for the May 28, 2014 aluminum tutorial hearing in the above-referenced matter:

>Call-in: (877) 647-3411
>Password: 819771#

DATED: May 22, 2014

By:    */s/ John T. Ceglia*
John T. Ceglia

Keith L. Butler (CA Bar No. 215670)
Brian R. Strange (CA Bar No. 103252)
John T. Ceglia (CA Bar No. 287147)
**STRANGE & CARPENTER**
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210
kbutler@strangeandcarpenter.com
lacounsel@earthlink.net
jceglia@strangeandcarpenter.com

Douglas G. Thompson Jr.
Rosalee B. C. Thomas
Michael G. McLellan
Eugene J. Benick
**FINKELSTEIN THOMPSON LLP**
1077 30th St N.W., Suite 150
Washington, D.C. 20007
Tel. (202) 337-8000
Fax. (202) 337-8090
dthompson@finkelsteinthompson.com
rbcthomas@finkelsteinthompson.com
mmclellan@finkelsteinthompson.com
ebenick@finkelsteinthompson.com

*Attorneys for Consumer End-User Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed through the CM/ECF system on May 22, 2014, which automatically serves an electronic notice to all registered individuals.

DATED: May 22, 2014                                                       Respectfully submitted,


                                                                          By:   */s/ John T. Ceglia*
                                                                                John T. Ceglia