# Howard & Associates
# Attorneys at Law, P.A.

Dr. Tim Howard, J.D., Ph.D., Senior Partner*
Florida Supreme Court Certified Mediator

| Howard & Associates, P.A. | Cambridge Office | Cambridge Graduate University |
|---|---|---|
| 2120 Killarney Way, Suite 125 | 8 Museum Way Ste. 2407 | 1 Broadway, 14th Floor |
| Tallahassee, Florida 32309 | Cambridge, MA 02141 | Cambridge, MA 02141 |
| Telephone: (850) 298-4455 | (857) 277-0990 | (877) 645-6225 |
| Facsimile: (850) 216-2537 | tim@howardjustice.com | www.cguedu.com |
| tim@howardjustice.com | www.howardjustice.com | president@cguedu.com |

May 22, 2014

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Peal Street, Room 15A
New York, NY 10007

Re:   In re Aluminum Warehouse Antitrust Litigation, Case No. 13-m d-02481-KBF;
      Aluminum Tutorial on May 28, 2014

Dear Judge Forrest:

Tim Howard of Howard & Associates, P. A. respectfully requests to attend the May 28, 2014, Aluminum Tutorial telephonically.

Allowing our firm to attend the tutorial telephonically would save attorney time, attorney travel, and travel expenses which would ultimately be more cost effective for the Class. Our firm does not plan to present information in addition to that presented by other plaintiffs' counsel at the tutorial and have coordinated with those firms in preparation of the tutorial. Counsel is prepared to coordinate and circulate a call-in number for the Court's convenience.

Howard and Associates, P.A., requests permission to appear telephonically at the Aluminum Tutorial set on May 28, 2014 at 9:00 a.m.

Respectfully submitted,

*/s/ Tim Howard*_____
Tim Howard
Professor Tim Howard, J.D., Ph.D.
Florida Bar No.: 655325
Howard and Associates, P.A.
2120 Killarney Way, Suite 125

*Admitted to practice in Florida, the District of Columbia, Northern, Middle, and Southern United States District Courts of Florida, the United States Court of Appeals for the 11th Circuit, and the United States Supreme Court.  Ph.D., Northeastern University, Law, Policy & Society.  Former Visiting Health Law, Bioethics, and Human Rights Scholar and Constitutional Law, Media & Politics and Judicial Process Instructor at Boston University.  Former Professor and Director of Northeastern University's Law & Policy Doctorate Program. President and Professor Cambridge Graduate University.

Tallahassee, Fl 32309
Office: (850) 298-4455
Fax:    (850) 216-2537
Email: tim@howardjustice.com

*Admitted to practice in Florida, the District of Columbia, Northern, Middle, and Southern United States District Courts of Florida, the United States Court of Appeals for the 11th Circuit, and the United States Supreme Court.  Ph.D., Northeastern University, Law, Policy & Society.  Former Visiting Health Law, Bioethics, and Human Rights Scholar and Constitutional Law, Media & Politics and Judicial Process Instructor at Boston University.  Former Professor and Director of Northeastern University's Law & Policy Doctorate Program. President and Professor Cambridge Graduate University.