

May 22, 2014

**<u>VIA ECF and Electronic Mail</u>**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007

> Re:   *In re Aluminum Warehousing Antitrust Litigation*
>         **Case No. 13-md-02481-KBF**

Dear Judge Forrest:

Pursuant to Your Honor's Individual Practices in Civil Cases, Rule 5 and In the Matter of Personal Electronic Devices and General Purpose Computing Devices, S.D.N.Y Standing Order M10-468, paragraphs (g) and (i), Commercial End-User Plaintiffs request Your Honor to enter the order attached as Exhibit A in advance of the tutorial on May 28, 2014.

We have conferred with the Direct Purchaser Plaintiffs and understand that they will be requesting permission to bring a projector and screen and that all parties will be permitted to use consistent with the Court's instructions. *See http://www.nysd.uscourts.gov/courtrm_tech.php.*

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Jonathan W. Cuneo* | */s/ John A. Kehoe* | */s/ Kimberly A. Justice* |
| Jonathan W. Cuneo | John A. Kehoe | Kimberly A. Justice |
| **CUNEO GILBERT &** | **GIRARD GIBBS LLP** | **KESSLER TOPAZ MELTZER** |
| **LᴀDUCA, LLP** | 711 Third Avenue, 20th Floor | **& CHECK, LLP** |
| 507 C Street NE | New York, NY 10017 | 280 King of Prussia Road |
| Washington, DC 20002 | Telephone: (212) 798-0159 | Radnor, PA 19087 |
| Telephone: (202) 789-3960 | Facsimile:  (212) 867-1767 | Telephone: (610) 667-7706 |
| Facsimile:  (202) 789-1813 | | Facsimile:  (610) 667-7056 |

cc:     All Counsel of Record (via ECF)