# EXHIBIT A

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-465, as Revised.  Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Devises (collectively, "Devices") listed below into the Courthouse for use in a proceedings or trial in the action captioned *In re Aluminum Warehousing Antitrust Litigation*, No. 13-MD-02481 (KBF).  The date for which such authorization is provided is May 28, 2014.

| Attorney | Device(s) |
| --- | --- |
| 1.  Kimberly A. Justice | Mobile phone, laptop |
| 2.  Terence S. Ziegler | Mobile phone, laptop |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised

SO ORDERED.

DATED: _____        _____
                                                                    THE HONORABLE KATHERINE B. FORREST
                                                                    UNITED STATES DISTRICT JUDGE