```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 28, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
IN RE ALUMINUM WAREHOUSING           :      13 MD 2481 (KBF)
ANTITRUST LITIGATION                 :      and all related cases
:
:           ORDER
:
:
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

Lead counsel for the parties involved in the briefing of the Motion to Dismiss All Complaints on Sovereign Immunity Grounds filed by The London Metal Exchange (ECF No. 320), as well as any other counsel wishing to be heard, shall appear for oral argument on **June 3, 2014 at 9:00 a.m.** The Court will set aside two and a half hours for this argument.

To the extent counsel wish **only to listen** to this argument, telephonic appearances will be permitted. Counsel wishing to listen to the argument shall coordinate a dial-in number and call the Court at (212) 805-0139 on a single line at the time of the argument.

SO ORDERED.

Dated:      New York, New York
            May 28, 2014

                                _____
                                KATHERINE B. FORREST
                                United States District Judge