STRANGE & CARPENTER
ATTORNEYS AT LAW
12100 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90025
TELEPHONE (310) 207-5055
FACSIMILE (310) 826-3210

FILE NO. _____

lacounsel@earthlink.net
www.strangeandcarpenter.com

May 28, 2014

**VIA ECF AND FEDERAL EXPRESS**

The Honorable Katherine B. Forrest
United States District Court for the Southern District of New York
500 South Pearl Street, Room 1950
New York, NY 10007

      Re:    ***In re Aluminum Warehousing Antitrust Litigation* (14 CV 03122 (KBF))**

Dear Judge Forrest:

In accordance with Rule 2(C) of the Court's Individual Practices in Civil Cases, please find enclosed courtesy copies of the following papers filed via ECF on May 27, 2014:

| Docket No. in 1:14-cv-03122 | Docket No. in 1:13-md-02481 | Title |
|---|---|---|
| 42 | 393 | Consumer End-User Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss State Law Claims |
| 44 | 399 | Consumer End User Plaintiffs' Memorandum of Law in Opposition to Defendants' Joint Motion to Dismiss All Federal and State Antitrust Claims for Lack of Antitrust Standing |
| 44-1 | 399-1 | Appendix 1 |
| 45 | 400 | Notice of Opposition Briefs Filed Separately, Jointly or Adopted by Consumer End Users in Response to Defendants' Motions to Dismiss |

          Respectfully,

          Brian R. Strange
          Keith Butler
          John T. Ceglia
          STRANGE & CARPENTER

        Douglas G. Thompson
        Michael G. McLellan
        Eugene J. Benick
        FINKELSTEIN THOMPSON LLP

        *Interim Co-Lead Counsel for Consumer End User Plaintiffs*

cc: Counsel of Record (via ECF)

Enclosures.