**Margaret M. Zwisler**
Direct Dial: 202-637-1092
margaret.zwisler@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 16, 2014

**VIA ECF**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *In re Aluminum Warehousing Antitrust Litig.*, No. 1:13-md-02481-KBF-RLE

Dear Judge Forrest:

      I represent the London Metal Exchange (the "LME") in the above-captioned litigation and write regarding the June 20, 2014 oral argument on the pending motions to dismiss.  In accordance with the Court's Standing Order M10-468 (In the Matter of Personal Electronic Devices and General Purpose Computing Devices), I request permission for Jeffrey Newhouse (counsel for the LME) and Warren Singh (IT assistant to counsel for the LME) to each bring one BlackBerry and one laptop computer to present PowerPoint slides to the Court.  I enclose a proposed order to this effect.

                Respectfully submitted,

                */s/ Margaret M. Zwisler*
                Margaret M. Zwisler

Enclosures

cc:     All Counsel of Record (via ECF)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S)

OR GENERAL PURPOSE COMPUTING DEVICE(S)

INTO THE COURTHOUSES OF THE

SOUTHERN DISTRICT OF NEW YORK

FOR USE IN A PROCEEDING OR TRIAL

_____ x

## [PROPOSED] ORDER

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby:

ORDERED that the following individuals are authorized to bring the Personal Electronic Device and/or the General Purpose Computing Device (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned In Re Aluminum Warehousing Litigation, MDL No. 2481, Master Docket No. 13-md-2481-KBF-RLE.   The date(s) for which such authorization is provided is June 20, 2014.

| Individual | Device(s) |
|---|---|
| 1. Jeffrey Newhouse | BlackBerry, Laptop Computer |
| 2. Warren Singh | BlackBerry, Laptop Computer |

The individuals identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device into the Courthouse or its Environs constitutes a

certification by the individual that he or she will comply in all respects with the restrictions and

obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:


Dated:        _____


_____

HON. KATHERINE B. FORREST

2