# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY



SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 27 2014

June 26, 2014

**By ECF**

Hon. Katherine B. Forrest,
　United States District Court,
　　Southern District of New York,
　　　500 Pearl Street, Room 1950,
　　　　New York, New York 10007.

　　　　Re:　In Re Aluminum Warehousing Antitrust Litig., No. 13 MD 2481

Dear Judge Forrest:

　　　　On behalf of all Defendants in the above-referenced litigation, we write in response to the Court's Order of June 25, 2014 (ECF No. 472) directing that any party desiring to file a supplemental submission concerning the pending motions to dismiss do so by Friday, June 27 at 3 p.m or notify the Court if they need additional time, which Plaintiffs now have done (ECF No. 473).

　　　　At the conclusion of the hearing on June 20, 2014, there was some discussion about limited supplemental filings by Plaintiffs addressing whether they should be given leave to amend and a five-page submission by the First-Level Purchasers addressing their Section 2 claim. If Plaintiffs are going to be permitted to make such supplemental submissions on Defendants' motions, Defendants respectfully request permission to file responses to Plaintiffs' submissions within five business days after they are filed. We have conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this request.

Respectfully submitted,

Richard C. Pepperman, II

So ordered.
K.B. Forrest
USDJ
6/27/14

cc:　All Counsel (by ECF)