# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

July 2, 2014

<u>VIA ECF & UPS</u>

The Honorable Katherine B. Forrest
United States District Court for the
   Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

Re:   *In re Aluminum Warehousing Antitrust Litigation*,
       No. 13 MD 2481 (KBF)

Dear Judge Forrest:

Enclosed please find a disc with an electronic copy of Dkt. No. 481, Direct Purchaser Plaintiffs' Memorandum of Law in Opposition to Defendant Hong Kong Exchange & Clearing Limited's Motion to Dismiss, with hyperlinks to all citations.

Very truly yours,

/s/ *Bonny E. Sweeney*
**Robbins Geller Rudman**
  **& Dowd LLP**

/s/ *Linda P. Nussbaum*
**Grant & Eisenhofer P.A**

/s/ *Christopher Lovell*
**Lovell Stewart Halebian**
  **Jacobson LLP**

Interim Co-Lead Counsel for Direct Purchaser Plaintiffs

Enclosures

cc:   All Counsel of Record (via ECF w/o encl.)