# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

July 10, 2014

Via Hand Delivery

The Honorable Katherine B. Forrest,
   United States District Court,
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007-1312

      Re:   *In re Aluminum Warehousing Antitrust Litigation*, 13-MD-2481 (KBF)

Dear Judge Forrest:

      On behalf of all Defendants in the above-referenced litigation, I enclose a courtesy copy of the Defendants' Joint Responses to Plaintiffs' Supplemental Submissions that was filed electronically in the ECF system.

                            Respectfully submitted,

                            Richard C. Pepperman, II

cc:    All Counsel of Record (via ECF)