IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Master Screens Inc. v. Goldman Sachs Group, Inc., No. 1:13-cv-09097-KBF | Master Action<br>No. 13-md-02481-KBF |

**NOTICE OF WITHDRAWAL AS COUNSEL**

PLEASE TAKE NOTICE that the undersigned, Richard Daynard, an attorney at Howard & Associates, P.A., hereby withdraws as counsel for Master Screens, Inc. and Grace Adrianna Fletcher in the above-captioned litigation, and respectfully requests that his name be removed from the Court's electronic mail notice list and counsel's service list. Howard & Associates, P.A. continues to serve as counsel for Master Screens, Inc. and Grace Adrianna Fletcher, through attorney Dr. Tim Howard, who is registered as an Electronic Filing User on the CM/ECF system, and request that all future correspondence and papers in this action continue to be directed to him.

DATED: July 24, 2014

Respectfully submitted,

*/s/ Richard Daynard*
Richard A. Daynard, Esq., Ph.D.
Of Counsel, **Howard & Associates, P.A.**
400 Huntington Avenue
Boston, MA 02115
r.daynard@neu.edu

*Counsel for Plaintiff*