```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 31 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
IN RE ALUMINUM WAREHOUSING     :     13-md-2481 (KBF)
ANTITRUST LITIGATION           :     and all related cases
:
:     ORDER
:
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

To ensure that all of the pending motions to dismiss in this action are decided together, the briefing for defendant Henry Bath & Son Limited's July 29, 2014 motion to dismiss the amended complaints (ECF No. 503) shall occur on the following schedule:

1. Opposition papers shall be due not later than **August 12, 2014**.

2. Reply papers shall be due not later than **August 19, 2014**.

SO ORDERED.

Dated:   New York, New York
         July 31, 2014

_____
KATHERINE B. FORREST
United States District Judge