**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>DIRECT PURCHASER CASES<br>14 Civ. 3116 | : MDL No. 2481<br>  Master Docket No.<br>: 13-md-02481 (KBF)<br>:<br>: **NOTICE OF APPEARANCE**<br>:<br>: **ECF Case**<br>: |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for PACORINI METALS AG in this action.  I certify that I am admitted to practice in this Court.

Dated:  August 5, 2014

       /s/ John M. Nannes
John M. Nannes (john.nannes@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7500

*Attorney for Pacorini Metals AG*