```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 8, 2014
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: ALUMINUM WAREHOUSING ANTITRUST LITIGATION | : : : | Master Action |
| This Document Relates to: | : : | No. 13-md-02481-KBF |
| *D-Tek Manufacturing v. Goldman Sachs Group, Inc.*, No. 1:13-cv-06567-KBF | : : : | |
| *Team Ward, Inc. v Goldman Sachs Group, Inc.*, No. 1:13-cv-09062-KBF | : : : | ORDER FOR ADMISSION PRO HAC VICE |
| *Master Screens Inc. v. Goldman Sachs Group, Inc.*, No. 1:13-cv-09097-KBF | : : : | |
| *Welk-Ko Fabricators, inc. v. Goldman Sachs Group, Inc.*, No.: 1:14-cv-00159-KBF | : : : | |
| *Big River Outfitters, LLC v. Goldman Sachs Group, Inc.*, No. 1:14-cv-00178-KBF | : : : | |
| *Seating Constructors USA, Inc. v. The Goldman Sachs Group, Inc.*, No. 1:14-cv-00191-KBF | : : : : | |
| *F&F Custom Boats, LLC v. Goldman Sachs Group, Inc.*, No. 1:14-cv-00199-KBF | : : : | |

The motion of Katherine Van Dyck for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the State of Texas and that her contact information is as follows:

> Katherine Van Dyck
> CUNEO GILBERT & LADUCA, LLP
> 507 C Street NE
> Washington, DC 20002
> Telephone: 202-789-3960
> Facsimile: 202-789-1813
> Email: Kvandyck@cuneolaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Breezin Metal Works, Inc., Lexington Homes, Inc., Quicksilver Welding Services, Inc., Tyler Sales, Inc., and Welk-Ko Fabricators, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 8, 2014

Katherine B. Forrest, United States District Judge