**Jeffrey H. Newhouse**
Direct Dial: +1.202.637.1020
jeffrey.newhouse@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

File No. 036012-0003

# LATHAM&WATKINS LLP

August 13, 2014

<u>**VIA ECF**</u>

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   *In re: Aluminum Warehousing Antitrust Litigation* (13-md-2481) (KBF) (RLE)

Dear Judge Forrest:

I have appeared and represent Defendant The London Metal Exchange (the "LME") in the above referenced matter on behalf of Latham & Watkins LLP—along with my colleagues, Margaret M. Zwisler, William R. Sherman, and Jennifer L. Giordano.  Following my imminent departure from Latham & Watkins LLP, Ms. Zwisler, Mr. Sherman, and Ms. Giordano—all of Latham & Watkins LLP—will continue to act as primary counsel for the LME.  As Latham & Watkins LLP will continue to represent the LME, my withdrawal will have no material effect on the schedule in this matter nor will it cause prejudice to any party, including the LME.  In light of the foregoing, I respectfully request that that the Court relieve the undersigned as counsel for the LME, and that the official court docket be amended to reflect this change.

Thank you for your attention to this request.

Respectfully submitted,

*/s/ Jeffrey H. Newhouse*
Jeffrey H. Newhouse

cc:  All Counsel of Record (via ECF)