USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 15, 2014

**COVINGTON & BURLING** LLP

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

T 202.662.5487
rwick@cov.com

August 14, 2014

**By ECF**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY  10007

      Re:   *In Re Aluminum Warehousing Antitrust Litig.*, **No. 13 MD 2481**

Dear Judge Forrest:

      I write on behalf of Henry Bath & Son, Ltd. ("Henry Bath & Son") to seek a one day extension of time in which to file a reply in support of Henry Bath & Son's motion to dismiss for lack of personal jurisdiction (ECF No. 503).

      Plaintiffs responded to Henry Bath & Son's 14-page personal jurisdiction brief by filing two separate briefs that together contain 66 pages of argument, 130 footnotes, and 28 evidentiary exhibits.  *See* ECF Nos. 531-535.  Henry Bath & Son requests a one-day extension of time in which to respond to these voluminous submissions because the requested extension (1) will help them prepare a single concise reply brief, and (2) will enable them to communicate with client representatives who are currently out of office on vacation.

      Because the relevant complaints were not served on Henry Bath & Son until June, Henry Bath & Son filed its motions to dismiss on the due date of July 29, 2014.  By order dated July 31, 2014 (ECF No. 508), this Court directed Henry Bath & Son. to file its reply on August 19, 2014.  Henry Bath & Son thus seeks until August 20 to file its reply.

      Undersigned counsel contacted opposing counsel regarding their position on this motion this morning.  Counsel for the commercial end-users have no objection; counsel for the direct purchaser plaintiffs have not yet responded.

      Sincerely,

      s/ Robert D. Wick

cc:    All Counsel (by ECF)

ORDERED:
Request granted.

_K. B. Forrest_  08/15/14
United States District Judge

DC: 5417426-1