## Curtis, Mallet-Prevost, Colt & Mosle llp

| | | | |
|---|---|---|---|
| Almaty<br>Ashgabat<br>Astana<br>Beijing<br>Buenos Aires<br>Dubai<br>Frankfurt<br>Houston | Istanbul<br>London<br>Mexico City<br>Milan<br>Muscat<br>Paris<br>Washington, D.C. | Attorneys and Counsellors at Law<br><br>101 Park Avenue<br>New York, New York 10178-0061 | Telephone 212-696-6000<br>Facsimile 212-697-1559<br>www.curtis.com |

Writer's Direct:
Tel: 212-696-6192
Email: ELAUER@CURTIS.COM
Facsimile: 212-697-1559

August 21, 2014

**VIA ECF**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

      Re:    *In re Aluminum Warehousing Antitrust Litig.*, No. 13-md-2481-KBF
               First Level Purchaser Plaintiffs, No. 14-cv-3116-KBF

Dear Judge Forrest:

      We write on behalf of defendant Glencore plc (f/k/a "Glencore Xstrata plc") in response to Linda Nussbaum's August 20, 2014 letter to the Court on behalf of the First Level Purchaser Plaintiffs ("Plaintiffs") (ECF No. 560), which attempts to circumvent Your Honor's Rule 2(D).

      Glencore plc's 2014 Half-Year Report, H1 2014 Results Presentation, and the Transcript of Glencore plc's S1 2014 earnings call – which Plaintiffs have attached to their August 20 letter – are identical in all relevant respects to analogous reports for the prior reporting periods, all of which were available to Plaintiffs on the www.glencore.com website when they submitted their August 14, 2014 Opposition brief with other documents accessed from the same website (ECF No. 544). The newly-submitted documents, like the documents Plaintiffs have cited in their Opposition and the earlier reports available on the www.glencore.com website, refer to the world-wide operations of the Glencore group of companies, and not to any business activities by the ultimate parent, Glencore plc.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 2	August 21, 2014

        Respectfully Submitted,

        /s/ Eliot Lauer
        Eliot Lauer

cc:    All Counsel of Record (via ECF)