UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 3, 2014
```

                      :

                      :

                      :       13-md-2481 (KBF)

IN RE ALUMINUM WAREHOUSING   :      and all related cases

ANTITRUST LITIGATION         :

                      :          ORDER

                      :

                      :

----------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

       All dates and deadlines in this case are hereby adjourned, excepting those

pertaining to the Eastman Kodak Co. action (no. 14-cv-6849), as well as the

September 19, 2014 deadline for the filing of any motions to amend complaints (and

proposed amendments) as set forth in the Court's August 29, 2014 Opinion and

Order (ECF No. 571).

       SO ORDERED.

Dated:      New York, New York
            September 3, 2014

                                 KATHERINE B. FORREST
                                 United States District Judge