```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

13-md-2481 (KBF)

## JUDGMENT

------------------------------------------------------------X

Before the Court are 13 motions to dismiss the antitrust and state law claims brought by purchasers of aluminum and aluminum products, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on August 29, 2014, having rendered its Opinion and Order granting defendants' motions to dismiss, except for LME Ltd's motion to dismiss, which is denied as moot, and denying the Consumer End Users (14 Civ. 3122) and Commercial End Users (14 Civ. 3121) leave to replead because doing so would be futile, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 29, 2014, defendants' motions to dismiss are granted, except for LME Ltd's motion to dismiss which is denied as moot; Consumer End Users (14) Civ. 3122) and Commercial End Users (14 Civ. 3121) lack antitrust standing, and their actions are therefore dismissed and leave to replead is denied as futile.

**Dated:** New York, New York
August 29, 2014

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____