```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 5, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

------------------------------------------------------------X

13-md-2481 (KBF)
and all related cases

ORDER

KATHERINE B. FORREST, District Judge:

The Court will soon be issuing a supplemental opinion providing additional detail regarding its decision in the August 29, 2014 Opinion and Order (ECF No. 571) to dismiss plaintiffs' state law claims.

SO ORDERED.

Dated:    New York, New York
          September 5, 2014

_____
KATHERINE B. FORREST
United States District Judge