

Grant & Eisenhofer P.A.

485 Lexington Avenue  New York, NY 10017  Tel: 646-722-8500  Fax: 646-722-8501

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

1747 Pennsylvania Avenue, N.W., Suite 875
Washington, DC 20006
Tel: 202-386-9500
Fax: 202-386-9505

Linda P. Nussbaum
Director
Tel: 646-722-8504
lnussbaum@gelaw.com

30 N. LaSalle Street, Suite 1200
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

September 5, 2014

VIA ECF AND EMAIL
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re: *In re Aluminum Warehousing Antitrust Litigation* (13-md-2481 (KBF)), Direct Purchaser Plaintiffs (14 Civ. 3116)

Dear Judge Forrest:

I write on behalf of Direct Purchaser Plaintiffs to respectfully request an extension of time by which to submit the proposed amended complaint and supporting memorandum of law authorized by the Court's Opinion and Order of August 29, 2014, (ECF 571.)

In support of this request, Plaintiffs provide the following information under Rule 1.G.ii of the Court's Individual Rules of Practice in Civil Cases:

| | | |
|---|---|---|
| a. | **Original due date:** | September 19, 2014. |
| b. | **Proposed new due date:** | October 7, 2014. |
| c. | **Previous requests:** | None. |
| d. | **Requests granted or denied:** | Not applicable. |
| e. | **Whether Defendants consent:** | Having conferred with defense counsel, Plaintiffs can represent to the Court that Defendants take no position on this request. |

f. **Brief explanation for request:**

In its Opinion and Order, the Court provided Plaintiffs with significant guidance on numerous legal and factual issues concerning what it would expect from Plaintiffs in a proposed

Hon. Katherine B. Forest
Page 2 of 2

amended complaint. Plaintiffs wish to furnish the Court with an amended complaint that would fully reflect the Court's guidance, and which would fully answer the Court's questions, satisfy the concerns raised in its Opinion, and more.

In service of the best interests of the proposed Class, Plaintiffs will make use of the additional time to provide the Court with an amended complaint that addresses the Court's questions and concerns with additional allegations going to every element of their antitrust claims and their standing to sue.

As the Court has recognized, this is a complex case. Plaintiffs appreciate the questions and concerns raised by the Court and hope to provide an amended complaint, with an accompanying brief, which the Court will be pleased to hold makes facially plausible antitrust claims sufficient to allow this case to proceed.

Respectfully submitted,

Linda P. Nussbaum

cc: Counsel of Record

Ordered
Application granted.

K. B. F.
USDJ

9/8/14