UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>   Direct Purchaser Plaintiffs (14 Civ. 3116)<br><br>   AGFA Corporation, et al. v. The Goldman Sachs Group, Inc., et al. (14 Civ. 0211)<br><br>   Mag Instrument Inc. v. The Goldman Sachs Group Inc., et al. (14 Civ. 0217) | 13 MD 2481 (KBF)<br><br>Hon. Katherine B. Forrest<br><br>**PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF DISMISSAL OF THE LONDON METAL EXCHANGE ON FOREIGN SOVEREIGN IMMUNITY GROUNDS WITHOUT LEAVE TO REPLEAD (ECF 564)** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Direct Purchaser Plaintiffs, Mag Instrument, Inc., Agfa Corporation, and AGFA Graphics, N.V. ("Plaintiffs") respectfully move under Local Civil Rule 6.3 for reconsideration of its Opinion and Order of August 25, 2014, dismissing The London Metal Exchange for lack of subject matter jurisdiction on grounds of foreign sovereign immunity without leave to replead. (ECF 564.) Plaintiffs submit herewith a memorandum of law and declaration with exhibits in support. Plaintiffs do not request oral argument.

Dated: September 8, 2014.

                                              Respectfully submitted.

                                                s/ Linda P. Nussbaum
                                                Linda P. Nussbaum
                                                Peter A. Barile III
                                                GRANT & EISENHOFER P.A.
                                                485 Lexington Avenue
                                                New York, NY 10017
                                                Tel: (646) 722-8500
                                                Fax: (646) 722-8501
                                                Email: lnussbaum@gelaw.com
                                                             pbarile@gelaw.com

Christopher Lovell
Benjamin M. Jaccarino
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Tel: (212) 608-1900
Fax: (212) 719-4677
Email: clovell@lshllp.com
       bjaccarino@lshllp.com

Bonny E. Sweeney
Carmen Medici
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423
Email: bonnys@rgrdlaw.com
       cmedici@rgrdlaw.com

***Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Plaintiff Class***


 s/ Derek Y. Brandt
Derek Y. Brandt
John R. Phillips
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Tel.: 618-259-2222

Andrea Bierstein
SIMMONS HANLY CONROY
112 MADISON AVE., 7TH FLOOR
New York, New York 10016
Tel.: (212) 784-6400

David R. Scott
Sylvia M. Sokol
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor

New York, NY 10174
Tel.: (212) 223-6444

Christopher M. Burke
Walter W. Noss
Kristen M. Anderson
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel.: (619) 233-4565

Todd M. Schneider
Jason H. Kim
SCHNEIDER WALLACE COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel.: (415) 421-7100

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL KONECKY LLP
8501 North Scottsdale Road, Suite 270
Scottsdale, AZ 85253
Tel.: (480) 428-0144

Christopher M. Santomassimo
NICOLL DAVIS & SPINELLA LLP
95 Route 17 South, Suite 316
Paramus, NJ 07652
Tel.: (201) 712-1616

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA 92124
Tel.: (619) 687-6611

Joseph C. Peiffer
PEIFFER ROSCA ABDULLAH & CARR, L.L.P.
201 St. Charles Avenue, Suite 4610
New Orleans, LA 70170
Tel.: (505) 586-5259

*Counsel for Plaintiffs Mag Instrument, Inc., Agfa Corporation, and AGFA Graphics, N.V.*

**ECF CERTIFICATION**

The filing attorney attests to having obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: September 8, 2014.

Respectfully Submitted.

                                        s/ Linda P. Nussbaum
Linda P. Nussbaum
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
Email: lnussbaum@gelaw.com

*__Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Plaintiff Class__*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2014, I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access redacted copies of the forgoing through the Court's system, and notice will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 8, 2014.

Respectfully Submitted.

s/ Linda P. Nussbaum
Linda P. Nussbaum
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
Email: lnussbaum@gelaw.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Plaintiff Class*