```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 9 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

------------------------------------------------------------X

13-md-2481 (KBF)
and all related cases

ORDER

KATHERINE B. FORREST, District Judge:

The Court would like to clarify that the motions for dismiss for lack of personal jurisdiction by Henry Bath & Son Limited, Hong Kong Exchanges and Clearing Limited, Glencore Xstrata PLC, and LME Holdings Limited (ECF Nos. 327, 447, 503, 511) were denied as moot in the Court's August 29, 2014 Opinion & Order (ECF No. 571).

SO ORDERED.

Dated:  New York, New York
        September 9, 2014

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge