

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 09 2014

**WALTER W. NOSS**

Writer's Direct Dial Number
(619) 798-5301

Writer's Direct Email Address
wnoss@scott-scott.com

September 8, 2014

<u>**VIA ECF**</u>

Hon. Katherine B. Forrest
U.S. District Court for the
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

Re: *In re Aluminum Warehousing Antitrust Litigation*, 13-md-2481 (KBF)
  *Agfa Corp. v. The Goldman Sachs Group, Inc.*, No. 1:14-cv-211
  *Mag Instrument, Inc. v. The Goldman Sachs Group, Inc.*, No. 1:14-cv-217

Dear Judge Forrest:

Plaintiffs Agfa Corporation, Agfa Graphics, N.V. and Mag Instrument, Inc. join in Direct Purchaser Plaintiffs' motion for a two-week extension to file amended complaints and supporting memoranda (ECF No. 574). For the reasons stated in ECF No. 574, Agfa and Mag respectfully request that the Court grant the motion and extend all deadlines set forth in the Court's August 29, 2014 Opinion and Order (ECF No. 571) by two weeks.

Very truly yours,
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

WALTER W. NOSS

WWN/pm

cc: Counsel of Record (via ECF)

*Ordered*
*Application granted.*
*K. B. Forrest*
*USDJ*
*9/9/14*

CALIFORNIA
CONNECTICUT
NEW YORK
OHIO

SCOTT+SCOTT ATTORNEYS AT LAW, LLP
707 BROADWAY
SUITE 1000
SAN DIEGO, CA 92101

619 233-4565 VOICE
619 233-0508 FAX
SCOTTLAW@SCOTT-SCOTT.COM
WWW.SCOTT-SCOTT.COM