UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>Consumer End User Plaintiffs (1:14-CV-03122) | 1:13-MD-02481 (KBF)<br><br>Hon. Katherine B. Forrest<br><br>**NOTICE OF APPEAL IN A CIVIL CASE** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Daniel Javorsky, David Kohlenberg, and Brick Pizzeria LLC, on behalf of the putative class of Consumer End User Plaintiffs, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment of this court entered on August 29, 2014 (D.E. 573) granting defendants' motion to dismiss. The Consumer End User Plaintiffs also hereby appeal the Opinion and Order dated August 25, 2014 (D.E. 564), the Opinion and Order dated August 29, 2014 (D.E. 571), the Order dated September 9, 2014 (D.E. 583), and the Memorandum Decision and Order dated September 15, 2014 (D.E. 586).

Dated: September 24, 2014         Respectfully Submitted,

                                                      By:  */s/ Douglas G. Thompson*
                                                      Douglas G. Thompson (admitted *pro hac vice*)
                                                      Rosalee B. C. Thomas (Bar No. RT0440)
                                                      Michael G. McLellan
                                                      Eugene J. Benick
                                                      **Finkelstein Thompson LLP**
                                                      1077 30th Street, NW, Suite 150
                                                      Washington, DC 20007
                                                      Tel.: (202) 337-8000
                                                      Fax: (202) 337-8090
                                                      dthompson@finkelsteinthompson.com
                                                      rbcthomas@finkelsteinthompson.com
                                                      mmclellan@finkelsteinthompson.com
                                                      ebenick@finkelsteinthompson.com

> Brian R. Strange
> Keith L. Butler
> John T. Ceglia
> **STRANGE & CARPENTER**
> 12100 Wilshire Boulevard, Suite 1900
> Los Angeles, CA 90025
> Telephone: (310) 207-5055
> Facsimile: (310) 826-3210
> lacounsel@earthlink.net
> kbutler@strangeandcarpenter.com
> jceglia@strangeandcarpenter.com
>
> *Attorneys for Consumer End User Plaintiffs*