IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>**Commercial End User Plaintiffs (14-cv-3121)** | Master Action<br>No. 13-md-02481-KBF |

### COMMERCIAL END USER PLAINTIFFS' NOTICE OF APPEAL

Notice is given that Big River Outfitters, LLC, D-Tek Manufacturing, F&F Custom Boats, LLC, Master Screens, Inc., Seating Constructors USA, Inc., Team Ward, Inc., Quicksilver Welding Services, Inc., Lexington Homes, Inc. and Welk-Ko Fabricators, Inc. (collectively "Commercial End User Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on August 29, 2014 (Dkt. No. 573). This appeal is taken from the entirely of said Judgment and each and every aspect thereof, including without limitation the Court's August 25, 2014 Opinion and Order (Dkt No. 564), the Courts' August 29, 2014 Opinion and Order (Dkt. No. 571) and the Court's September 15, 2014 Memorandum Decision and Order (Dkt No. 586).

Dated:  September 24, 2014          Respectfully submitted,

                                                         */s/Joseph H. Meltzer*
                                                         **KESSLER TOPAZ**
                                                           **MELTZER & CHECK, LLP**
                                                         Joseph H. Meltzer
                                                         Terence S. Ziegler
                                                         Kimberly A. Justice
                                                         Scott M. Lempert
                                                         John Q. Kerrigan
                                                         280 King of Prussia Road
                                                         Radnor, PA  19087

Telephone: (610) 667-7706
Facsimile:   (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com
kjustice@ktmc.com
slempert@ktmc.com
qkerrigan@ktmc.com

*Co-Lead Counsel for Commercial End User Plaintiffs*

*/s/ John A. Kehoe*
**GIRARD GIBBS LLP**
John A. Kehoe
711 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 867-1721
Facsimile: (212) 867-1767
jak@girardgibbs.com

Daniel C. Girard
Amanda M. Steiner
Adam E. Polk
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
dcg@girardgibbs.com
as@girardgibbs.com
aep@girardgibbs.com

*Co-Lead Counsel for Commercial End User Plaintiffs*

*/s/ Jonathan W. Cuneo*
**CUNEO GILBERT & LaDUCA, LLP**
Jonathan W. Cuneo
Joel Davidow
Yifei "Evelyn" Li
507 C Street, N.E.
Washington, D.C.  20002
Telephone:  (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
evelyn.li@cuneolaw.com

*Co-Lead Counsel for Commercial End User Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/Joseph H. Meltzer