# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | | Facsimile |
|---|---|---|
| 212.608.1900 | | 212.719.4775 |

October 3, 2014

**VIA ECF AND EMAIL**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

      Re:   *In re Aluminum Warehouse Antitrust Litigation* (13-md-2481) (KBF), Direct Purchaser Plaintiffs (14 Civ. 3116)

Dear Judge Forrest,

     As one of the attorneys for the Direct Purchaser Plaintiffs, I am writing this letter in order to request a brief, 48-hour extension from Tuesday, October 7 to Thursday, October 9 in the time for the Direct Purchaser Plaintiffs to submit their motion for leave to file an amended complaint and proposed amended complaint, as authorized by the Court's Opinion and Order of August 29, 2014 (ECF 571) and modified by the Court's granting of a previous adjournment in the time to file same.  ECF 577.  This is the second request for an extension by the Direct Purchaser Plaintiffs.

     Defendants have kindly authorized me to state that they do not oppose this relief.  The Direct Purchaser Plaintiffs obviously will not object to any reasonable extensions of times Defendants may request after they receive and review our papers.

     As reasons for this brief extension, I respectfully state that the Direct Purchaser Plaintiffs have to coordinate with experts in Europe, clients in multiple states, and multiple co-counsel.  This coordination is made much more difficult by the upcoming holiday as well as the work schedule of certain of the people involved.  As a result, the Direct Purchaser Plaintiffs must respectfully request this brief adjournment to complete this process.

     Thank you very much.

                                 Respectfully submitted,

                                 */s/ Christopher Lovell*
                                 Christopher Lovell

cc:  Counsel of Record