**Margaret M. Zwisler**

Direct Dial: 202-637-1092

margaret.zwisler@lw.com

555 Eleventh Street, N.W., Suite 1000

Washington, D.C.  20004-1304

Tel: +1.202.637.2200  Fax: +1.202.637.2201

www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

October 3, 2014

**VIA ECF AND HAND DELIVERY**

The Honorable Katherine B. Forrest

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007-1312

Re:    *In re Aluminum Warehousing Antitrust Litig.*, No. 1:13-md-02481-KBF-RLE

Dear Judge Forrest:

The London Metal Exchange ("the LME") respectfully requests permission to file a short sur-reply to plaintiffs' reply in further support of their joint motion for reconsideration of dismissal of the London Metal Exchange on foreign sovereign immunity grounds without leave to replead (Doc. No. 593).  The LME will be able to file this sur-reply by 10:00 am Monday.

Yesterday at midnight plaintiffs filed a 19-page reply memorandum and, in blatant violation of this Court's rules (Local Rule 6.3), also filed a new declaration with 15 exhibits totaling about 250 pages (Doc. Nos. 593, 594).  Plaintiffs' reply completely changes the relief that plaintiffs requested in their opening motion.  Now they are not only asking the Court to reconsider its denial of leave to amend, but they want the Court to reverse itself completely and hold that the LME is not entitled to sovereign immunity.  It appears as if this latest salvo is intended for an audience other than this Court.

Since the LME can easily address briefly each of the points that plaintiffs raise, the LME respectfully requests permission to file a short sur-reply (no more than 10 pages) on Monday by 10:00am to ensure that, in the event of any appeal, its response to these points is in the record.

LATHAM&WATKINS LLP

Respectfully submitted,

/s/ Margaret M. Zwisler

Margaret M. Zwisler (admitted *pro hac vice*)
(*margaret.zwisler@lw.com*)
William R. Sherman (*william.sherman@lw.com*)
Jennifer L. Giordano (*jennifer.giordano@lw.com*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201

*Attorneys for Defendant The London Metal
Exchange*

Enclosures
cc:      All Counsel of Record (via ECF)