**SCOTT+SCOTT**

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: OCT 0 6 2014 |

WALTER W. NOSS

Writer's Direct Dial Number
(619) 702-5301

Writer's Direct Email Address
wnoss@scott-scott.com

October 3, 2014

**VIA ECF**

Hon. Katherine B. Forrest
U.S. District Court for the
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

    Re:    *In re Aluminum Warehousing Antitrust Litigation*, 13-md-2481 (KBF)
            *Agfa Corp. v. The Goldman Sachs Group, Inc.*, No. 1:14-cv-211
            *Mag Instrument, Inc. v. The Goldman Sachs Group, Inc.*, No. 1:14-cv-217
            *Eastman Kodak Company v. The Goldman Sachs Group, Inc.*, No. 1:14-cv-6849

Dear Judge Forrest:

    Plaintiffs Agfa Corporation, Agfa Graphics, N.V., Mag Instrument, Inc., and Eastman Kodak Company (collectively, the "Individual Action Plaintiffs") write to join in the Direct Purchaser Plaintiffs' request for an extension of time from Tuesday, October 7, 2014 to Thursday, October 9, 2014, to file an amended complaint and supporting papers. (ECF No. 595). The additional time would aid in the finalization of the papers and certain issues with the clients, one of whom is headquartered in Belgium.

    This request supersedes the Individual Action Plaintiffs' request made on October 2, 2014, only with regards to the extension requested (ECF No. 592). Individual Action Plaintiffs will file a joint amended complaint and supporting papers.

    We thank the Court for its attention to this request.

So ordered.
K. B. F.
USDJ
10/6/14

Very truly yours,
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

Walter W. Noss

cc: Counsel of Record (via ECF)

CALIFORNIA     SCOTT+SCOTT, ATTORNEYS AT LAW, LLP     619 233 4565 VOICE
CONNECTICUT     707 BROADWAY     619 233 0508 FAX
NEW YORK     SUITE 1000     SCOTTLAW@SCOTT-SCOTT.COM
OHIO     SAN DIEGO, CA 92101     WWW.SCOTT-SCOTT.COM