UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Agfa Corporation and Agfa Graphics, N.V. v. The Goldman Sachs Group, Inc.*, Case No. 1:14-cv-0211-KBF (S.D.N.Y.)<br><br>*Mag Instrument, Inc. v. The Goldman Sachs Group, Inc.,* Case No. 1:14-cv-00217-KBF (S.D.N.Y.)<br><br>*Eastman Kodak Company v. The Goldman Sachs Group, Inc.*, Case No. 1:14-cv-06849-KBF (S.D.N.Y.) | MDL No. 2481<br>Master Docket No.<br>13 MD 2481 (KBF)<br><br>**PLAINTIFFS AGFA GRAPHICS, N.V.'S, AGFA CORPORATION'S, MAG INSTRUMENT, INC.'S, AND EASTMAN KODAK COMPANY'S NOTICE OF MOTION TO AMEND THE COMPLAINT**<br><br>**ECF CASE** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 9, 2014, counsel for Plaintiffs Agfa Graphics, N.V. and Agfa Corporation (together, "Agfa"), and Mag Instrument, Inc. ("Mag"), for their Second Amended Complaints, and Plaintiff Eastman Kodak Co.[1] ("Kodak," and, together with Agfa and Mag, "Plaintiffs"), for their Amended Complaint against Defendants, shall move, under the Court's order and Fed. R. Civ. P. 15(a), this Court, before the Honorable Katherine B. Forrest, United States District Judge, in the United States Courthouse for the Southern District of New York, 500 Pearl St., New York, New York 10007-1312, on a date and time to be

---

[1] Kodak's original complaint has not been dismissed. *See* ECF No. 517 at 2 n.2, and Kodak may still amend its complaint as a matter of course under Rule 15(a). In light of the Court's indication that its rationale and determinations made in the Order (ECF No. 571) would apply to any future ruling on Kodak's complaint, for the sake of the Court's and the parties' convenience, and consistent with the Court's docket management directives, ECF No. 598, Kodak files its amended complaint as a part of the "Joint Amended Complaint" submitted herewith.

determined by the Court, for an order granting Plaintiffs' Motion to Amend the Complaint and allowing submission of their Joint Amended Complaint.

This motion is based upon the accompanying Memorandum in Support with the Joint Amended Complaint (which is being filed under seal contemporaneously), oral argument, and other such materials as the Court may consider.

Respectfully submitted,

DATED:  October 9, 2014                    Scott+Scott, Attorneys at Law, LLP

s/ Walter W. Noss
Christopher M. Burke (*pro hac vice*)
Walter W. Noss (*pro hac vice*)
Kristen M. Anderson (*pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619-233-4565

David R. Scott (DS 8053)
Sylvia M. Sokol (*pro hac vice*)
Thomas K. Boardman (*pro hac vice*)
Scott+Scott, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone:  212-223-6444

Derek Y. Brandt (*pro hac vice*)
John R. Phillips (*pro hac vice*)
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Telephone:  618-259-2222

Andrea Bierstein
Simmons Hanly Conroy
112 Madison Ave., 7th Floor
New York, NY 10016
Telephone:  212-784-6400

Todd M. Schneider
Jason H. Kim
Schneider Wallace Cottrell Konecky Wotkyns LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-421-7100

Garrett W. Wotkyns
Schneider Wallace Cottrell Konecky Wotkyns LLP
8501 North Scottsdale Road, Suite 270
Scottsdale, AZ 85253
Telephone:  480-428-0144

Daniel J. Mogin
The Mogin Law Firm, P.C.
707 Broadway, Suite 1000
San Diego, CA 92124
Telephone:  619-687-6611

Joseph C. Peiffer
Peiffer Rosca Wolf Abdullah Carr & Kane, L.L.P.
201 St. Charles Avenue, Suite 4610
New Orleans, LA 70170
Telephone:  505-586-5259

*Counsel for Agfa Corporation and Agfa Graphics, N.V.; Mag Instrument, Inc.; and Eastman Kodak Company*

-and-

Christopher M. Santomassimo
Nicoll Davis & Spinella LLP
95 Route 17 South, Suite 316
Paramus, NJ 07652
Telephone:  201-712-1616

*Counsel only for Agfa Corporation and Agfa Graphics, N.V.*

-and-

Allan Steyer
Steyer Lowenthral Boodrookas Alvarez & Smith LLP
One California Street, 3rd Floor
San Francisco, CA 94111
Telephone: 415-421-3400

*Counsel only for Mag Instrument, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on October 9, 2014.

      /s/ Walter W. Noss
WALTER W. NOSS (*pro hac vice*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA  92101