UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | 13 MD 2481 (KBF) |

**DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND**

This Document Relates To:

**ECF CASE**

DIRECT PURCHASER CASES

-------------------------------------------------------x

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, counsel for the Direct Purchaser Plaintiffs ("Plaintiffs") shall move, under the Court's order (ECF No. 571) and Fed. R. Civ. P. 15(a), this Court, before the Honorable Katherine B. Forrest, United States District Judge, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, for leave to file the Proposed "Second Consolidated Amended Class Action Complaint" attached as Exhibit A hereto.

This motion is based upon the accompanying Memorandum Of Law In Support with the Second Consolidated Amended Class Action Complaint (which is being filed under seal contemporaneously), oral argument, and other such materials as the Court may consider.

Respectfully submitted,

DATED: October 9, 2014

/s/ Christopher Lovell
Christopher Lovell
LOVELL STEWART HALEBIAN & JACOBSON L.L.P.
61 Broadway, Suite 501

New York, NY 10006
Tel: (212) 608-1900
Fax: (212) 719-4677
Email: clovell@lshjllp.com

*Interim Co-Lead Counsel for Direct*
*Purchaser Plaintiffs and the Proposed*
*Direct Purchaser Class*

Linda P. Nussbaum
GRANT & EISENHOFER, P.A.
485 Lexington Ave., 29th Floor
New York, NY 10017
Tel:     (646) 722-8500
Fax:    (646) 722-8501
Email: lnussbaum@gelaw.com

*Interim Co-Lead Counsel for Direct*
*Purchaser Plaintiffs and the Proposed*
*Direct Purchaser Class*

Samuel H. Rudman
ROBBINS GELLER RUDMAN &
DOWD L.L.P.
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com

*Interim Co-Lead Counsel for Direct*
*Purchaser Plaintiffs and the Proposed*
*Direct Purchaser Class*

Bonny E. Sweeney
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Fax: (619) 231-7423
Email: bonnys@rgrdlaw.com

2

*Interim Co-Lead Counsel for Direct
Purchaser Plaintiffs and the Proposed
Direct Purchaser Class*