```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 14 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
IN RE ALUMINUM WAREHOUSING     :      13-md-2481 (KBF)
ANTITRUST LITIGATION           :      and all related cases
:
:           ORDER
:
:
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

       The Court intends to rule on all motions pursuant to Rules 12 and 15 of the Federal Rules of Civil Procedure pertaining to amended complaints filed after the Court's August 25, 2014 Opinion & Order (ECF No. 564) at the same time in a single opinion. The Court notes that Kodak's amendment is as of right. Accordingly, any motions regarding claims made by Kodak (as distinct from those made by other plaintiffs with whom Kodak has filed a joint amended complaint) should be made pursuant to Rule 12, not Rule 15. If any party disagrees, they should so inform the Court in a letter submitted on ECF.

       SO ORDERED.

Dated:     New York, New York
               October 14, 2014

                                            _____
                                            KATHERINE B. FORREST
                                            United States District Judge