UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

This Document Relates To:

DIRECT PURCHASER CASES

---------------------------------------------------------x

13 MD 2481 (KBF)

**DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND THEIR MOTION TO AMEND THE COMPLAINT**

**ECF CASE**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, counsel for the Direct Purchaser Plaintiffs ("Plaintiffs") shall move, before the Honorable Katherine B. Forrest, United States District Judge, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, for leave to file substitutes for the documents filed publicly as ECF Nos. 610 and 611 and filed under seal as ECF No. 614: (1) Direct Purchaser Plaintiffs' **Amended** Memorandum of Law in Support of Motion for Leave to Amend (annexed under seal as Exhibit 1 hereto), and (2) Direct Purchaser Class Plaintiffs' **Amended** Notice of Motion for Leave to Amend attaching a changed, Proposed "Second Consolidated Amended Class Action Complaint" (annexed under seal in a separate exhibit accompanying this Notice of Motion as Exhibit 2 hereto).

This motion is based upon the accompanying Direct Purchaser Class Plaintiffs' Memorandum in Support of Their Motion for Leave to Amend their Motion to Amend the

1

Complaint, all papers and proceedings herein, and such other materials as the Court may consider.

DATED: October 22, 2014

Respectfully submitted,

*/s/ Christopher Lovell*
Christopher Lovell
LOVELL STEWART HALEBIAN &
JACOBSON L.L.P.
61 Broadway, Suite 501
New York, NY 10006
Tel: (212) 608-1900
Fax: (212) 719-4677
Email: clovell@lshjllp.com

*Interim Co-Lead Counsel for Direct
Purchaser Plaintiffs and the Proposed
Direct Purchaser Class*


Linda P. Nussbaum
GRANT & EISENHOFER, P.A.
485 Lexington Ave., 29th Floor
New York, NY 10017
Tel:   (646) 722-8500
Fax:   (646) 722-8501
Email: lnussbaum@gelaw.com

*Interim Co-Lead Counsel for Direct
Purchaser Plaintiffs and the Proposed
Direct Purchaser Class*


Samuel H. Rudman
ROBBINS GELLER RUDMAN &
DOWD L.L.P.
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com

*Interim Co-Lead Counsel for Direct
Purchaser Plaintiffs and the Proposed*

*Direct Purchaser Class*

Bonny E. Sweeney
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Fax: (619) 231-7423
Email: bonnys@rgrdlaw.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Class*