# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| | |
|---|---|
| Telephone | Facsimile |
| 212.608.1900 | 212.719.4775 |

October 22, 2014

**BY ECF AND HAND DELIVERY AND EMAIL**

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

    Re:    *In re Aluminum Warehousing Antitrust Litig.*, 13 MD 2481 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

    Pursuant to Section 2.C. of Your Honor's Individual Rules of Practice in Civil Cases, the Direct Purchaser Plaintiffs ("Plaintiffs") respectfully enclose one Chambers' copy of Plaintiffs' notice of motion and memorandum of law in support of Plaintiffs' Motion For Leave To Amend Their Motion To Amend The Complaint.

    Attached to the accompanying notice of motion are two documents which Plaintiffs propose to substitute for those filed [ECF No. 610] on October 10, 2014: (1) the Direct Purchaser Plaintiffs' Amended Memorandum Of Law In Support Of Direct Purchaser Class Plaintiffs' Motion For Leave To File An Amended Complaint, and (2) the Direct Purchaser Class Plaintiffs' Amended Notice of Motion For Leave to Amend Complaint, attaching a changed, Proposed "Second Consolidated Amended Class Action Complaint."

    For the convenience of the Court, we also enclose a redlined copy of both the revised proposed Amended Memorandum of Law against Plaintiffs' October 10, 2014 filing, and of the revised Proposed Second Consolidated Amended Complaint against Plaintiffs' October 10, 2014 filing, as well as a separate redline of the revised proposed complaint against the earlier complaint [ECF No. 271] that was the subject of the Defendants' motion to dismiss and this Court's Opinion and Order dated August 29, 2014.

    Thank you very much.

                                                Respectfully submitted,

                                                 /s/ Christopher Lovell
                                                Christopher Lovell

The Honorable Katherine B. Forrest
October 22, 2014


cc:     Counsel of Record (by ECF notification, without attachments)
        Counsel of Record (by e-mail, with attachments)