Margaret M. Zwisler
Direct Dial: 202-637-1092
margaret.zwisler@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 4 2014

October 23, 2014

**VIA ECF**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

Re:  *In re Aluminum Warehousing Antitrust Litig.*, No. 1:13-md-02481-KBF-RLE
Response to Plaintiffs' Letters re: Notice of Supplemental Authority

Dear Judge Forrest:

The LME submits this informational letter pursuant to Rule 1. (B) of Your Honor's Individual Rules of Practice.

Plaintiffs' latest two letters ostensibly responding to the LME's Notice of Supplemental Authority in support of its opposition to plaintiffs' motion for reconsideration (ECF 579) have no conceivable relationship to the issues that this Court decided when it held that the LME is immune from plaintiffs' suit. While the LME is reluctant to continue to respond to plaintiffs' gratuitous submissions, we submit this short informational rebuttal to ensure that our position is on the record.

Plaintiffs' latest argument that this Court's opinion granting the LME's motion to dismiss on sovereign immunity grounds is wrong is based upon a press report that one of the LME's executives came to Washington and supposedly met with members of Congress (ECF 617). Even if it were true that the LME's executives "lobb[ied]" Congress, that circumstance does not mean that the UK government treats the LME as anything other than a public body; that the LME does not have statutory immunity in the UK; that the LME is not a market regulator in the UK; that the FCA does not regulate the LME; or that plaintiffs' complaint is based upon something other than the LME's regulatory role in managing the load-out rule. It is these issues that were the predicates for this Court's decision that the LME is immune. As the Court found, immunity is context-specific, and the LME's ordinary course of business conduct in the US affects neither its status as an instrumentality of a foreign government, nor the fact that plaintiffs' complaint is not based upon the LME's trading activities.

Plaintiffs' claim in their October 9th letter (ECF 607) that this Court needs help in understanding what the Rusal decision means is, charitably, also wrong. The relevance of that decision is its

Hon. Katherine B. Forrest
October 23, 2014
Page 2

**LATHAM & WATKINS** LLP

result; the Court of Appeals overturned a lower court decision and specifically found that the LME's consultation process is governed by public law and was appropriate.

Plaintiffs also argue that, because the LME justified its decision not to seek public comment on the option of imposing maximum price restraints on its affiliated warehouses on the basis of the risk of litigation challenging its ability to do so under competition law, that means that the LME has somehow admitted that its statutory immunity in the UK doesn't apply to its promulgation of the load-out rules that are the basis of their claims. This argument is irrelevant because this Court has repeatedly said that whether the LME's statutory immunity under UK law would apply to its conduct in a given case is not an issue; the existence of that immunity as a statutory matter is a relevant consideration in determining organ status.

Finally, the LME objects to plaintiffs' tactic of putting new arguments and evidence into the record in the form of increasingly shrill "letters" that are not authorized by the Local Rules of this Court, or Your Honor's Individual Rules of Practice in Civil Cases.

Respectfully submitted,
/s/ Margaret M. Zwisler

Margaret M. Zwisler (admitted *pro hac vice*)
(*margaret.zwisler@lw.com*)
William R. Sherman (*william.sherman@lw.com*)
Jennifer L. Giordano (*jennifer.giordano@lw.com*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorneys for Defendant The London Metal Exchange*

cc: All Counsel of Record (via ECF)

---

*Handwritten order:*

Ordered

No further letters or submissions of any kind by any party on the LME FSIA reconsideration motion.

K. B. Forrest
USDJ

10/24/14