USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 24 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
IN RE ALUMINUM WAREHOUSING  : 13-md-2481 (KBF)
ANTITRUST LITIGATION : and all related cases
:
: ORDER
:
:
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On October 22, 2014, the Direct Purchaser Class Plaintiffs (the "First Level Purchasers," or "FLPs") filed a motion for leave to amend their motion for leave to amend their complaint. (ECF No. 618.) In connection with this motion, the FLPs submitted, under seal, a proposed amended complaint, which is titled "Second Consolidated Class Action Complaint." This is, in fact, the FLPs' **Third** Proposed Amended Complaint, and should be amended to reflect such designation. The parties should refer to it as such.

On October 23, 2014, the Court received a letter from defendant Goldman Sachs requesting an extension of the briefing schedule for responding to plaintiffs' motions for leave to amend their complaints. (ECF No. 624.) The letter advises that plaintiffs do not oppose the requested extension. Accordingly, defendants shall file their oppositions to the FLPs' and the individual defendants' motions for leave to amend their complaints (ECF Nos. 608, 610) not later than **December 8, 2014**. Replies shall be due **December 18, 2014**.

The Clerk of Court is directed to close the motion at ECF No. 618.

SO ORDERED.

Dated:      New York, New York
            October 24, 2014

                                             _____
                                             KATHERINE B. FORREST
                                             United States District Judge