# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 27, 2014

VIA ECF

The Honorable Katherine B. Forrest,
   United States District Court,
      Southern District of New York,
         500 Pearl Street,
            New York, New York 10007.

        Re:   *In re Aluminum Warehousing Antitrust Litigation*, No. 13-md-02481 (KBF)

Dear Judge Forrest:

        As counsel for the Goldman Sachs Defendants, I write on behalf of all Defendants to request clarification of the Order entered on Friday evening (ECF No. 627) and the subsequent deletion of that Order from the dockets in the above-referenced actions.

        The Court's Order closed the First Level Purchasers' motion for leave to amend their motion for leave to amend their complaint (ECF No. 618), which Defendants had intended to oppose. That Order was deleted shortly after it was issued.

        Defendants request clarification of whether the Court has denied or granted the First Level Purchasers' motion (ECF No. 618), and thus whether they should respond on December 8, 2014 to (i) the First Level Purchasers' original memorandum of law and proposed amended complaint filed on October 10, or (ii) their substantially revised memorandum of law and proposed amended complaint filed on October 22 as Exhibits 1 and 2 to their motion to amend their motion for leave to amend their complaint.

The Honorable Katherine B. Forrest                                                                -2-

        We apologize for the intrusion on the Court's time and are happy to participate in a telephonic conference with the Court if that is more efficient.

Respectfully,

Richard C. Pepperman, II

cc:   All Counsel