```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 27 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

13-md-2481 (KBF)
and all related cases

ORDER

------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court believes its October 24, 2014 Order (ECF No. 628) was clear. However, to provide further clarification, the Court has granted the First Level Purchasers' motion for leave to amend their motion for leave to amend their complaint. (ECF No. 618.) Accordingly, defendants' opposition papers should respond to plaintiffs' Third Proposed Amended Complaint.

SO ORDERED.

Dated:    New York, New York
          October 27, 2014

                                            _____
                                            KATHERINE B. FORREST
                                            United States District Judge