# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| | |
|---|---|
| Telephone | Facsimile |
| 212.608.1900 | 212.719.4775 |

October 29, 2014

**BY ECF AND HAND DELIVERY AND EMAIL**

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

      Re:    *In re Aluminum Warehousing Antitrust Litig.*, 13 MD 2481 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

      Pursuant to Section 2.C. of Your Honor's Individual Rules of Practice in Civil Cases, and to the Court's Orders dated October 24, 2014 (ECF No. 628) and October 27, 2014 (ECF No. 630), the Direct Purchaser Plaintiffs ("Plaintiffs") respectfully enclose one Chambers' copy of the following documents reflecting Plaintiffs' now-designated "Third Proposed Amended Complaint:"  (1) the Direct Purchaser Plaintiffs' Amended Notice of Motion For Leave To Amend Complaint, attaching a "Third Proposed Amended Complaint," and (2) an Amended Memorandum of Law In Support Of Direct Purchaser Class Plaintiffs' Motion For Leave To File An Amended Complaint.

      We have substituted a new cover page for the now-designated "Third Proposed Amended Complaint," behind which is the pdf complaint as filed under seal on October 22, 2014.  We have amended page 1 of the Memorandum to correct the designation to "Proposed Third Amended Complaint," and page 70 to add the date and signature.  Aside from these conforming modifications, no change has been made to the complaint or to the Memorandum from those which were filed under seal and provided to Chambers by my cover letter to Your Honor dated October 22, 2014 (ECF No. 620).

      We also respectfully enclose a redlined copy of the Third Proposed Amended Complaint against the earlier complaint (ECF No. 271) that was the subject of the Defendants' motion to dismiss and this Court's Opinion and Order dated August 29, 2014.

Hon. Katherine B. Forrest
October 29, 2014

       Thank you very much.

                                    Respectfully submitted,

                                     */s/ Christopher Lovell*
                                    Christopher Lovell

cc:    Counsel of Record (by ECF notification, without attachments)
        Counsel of Record (by e-mail, with attachments)