UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 3 0 2014

13-md-2481 (KBF)
and all related cases

CORRECTED ORDER[1]

KATHERINE B. FORREST, District Judge:

On October 22, 2014, the Direct Purchaser Class Plaintiffs (the "First Level Purchasers," or "FLPs") filed a motion for leave to amend their motion for leave to amend their complaint. (ECF No. 618.) In connection with this motion, the FLPs submitted, under seal, a proposed amended complaint, which is titled "Second Consolidated Class Action Complaint." This is, in fact, the FLPs' **Third** Proposed Amended Complaint, and should be amended to reflect such designation. The parties should refer to it as such.

On October 23, 2014, the Court received a letter from defendant Goldman Sachs requesting an extension of the briefing schedule for responding to plaintiffs' motions for leave to amend their complaints. (ECF No. 624.) The letter advises that plaintiffs do not oppose the requested extension. Accordingly, defendants shall file their oppositions to the FLPs' and the individual plaintiffs' motions for leave to amend their complaints (ECF Nos. 608, 610) not later than **December 8, 2014**. Replies shall be due **December 18, 2014**.

---

[1] This Order has been corrected so as to refer to the individual plaintiffs' motions for leave to amend their complaints.

The Clerk of Court is directed to close the motion at ECF No. 618.

SO ORDERED.

Dated:   New York, New York
         October 30, 2014

                                                                                                   KATHERINE B. FORREST
                                                                                                  United States District Judge