USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 5 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
            :
IN RE ALUMINUM WAREHOUSING   :
ANTITRUST LITIGATION         :
            :
            :
            :
------------------------------------------------------- X

13-md-2481 (KBF)
and all related cases

ORDER

KATHERINE B. FORREST, District Judge:

The Court held a telephonic conference in this action on November 24, 2014. As stated at that conference,

1. The Direct Purchaser Plaintiffs' request for an extension of the deadline to file replies in support of their motions for leave to amend their complaints is GRANTED. The deadline to submit replies is extended as to **all plaintiffs** to **December 29, 2014**.

2. The Direct Purchaser Plaintiffs' request for an extension of the page limit for the replies is GRANTED. The replies shall be not longer than **25 pages**.

In addition, the Court requests that, at the time a brief is filed, each party submit to the Court a binder or velobound package containing all cases that are unique to that party's submissions to the Court on the currently pending motions. (In other words, the Court would like to receive one copy of each case cited in the parties' submissions; there is no need for duplicates.)

SO ORDERED.

Dated:  New York, New York
        November 25, 2014

_____
KATHERINE B. FORREST
United States District Judge