UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
:
In re ALUMINUM WAREHOUSING  :
ANTITRUST LITIGATION :
: Master Docket No.
: 13-MD-2481 (KBF)
:
This Document Relates To: :
: No. 14-CV-06849
Eastman Kodak Co. v. The Goldman :
Sachs Group, Inc., 14-CV-06849 :
:
----------------------------------------x

NOTICE OF MOTION BY PACORINI METALS USA, LLC AND PACORINI METALS AG
TO DISMISS EASTMAN KODAK COMPANY'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Claims in the above-captioned action and the accompanying Memorandum of Pacorini Metals USA, LLC and Pacorini Metals AG in Opposition to Motions for Leave to File Amended Complaints and in Support of Motion to Dismiss Amended Complaint, Defendants Pacorini Metals USA, LLC and Pacorini Metals AG, by and through their undersigned counsel, will move this Court, before the Honorable Katherine B. Forrest, United States District Judge for the Southern District of New York – Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, 10007, on a date and at a time designated by the Court, (a) for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the claims made by Eastman Kodak Company as included in the Joint Amended Complaint (ECF Nos. 608 and 613) and (b) for such other and further relief as this Court may deem just and proper.

Dated:       December 8, 2014
            New York, New York      /s/ John M. Nannes
John M. Nannes (*john.nannes@skadden.com*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:  (202) 371-7500
Facsimile:  (202) 661-9191

   /s/ Jay B. Kasner
Jay B. Kasner (*jay.kasner@skadden.com*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
Telephone:  (212) 735-3000
Facsimile:  (917) 777-2628

*Attorneys for Defendant Pacorini Metals USA, LLC and Pacorini Metals AG*