Margaret M. Zwisler
Direct Dial: 202-637-1092
margaret.zwisler@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 9, 2014

**VIA ECF AND HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    *In re Aluminum Warehousing Antitrust Litig.*, No. 1:13-md-02481-KBF-RLE

Dear Judge Forrest:

Enclosed please find courtesy copies of three memoranda filed electronically yesterday, as well as their supporting declarations:

1. Defendants' Memorandum of Law in Support of Their Joint (1) Opposition to the First Level Purchasers and Mag and Agfa's Motion for Leave to Amend, and (2) Motion to Dismiss Kodak's Complaint for Lack of Antitrust Standing

2. Defendant Hong Kong Exchanges and Clearing Limited's Opposition to the First Level Purchaser Plaintiffs' Motion for Leave to Amend
    o Declaration of Nicholas Ong-Seng in Support of HKEx's Opposition
    o Declaration of Romnesh Lamba in Support of HKEx's Opposition

3. Defendant LME Holdings Limited's Opposition to the First Level Purchaser Plaintiffs' Motion for Leave to Amend
    o Declaration of Nicholas Ong-Seng in Support of Holdings's Opposition
    o Declaration of Marcos Castro in Support of Holdings's Opposition

Also enclosed is one CD for each memorandum, with hyperlinks to all citations therein.

Respectfully submitted,

*/s/ Margaret M. Zwisler*
Margaret M. Zwisler

Enclosures
cc:    All Counsel of Record (via ECF)