UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                   :       13 MD 2481 (KBF)

IN RE ALUMINUM WAREHOUSING   :
ANTITRUST LITIGATION              :
                                         :       **NOTICE OF FILING UNDER**
                                         :       **SEAL**

                                         :       **ECF CASE**

This Document Relates To:           :

DIRECT PURCHASER CASES     :
                                         :
------------------------------------------------------x

       TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

       PLEASE TAKE NOTICE that on January 3, 2015, counsel for the Direct Purchaser Plaintiffs ("Plaintiffs"), filed the Reply Brief In Further Support Of Direct Purchaser Plaintiffs' Motion For Leave To Amend under seal pursuant to the Protective Order entered in the case (ECF No. 381).

                                                                   Respectfully submitted,

DATED: January 3, 2015

                                                /s/ Christopher Lovell
                                                Christopher Lovell
                                                LOVELL STEWART HALEBIAN &
                                                JACOBSON L.L.P.
                                               61 Broadway, Suite 501
                                               New York, NY 10006
                                               Tel: (212) 608-1900
                                               Fax: (212) 719-4677
                                               Email: clovell@lshjllp.com

                                               *Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Class*

                                               Linda P. Nussbaum

1

GRANT & EISENHOFER, P.A.
485 Lexington Ave., 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
Email: lnussbaum@gelaw.com

*Interim Co-Lead Counsel for Direct
Purchaser Plaintiffs and the Proposed
Direct Purchaser Class*


Samuel H. Rudman
ROBBINS GELLER RUDMAN &
DOWD L.L.P.
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com

*Interim Co-Lead Counsel for Direct
Purchaser Plaintiffs and the Proposed
Direct Purchaser Class*

Bonny E. Sweeney
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Fax: (619) 231-7423
Email: bonnys@rgrdlaw.com

*Interim Co-Lead Counsel for Direct
Purchaser Plaintiffs and the Proposed
Direct Purchaser Class*