# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone                                                                                       Facsimile
212.608.1900                                                                                   212.719.4775

January 3, 2015

**BY ECF AND HAND DELIVERY AND EMAIL**

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

Re:   *In re Aluminum Warehousing Antitrust Litig.*, 13 MD 2481 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

Pursuant to Section 2.C. of Your Honor's Individual Rules of Practice in Civil Cases and to the Court's Order dated November 25, 2014 (ECF No. 644), the Direct Purchaser Plaintiffs ("Plaintiffs") respectfully enclose one Chambers' copy of (1) the Reply Brief in Further Support of Direct Purchaser Plaintiffs' Motion For Leave To Amend, (2) the [Proposed] Fourth Amended Complaint, (3) a redlined copy comparing the [Proposed] Fourth Amended Complaint with the [Proposed] Third Amended Complaint, and (4) four binders containing all the cases that are unique to Plaintiffs' reply brief.  ECF No. 644.

The redlined copy of the [Proposed] Fourth Amended Complaint contains a key located at the last two pages of the document.  Plaintiffs have determined to employ a program in which the following color codes were used.  Red ink indicates deletion.  Black ink indicates the material is from the original complaint.  Green ink denotes that the text was in the [Proposed] Third Amended Complaint but is moved elsewhere in the [Proposed] Fourth Amended Complaint.  Blue/purple ink denotes new text.

Plaintiffs also respectfully enclose the following exhibits to the [Proposed] Fourth Amended Complaint (1) the *United States Senate, Permanent Subcommittee on Investigations of the Committee on Homeland Security and Governmental Affairs, Majority and Minority Staff Report*, 113th Cong., WALL STREET BANK INVOLVEMENT WITH PHYSICAL COMMODITIES (released Nov. 20, 2014) (Volume 1), (2) Exhibits 1-99 to the *Hearing on Wall Street Bank Involvement With Physical Commodities Before the United States Senate, Permanent Subcommittee on Investigations of the Committee on Homeland Security and Governmental Affairs*, 113th Cong. (Nov. 20-21, 2014) (Volume 2), and (3) Opening Statements, *Hearing on Wall Street Bank Involvement With Physical Commodities Before the United States Senate, Permanent Subcommittee on Investigations of the Committee on Homeland Security and Governmental Affairs*, 113th Cong. (Nov. 20-21, 2014) (Volume 3).

Thank you very much.

Respectfully submitted,

*/s/ Christopher Lovell*
Christopher Lovell

cc: Counsel of Record (by ECF notification, without attachments)
Counsel of Record (by e-mail, with attachments and without binders)