## Curtis, Mallet-Prevost, Colt & Mosle llp

| | | | |
|---|---|---|---|
| Almaty | Istanbul | | |
| Ashgabat | London | | Telephone 212-696-6000 |
| Astana | Mexico City | Attorneys and Counsellors at Law | Facsimile 212-697-1559 |
| Beijing | Milan | | www.curtis.com |
| Buenos Aires | Muscat | 101 Park Avenue | |
| Dubai | Paris | New York, New York 10178-0061 | |
| Frankfurt | Rome | | |
| Houston | Washington, D.C. | | |

Writer's Direct:
Tel: 212-696-6192
Email: elauer@curtis.com
Facsimile: 212-697-1559

February 23, 2015

**VIA ECF**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

      Re:    *In re Aluminum Warehousing Antitrust Litig.*, No. 13-md-2481-KBF

Dear Judge Forrest:

      As counsel for defendants Glencore Ltd. and Glencore plc in the above-styled matter, we write in response to the Court's February 23, 2015 order (ECF No. 721). Neither Glencore Ltd. nor Glencore plc individually filed sur-replies in opposition to plaintiffs' motions for leave to amend.

                                                                   Respectfully Submitted,

                                                                   */s/ Eliot Lauer*
                                                                     Eliot Lauer

cc:    All Counsel of Record (via ECF)

21278207