```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 3, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
IN RE ALUMINUM WAREHOUSING     :     13-md-2481 (KBF)
ANTITRUST LITIGATION           :     and all related cases
:
:     ORDER
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that the schedule governing this action shall be as follows:

1. The Direct Purchaser Plaintiffs shall file the Third Amended Complaint ("TAC") not later than April 9, 2015.[1]

2. Plaintiffs Agfa Corporation, Agfa Graphics, N.V., Mag Instrument, Inc., and Eastman Kodak Company (collectively, the "Individual Plaintiffs") shall file the Joint Amended Complaint ("JAC") not later than April 9, 2015.

3. Rolling document productions shall commence or resume on or before April 16, 2015.

4. Defendants shall answer the TAC and/or the JAC not later than May 29, 2015.

---

[1] See the last paragraph of this Order regarding all filings of pleadings, briefs, and other materials under seal.

5. Motions for class certification shall be briefed according to the following schedule:

    a. Opening: due not later than December 1, 2015.

    b. Opposition: due not later than January 4, 2016.

    c. Reply: due not later than January 29, 2016.

6. Fact discovery shall close on April 1, 2016.

    a. Document discovery shall be substantially completed by February 12, 2016.

    b. Fact depositions shall be completed by April 1, 2016.

7. Expert discovery shall close on June 1, 2016.

8. Motions for summary judgment shall be briefed on the following schedule:

    a. Opening: due not later than July 1, 2016.

    b. Opposition: due not later than July 29, 2016.

    c. Reply: due not later than August 19, 2016.[2]

    d. A final pretrial conference ("FPTC") is scheduled for Wednesday, October 26, 2016 at 1:00 p.m.

    e. Motions in limine are due <u>four weeks</u> before FPTC; oppositions are due two weeks later.  <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later.  (No replies.)

    f. Trial shall commence on October 31, 2016.

---

[2] The Individual Plaintiffs reserve all their rights to remand under 28 U.S.C. § 1407(a).  Remand would become ripe once summary judgment has been decided.

It is further ORDERED that henceforth, if a party files a document under seal, that party must also simultaneously file an unsealed version of the document on ECF. The party may redact certain portions of the unsealed version of the document. However, a portion may be redacted only if absolutely necessary.

SO ORDERED.

Dated:   New York, New York
         April 3, 2015

                                          KATHERINE B. FORREST
                                          United States District Judge