**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
IN RE ALUMINUM WAREHOUSING :
ANTITRUST LITIGATION : MDL No. 2481
:
This Document Relates To: : Master Docket No.
: 13-md-2481-KBF-RLE
First Level Purchaser Plaintiffs (14 Civ. 3116) :
:
AGFA Corporation, et al. v. The Goldman Sachs Group :
Inc., et al. (14 Civ. 0211) :
:
Mag Instrument Inc. v. The Goldman Sachs Group Inc., :
et al. (14 Civ. 0217) :
:
Eastman Kodak Company v. The Goldman Sachs Group, :
Inc. et al. (14 Civ. 6849) :
:
------------------------------------- x

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Defendants'

Memorandum of Law in Support of Motion to Certify the Court's March 26, 2015 Order

for Interlocutory Appeal Under 28 U.S.C. § 1292(b), Defendants, by and through their

counsel, will move this Court, before the Honorable Judge Katherine B. Forrest, at the

Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York,

New York, on a date and time to be set by the Court, for an order certifying the Court's

March 26, 2015 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and for

such other relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: New York, New York<br>April 24, 2015 | Respectfully submitted, |

| | |
|---|---|
| /s/<br>Robert D. Wick (admitted pro hac vice)<br>(rwick@cov.com)<br>Henry B. Liu (hliu@cov.com)<br>COVINGTON & BURLING LLP<br>One City Center<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000 | /s/<br>Richard C. Pepperman, II (peppermanr@sullcrom.com)<br>Suhana S. Han (hans@sullcrom.com)<br>M. David Possick (possickmd@sullcrom.com)<br>Yavar Bathaee (bathaeey@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 |
| *Attorneys for Defendants J.P. Morgan Securities plc and Henry Bath, LLC* | *Attorneys for Defendants Goldman, Sachs & Co., J. Aron & Company, Metro International Trade Services LLC and Mitsi Holdings LLC* |
| /s/<br>Eliot Lauer (elauer@curtis.com)<br>Jacques Semmelman<br>(jsemmelman@curtis.com)<br>Chelsea McLean (chelsea.mclean@curtis.com)<br>CURTIS, MALLET-PREVOST, COLT &<br>MOSLE LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 696-6000<br>Facsimile: (212) 697-1559 | /s/<br>John M. Nannes (admitted pro hac vice)<br>(john.nannes@skadden.com)<br>John H. Lyons (john.h.lyons@skadden.com)<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 371-7500<br>Facsimile: (202) 661-9191 |
| *Attorneys for Defendant Glencore Ltd.* | *Attorneys for Defendant Pacorini Metals USA, LLC* |