UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

This Document Relates To:

First Level Purchaser Plaintiffs (14 Civ. 3116)

AGFA Corporation, et al. v. The Goldman Sachs Group Inc., et al. (14 Civ. 0211)

Mag Instrument Inc. v. The Goldman Sachs Group Inc., et al. (14 Civ. 0217)

Eastman Kodak Company v. The Goldman Sachs Group, Inc. et al. (14 Civ. 6849)

------------------------------------------------------------- x

MDL No. 2481

Master Docket No.
13-md-2481-KBF-RLE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 27 2015

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO CERTIFY THE COURT'S MARCH 26, 2015 ORDER FOR
INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

*Ordered*

1. Any response to this motion shall be filed within one week. (No reply needed).

2. What is the status and timing of the End-user appeal? ~~[struck through]~~

K. B. F.
USDJ

4/27/15