UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE ALUMINUM WAREHOUSING           :     MDL No. 2481
ANTITRUST LITIGATION                 :
                                     :     Master Docket No.
This Document Relates To:            :     13-md-2481-KBF
                                     :
Direct Purchaser Plaintiffs, Case No. 14-cv-3116 (KBF) :
                                     :
Agfa Corporation & Agfa Graphics, N.V. v. The Goldman :
Sachs Group, Inc., Case No. 14-cv-0211 (KBF)  :
                                     :
Mag Instrument, Inc. v. The Goldman Sachs Group, Inc., :
Case No. 14-cv-00217 (KBF)           :
                                     :
Eastman Kodak Company v. The Goldman Sachs Group, :
Inc., Case No. 14-cv-06849 (KBF)     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 3 0 2015

## STIPULATION AND ORDER CONCERNING DISMISSED PARTIES AND CLAIMS

WHEREAS, pursuant to the Court's August 25, 2014 Opinion and Order (ECF No. 564), defendant The London Metal Exchange (f/k/a The London Metal Exchange Limited) has been dismissed with prejudice from each of the above-captioned cases due to sovereign immunity; and

WHEREAS, pursuant to the Court's November 7, 2014 Opinion and Order (ECF No. 638), the Direct Purchaser Plaintiffs', Agfa Corporation's, Agfa Graphics, N.V.'s (collectively, "Agfa"), and Mag Instrument, Inc.'s ("Mag") motion for reconsideration of the Court's August 25, 2014 Opinion and Order has been denied; and

WHEREAS, pursuant to the Court's March 3, 2015 Opinion and Order (ECF No. 728), defendants Glencore plc, Henry Bath & Son Ltd., Hong Kong Exchanges and Clearing Limited, and LME Holdings Limited have been dismissed with prejudice from the Direct Purchaser

Plaintiffs' (a/k/a the "First Level Purchaser Plaintiffs") Case No. 14-cv-3116 (KBF) due to lack of personal jurisdiction; and

WHEREAS, pursuant to the Court's March 3, 2015 Opinion and Order (ECF No. 728), defendants Glencore plc and Henry Bath & Son Ltd. have been dismissed with prejudice from *Agfa Corporation & Agfa Graphics, N.V. v. The Goldman Sachs Group, Inc.*, Case No. 14-cv-0211 (KBF), *Mag Instrument, Inc. v. The Goldman Sachs Group, Inc.*, Case No. 14-cv-00217 (KBF), and *Eastman Kodak Company v. The Goldman Sachs Group, Inc.*, Case No. 14-cv-06849 (KBF) due to lack of personal jurisdiction; and

WHEREAS, pursuant to the Court's March 3, 2015 Opinion and Order (ECF No. 728), the First Level Purchaser Plaintiffs' motion for leave to amend their proposed Third Amended Complaint has been denied to the extent it seeks to join LME Holdings Limited, Hong Kong Exchanges and Clearing Limited, Henry Bath & Son Ltd., and Glencore plc as defendants; and

WHEREAS, pursuant to the Court's March 3, 2015 Opinion and Order (ECF No. 728), Agfa's and Mag's motion to amend their proposed Joint Amended Complaint has been denied to the extent it seeks to join LME Holdings Limited, Hong Kong Exchanges and Clearing Limited, Henry Bath & Son Ltd., and Glencore plc as defendants; and

WHEREAS, pursuant to the Court's March 3, 2015 Opinion and Order (ECF No. 728), Eastman Kodak Company's ("Kodak") amended complaint has been dismissed with prejudice with respect to Henry Bath & Son Ltd. and Glencore plc; and

WHEREAS, pursuant to the Court's March 4, 2015 Opinion and Order (ECF No. 729), the Direct Purchaser Plaintiffs' motion for leave to amend their proposed Third Amended Complaint has been denied to the extent it seeks to join The Goldman Sachs Group, Inc.,

JPMorgan Chase & Co., Glencore International AG, Glencore UK Ltd., and Pacorini Metals AG as defendants; and

WHEREAS, pursuant to the Court's March 4, 2015 Opinion and Order (ECF No. 729), Agfa's and Mag's motion to amend their proposed Joint Amended Complaint has been denied to the extent it seeks to join The Goldman Sachs Group, Inc., JPMorgan Chase & Co., Glencore International AG, Glencore UK Ltd., and Pacorini Metals AG as defendants; and

WHEREAS, pursuant to the Court's March 4, 2015 Opinion and Order (ECF No. 729), Kodak's amended complaint has been dismissed with prejudice with respect to The Goldman Sachs Group, Inc., JPMorgan Chase & Co., and Pacorini Metals AG; and

WHEREAS, pursuant to the Court's March 26, 2015 Opinion and Order (ECF No. 733), the Direct Purchaser Plaintiffs' motion for leave to amend their Third Amended Complaint has been denied with respect to the First, Second, Fourth, Seventh, and Eighth causes of action asserted in their proposed Third Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The London Metal Exchange (f/k/a The London Metal Exchange Limited), LME Holdings Limited, Hong Kong Exchanges and Clearing Limited, JPMorgan Chase & Co., Henry Bath & Son Ltd., The Goldman Sachs Group, Inc., Glencore International AG, Glencore UK Ltd., Glencore plc, and Pacorini Metals AG are no longer parties in any of the above-captioned actions.

2. The First, Second, Fourth, Seventh and Eighth causes of action in the proposed Third Amended Complaint (attached to ECF No. 631) in Case No. 14-cv-3116 (KBF) are no longer claims in that action, but the underlying factual allegations remain in the complaint.

