# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

| | | | |
|---|---|---|---|
| Almaty | Istanbul | **ATTORNEYS AND COUNSELLORS AT LAW** | Telephone 212-696-6000 |
| Ashgabat | London | | Facsimile 212-697-1559 |
| Astana | Mexico City | **101 Park Avenue** | www.curtis.com |
| Beijing | Milan | **New York, New York 10178-0061** | |
| Buenos Aires | Muscat | | |
| Dubai | Paris | | |
| Frankfurt | Rome | | |
| Houston | Washington, D.C. | | |

WRITER'S DIRECT:
Tel.: 212-696-6192
E-Mail: ELAUER@CURTIS.COM
Facsimile: 212-697-1559

June 9, 2015

**<u>VIA ECF AND HAND DELIVERY</u>**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

      Re:    *In re Aluminum Warehousing Antitrust Litig.*, No. 13-md-2481-KBF

Dear Judge Forrest:

      Enclosed please find courtesy copies of Glencore Ltd.'s Answer to the First Level Purchaser Plaintiffs' Third Amended Complaint (ECF No. 796) and Glencore Ltd.'s Answer to the Joint Amended Complaint of Plaintiffs Agfa Corporation and Agfa Graphics, N.V., Mag Instrument Inc., and Eastman Kodak Company (ECF No. 797).

                                Respectfully Submitted,

                                  /s/ Eliot Lauer
                                  Eliot Lauer

Enclosures
cc:     All Counsel of Record (via ECF)