# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 9, 2015

Via Hand Delivery and ECF

The Honorable Katherine B. Forrest,
　United States District Court,
　　Southern District of New York,
　　　500 Pearl Street,
　　　　New York, New York  10007-1312

　　　　Re:　*In re Aluminum Warehousing Antitrust Litigation*, 13-MD-2481 (KBF)

Dear Judge Forrest:

　　　　Pursuant to your request, I enclose courtesy copies of (i) the Answer to the First Level Purchaser Plaintiffs' Third Amended Complaint (ECF No. 800) on behalf of Defendants Goldman, Sachs & Co., J. Aron & Company, Goldman Sachs International, Mitsi Holdings LLC and Metro International Trade Services, LLC, and (ii) the Answer to the Joint Amended Complaint of Plaintiffs Agfa Corporation, Agfa Graphics, N.V., Mag Instrument, Inc. and Eastman Kodak Company (ECF No. 801) on behalf of Defendants Goldman Sachs International and Metro International Trade Services, LLC.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　*/s/ Suhana S. Han*
　　　　　　　　　　　　　　　　　　　　Suhana S. Han

cc:　All Counsel of Record (via ECF)