# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 14, 2015

Via Hand Delivery

The Honorable Katherine B. Forrest,
   United States District Court,
      Southern District of New York,
         500 Pearl Street,
           New York, New York  10007-1312.

        Re:   *In re Aluminum Warehousing Antitrust Litigation*, 13-MD-2481 (KBF)

Dear Judge Forrest:

        On behalf of defendants Robert Burgess-Allen and Burgess-Allen Partnership Ltd., I enclose a courtesy copy of the Memorandum of Law in Support of the Motion To Dismiss of Robert Burgess-Allen and Burgess-Allen Partnership Ltd. that was filed electronically in the ECF system.  Also enclosed are a copy of the Declaration of Robert Burgess-Allen as well as a CD containing an electronic copy of the memorandum with hyperlinks to all citations.

        Respectfully submitted,

        Richard C. Pepperman, II

cc:   All Counsel of Record (via ECF)