# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

September 29, 2015

Via Hand Delivery

The Honorable Katherine B. Forrest,
   United States District Court,
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007-1312.

        Re:    *In re Aluminum Warehousing Antitrust Litigation*, 13-MD-2481 (KBF)

Dear Judge Forrest:

        On behalf of defendants Robert Burgess-Allen and Burgess-Allen Partnership Ltd., I enclose a courtesy copy of the Reply Memorandum in Further Support of the Motion To Dismiss of Robert Burgess-Allen and Burgess-Allen Partnership Ltd. that was filed electronically in the ECF system. Also enclosed is a CD containing an electronic copy of the memorandum.

                                              Respectfully submitted,

                                              Richard C. Pepperman, II

cc:    All Counsel of Record (via ECF)