```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 23, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
:
:
:
IN RE ALUMINUM WAREHOUSING          :          13-md-2481 (KBF)
ANTITRUST LITIGATION                :          14-cv-3116
:
:          ORDER
:
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The Court has emailed to the parties to the motion to dismiss filed by defendants Robert Burgess-Allen and Burgess-Allen Partnership Ltd. (ECF No. 823) an Opinion & Order GRANTING that motion. The Court directs those parties to ensure that service of the Court's Opinion & Order is made on any appropriate parties.

Although plaintiffs' opposition brief and supporting declaration were filed under seal, the Court believes that it is appropriate to file this Opinion & Order on the public docket. The Court will do so at **9:00 a.m.** on **Tuesday, October 27, 2015** unless it receives an objection from any party by **5:00 p.m.** on **Monday, October 26, 2015**. Any objecting party must set forth specific business reasons why the Opinion & Order should not be filed on the public docket. Any objection must be accompanied by a proposed redacted version of the Opinion & Order—with

2

the minimal redactions necessary to achieve the stated purpose.

    SO ORDERED.

Dated:    New York, New York
           October 23, 2015

                                          KATHERINE B. FORREST
                                          United States District Judge