UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
:
**IN RE ALUMINUM WAREHOUSING** : No. 13-md-2481 (KBF)
**ANTITRUST LITIGATION** :
:
_____ :
:
This Document Relates To: :
:
Direct Purchaser Plaintiffs :
:
---------------------------------------x

**NOTICE OF MOTION FOR LEAVE TO INTERVENE AND MODIFY
PROTECTIVE ORDER**

PLEASE TAKE NOTICE that Non-Party Direct Purchaser Plaintiffs in the related matter *In re Zinc Antitrust Litigation*, Case No. 14-cv-03728-KBF ("Plaintiffs"), upon the accompanying Memorandum of Law, will move this Court, before The Honorable Katherine B. Forrest, United States District Judge, at the Daniel Patrick Moynihan United States United States Courthouse, Courtroom 15A, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an Order permitting Plaintiffs to intervene in the above-captioned matter and modify the existing protective order, and for such other and further relief as the Court may deem just and proper.

Dated: January 13, 2016                    Respectfully submitted,

                                           *s/ Linda P. Nussbaum*
                                           Linda P. Nussbaum
                                           Bradley J. Demuth
                                           **NUSSBAUM LAW GROUP, P.C.**
                                           570 Lexington Avenue, 19th Floor
                                           New York, NY 10022
                                           Tel.: (212) 702-7053
                                           Fax: (212) 281-0300
                                           Email: lnussbaum@nussbaumpc.com
                                           Email: bdemuth@nussbaumpc.com

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
Joseph H. Meltzer
Kimberly A. Justice
Terence S. Ziegler
280 King of Prussia Road
Radnor, PA  19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
Email:  jmeltzer@ktmc.com
Email:  kjustice@ktmc.com
Email:  tziegler@ktmc.com

**LOVELL   STEWART   HALEBIAN
JACOBSON LLP**
Christopher Lovell
Benjamin M. Jaccarino
61 Broadway, Suite 501
New York. NY 10006
Tel:  (212) 608-1900
Fax:  (212) 719-4677
Email:  clovell@lshllp.com
Email:  bjaccarino@lshllp.com

**CERA LLP**
Solomon B. Cera
C. Andrew Dirksen
Pamela A. Markert
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 777-2230
Email:  scera@cerallp.com
Email:  cdirksen@cerallp.com
Email:  pmarkert@cerallp.com

*Interim   Co-Lead   Counsel   for   Zinc
Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 13, 2016 I caused the foregoing Notice of Motion and accompanying supporting Memorandum of Law to be served on all counsel of record *via* the Court's CM/ECF system.

               *s/ Linda P. Nussbaum*
               Linda P. Nussbaum