

**KESSLERTOPAZ
MELTZERCHECK** LLP
ATTORNEYS AT LAW

Writer's Direct Dial: 610-822-2237
E-Mail: kjustice@ktmc.com
*Please reply to the Radnor Office*

January 22, 2016

```
USDC S  Y
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 22 2016
```

**VIA ECF and Electronic Mail**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007

Re:   *In re Aluminum Warehousing Antitrust Litigation*
      Case No. 13-md-02481-KBF

Dear Judge Forrest:

We are in receipt of Defendants' Memorandum of Law in Opposition to the Zinc Plaintiffs' Motion for Leave to Intervene and to Modify the Protective Order in the above-referenced matter. Dkt. No. 876. Zinc Plaintiffs respectfully request that the Court allow them three business days from the date of this letter to submit a brief reply in further support of the Motion. Accordingly, Zinc Plaintiffs, if permitted, will file their reply no later than Wednesday, January 27, 2016.

Respectfully submitted,

KESSLER TOPAZ
MELTZER & CHECK, LLP

Kimberly A. Justice
*Interim Co-Lead Counsel for Zinc Plaintiffs*

KAJ/mrs

cc:  Counsel of Record

So ordered,
KBF
USDJ
1/22/16

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@ktmc.com
WWW.KTMC.COM