## Ordered

Motion denied. There are no live claims pending before this Court as to which discovery can be taken. All of the Zinc claims have been dismissed. There is a limited opportunity for plaintiffs to seek to amend. If an amendment is successful, presumably a discovery request tailored to the information sought would effect the same result (e.g. the materials sought would be then produced).

Allowing intervention on these facts (e.g. a dismissed case) also presents issues beyond this case. Twombly is designed to prevent claims lacking plausibility from opening the doors to discovery (including all that that entails). To allow the happenstance of a common law firm and knowledge gained in one case to be used for another creates dangerous incentives and possibilities.

If the amendment succeeds, (if one is proposed), discovery shall run its usual full course.

K.B. Foe
USDJ        1/28/16

s/ Linda P. Nussbaum
Linda P. Nussbaum
Bradley J. Demuth
**NUSSBAUM LAW GROUP, P.C.**
570 Lexington Avenue, 19th Floor
New York, NY 10022
Tel.:  (212) 702-7053
Fax:  (212) 281-0300
Email:  lnussbaum@nussbaumpc.com
Email:  bdemuth@nussbaumpc.com

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
Joseph H. Meltzer
Kimberly A. Justice
Terence S. Ziegler
280 King of Prussia Road
Radnor, PA  19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
Email:  jmeltzer@ktmc.com
Email:  kjustice@ktmc.com
Email:  tziegler@ktmc.com

**LOVELL   STEWART   HALEBIAN
JACOBSON LLP**
Christopher Lovell
Benjamin M. Jaccarino
61 Broadway, Suite 501
New York. NY 10006
Tel:  (212) 608-1900
Fax:  (212) 719-4677
Email:  clovell@lshllp.com
Email:  bjaccarino@lshllp.com

**CERA LLP**
Solomon B. Cera
C. Andrew Dirksen
Pamela A. Markert
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 777-2230
Email:  scera@cerallp.com
Email:  cdirksen@cerallp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 8 2016