3.  All parties that remain in the above actions after the execution of this Stipulation and that are represented by the below-listed counsel are deemed to have accepted service of the Joint Amended Complaint and the Third Amended Complaint pursuant to Rule 4(d)(1) of the Federal Rules of Civil Procedure while preserving all other defenses or objections to the lawsuits and the Court's jurisdiction.

Dated: New York, New York
April 29, 2015

*Robert D. Wick*

Robert D. Wick (*rwick@cov.com*)
David W. Haller (*dhaller@cov.com*)
Henry B. Liu (*hliu@cov.com*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
(202) 662-6000
rwick@cov.com

*Attorneys for Defendants Henry Bath LLC & JPMorgan Securities plc*

Richard C. Pepperman II
(*peppermanr@sullcrom.com*)
Suhana S. Han (*hans@sullcrom.com*)
Yavar Bathaee (*bathaeey@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Goldman, Sachs & Co., Goldman Sachs International, Metro International Trade Services LLC, J. Aron & Company, and Mitsi Holdings LLC*

3.  All parties that remain in the above actions after the execution of this Stipulation and that are represented by the below-listed counsel are deemed to have accepted service of the Joint Amended Complaint and the Third Amended Complaint pursuant to Rule 4(d)(1) of the Federal Rules of Civil Procedure while preserving all other defenses or objections to the lawsuits and the Court's jurisdiction.

Dated: New York, New York
       April 29, 2015

Robert D. Wick (*rwick@cov.com*)
David W. Haller (*dhaller@cov.com*)
Henry B. Liu (*hliu@cov.com*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
(202) 662-6000
rwick@cov.com

*Attorneys for Defendants Henry Bath LLC & JPMorgan Securities plc*

/s/ Richard C. Pepperman II

Richard C. Pepperman II
(*peppermanr@sullcrom.com*)
Suhana S. Han (*hans@sullcrom.com*)
Yavar Bathaee (*bathaeey@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Goldman, Sachs & Co., Goldman Sachs International, Metro International Trade Services LLC, J. Aron & Company, and Mitsi Holdings LLC*

/s/ John M. Nannes

John M. Nannes (*john.nannes@skadden.com*)
John H. Lyons (*johnh.lyons@skadden.com*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7500
Facsimile: (202) 661-9191

*Attorneys for Defendant Pacorini Metals USA, LLC*

Eliot Lauer (*elauer@curtis.com*)
Jacques Semmelman (*jsemmelman@curtis.com*)
Chelsea McLean (*chelsea.mclean@curtis.com*)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Attorneys for Defendant Glencore Ltd.*

Christopher M. Burke (*cburke@scott-scott.com*)
Walter W. Noss (*wnoss@scott-scott.com*)
Kristen M. Anderson (*kanderson@scott-scott.com*)
Stephanie Hackett (*shackett@scott-scott.com*)
Jennifer J. Scott (*jscott@scott-scott.com*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565

*Counsel for Agfa Corporation and Agfa Graphics, N.V.; Mag Instrument, Inc.; and Eastman Kodak Company*

-and-

John M. Nannes (*john.nannes@skadden.com*)
John H. Lyons (*john.h.lyons@skadden.com*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7500
Facsimile: (202) 661-9191

*Attorneys for Defendant Pacorini Metals USA, LLC*

/s/ Eliot Lauer

Eliot Lauer (*elauer@curtis.com*)
Jacques Semmelman (*jsemmelman@curtis.com*)
Chelsea McLean (*chelsea.mclean@curtis.com*)
CURTIS, MALLET-PREVOST, COLT & MOSLE
LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Attorneys for Defendant Glencore Ltd.*

Christopher M. Burke (*cburke@scott-scott.com*)
Walter W. Noss (*wnoss@scott-scott.com*)
Kristen M. Anderson (*kanderson@scott-scott.com*)
Stephanie Hackett (*shackett@scott-scott.com*)
Jennifer J. Scott (*jscott@scott-scott.com*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565

*Counsel for Agfa Corporation and Agfa Graphics, N.V.; Mag Instrument, Inc.; and Eastman Kodak Company*

-and-

John M. Nannes (*john.nannes@skadden.com*)
John H. Lyons (*john.h.lyons@skadden.com*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7500
Facsimile: (202) 661-9191

*Attorneys for Defendant Pacorini Metals USA, LLC*

Eliot Lauer (*elauer@curtis.com*)
Jacques Semmelman (*jsemmelman@curtis.com*)
Chelsea McLean (*chelsea.mclean@curtis.com*)
CURTIS, MALLET-PREVOST, COLT & MOSLE
LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Attorneys for Defendant Glencore Ltd.*

Christopher M. Burke (*cburke@scott-scott.com*)
Walter W. Noss (*wnoss@scott-scott.com*)
Kristen M. Anderson (*kanderson@scott-scott.com*)
Stephanie Hackett (*shackett@scott-scott.com*)
Jennifer J. Scott (*jscott@scott-scott.com*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565

*Counsel for Agfa Corporation and Agfa Graphics, N.V.; Mag Instrument, Inc.; and Eastman Kodak Company*

-and-

*[signature]*
Christopher Lovell
Benjamin M. Jaccarino
Amanda N. Miller
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: 212/608-1900
212/719-4677 (fax)

*Attorneys for Direct Purchaser Plaintiffs Ampal, Inc., Claridge Products and Equipment, Inc., Custom Aluminum Products, Inc., and Extruded Aluminum, Inc.*

**SO ORDERED:**

*[signature] K. B. Foc*

**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**

4/30/15