UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re ALUMINUM WAREHOUSING        :  No. 13 MD 2481 (KBF)
ANTITRUST LITIGATION              :
                                  :  CLASS ACTION
----------------------------------:
                                  :  STIPULATION AND [PROPOSED] ORDER
This Document Relates To:         :
                                  :
*In re Aluminum Warehousing Antitrust* :
*Litigation* (Direct Purchaser Plaintiffs), Case :
No. 1:14-cv-03116-KBF (S.D.N.Y.).  :
                                  :
------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 0 3 2016
```

1113843-1

Plaintiffs Ampal, Inc., Custom Aluminum Products, Inc., Claridge Products and Equipment, Inc., and Extruded Aluminum Corporation and Defendants Goldman Sachs International, Metro International Trade Services, Inc., JPMorgan Securities plc, Henry Bath LLC, Glencore Ltd., and Pacorini Metals USA, LLC stipulate and agree as follows:

WHEREAS in the Third Amended Complaint (Dkt. No. 738), Plaintiffs included as a Fifth Claim for Relief a claim under the Michigan Antitrust Reform Act, MCL §§445.773, *et seq.*;

WHEREAS in the Third Amended Complaint, Plaintiffs included as a Sixth Claim for Relief a claim under the New York Donnelly Act, N.Y. Gen. Bus. Law §340, *et seq.*;

WHEREAS in the Third Amended Complaint, Plaintiffs included as a Ninth Claim for Relief a claim for unjust enrichment;

WHEREAS Plaintiffs have determined not to continue to pursue these state law claims, and to dismiss them voluntarily without prejudice;

WHEREAS in light of Plaintiffs' dismissal of their state law claims, Defendants have agreed to withdraw certain discovery requests related to those claims, also without prejudice;

- 1 -

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by their undersigned counsel, stipulate and agree that the Fifth, Sixth, and Ninth Claims for Relief asserted in the Third Amended Complaint are hereby dismissed without prejudice.

DATED: January 28, 2016

ROBBINS GELLER RUDMAN
 & DOWD LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
BRIAN O. O'MARA
ARTHUR L. SHINGLER III
CARMEN A. MEDICI
LONNIE A. BROWNE

*/s/ David W. Mitchell w/p ar*

DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
MARK DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM
570 Lexington Avenue, 19th Floor
New York NY 10022
Telephone: 212/702-7053
212/681-0300 (fax)

DATED: ~~January~~ February 1, 2016

LOVELL STEWART HALEBIAN
 JACOBSON LLP
CHRISTOPHER LOVELL
61 Broadway, Suite 501
New York, NY 10006
Telephone: 212/608-1900
212/719-4677 (fax)

Interim Co-Lead Counsel for First Level Purchaser Plaintiffs and the Proposed First Level Purchaser Class

COVINGTON & BURLING LLP
ROBERT D. WICK
DAVID W. HALLER
HENRY B. LIU

_____
ROBERT D. WICK

One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202/662-6000
202/662-6291 (fax)

Attorneys for Defendant Henry Bath LLC and JPMorgan Securities plc

DATED: January ___, 2016

SULLIVAN & CROMWELL LLP
RICHARD C. PEPPERMAN II
SUHANA S. HAN
YAVAR BATHAEE

_____
RICHARD C. PEPPERMAN II

125 Broad Street
New York, New York 10004-2498
Telephone: 212/558-4000
212/558-3588 (fax)

Attorneys for Goldman Sachs International, Metro International Trade Services, Inc.

- 3 -

1113843_1

|  |  |
|---|---|
|  | LOVELL STEWART HALEBIAN JACOBSON LLP<br>CHRISTOPHER LOVELL<br>61 Broadway, Suite 501<br>New York, NY 10006<br>Telephone: 212/608-1900<br>212/719-4677 (fax)<br><br>Interim Co-Lead Counsel for First Level Purchaser Plaintiffs and the Proposed First Level Purchaser Class |
| DATED: January ___, 2016 | COVINGTON & BURLING LLP<br>ROBERT D. WICK<br>DAVID W. HALLER<br>HENRY B. LIU<br><br>_____<br>ROBERT D. WICK<br><br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: 202/662-6000<br>202/662-6291 (fax)<br><br>Attorneys for Defendant Henry Bath LLC and JPMorgan Securities plc |
| DATED: January 29, 2016 | SULLIVAN & CROMWELL LLP<br>RICHARD C. PEPPERMAN II<br>SUHANA S. HAN<br>YAVAR BATHAEE<br><br>/s/ Richard C. Pepperman II<br>RICHARD C. PEPPERMAN II<br><br>125 Broad Street<br>New York, New York 10004-2498<br>Telephone: 212/558-4000<br>212/558-3588 (fax)<br><br>Attorneys for Goldman Sachs International, Metro International Trade Services, Inc. |

- 3 -

1113843_1

DATED: ~~January~~ February 1, 2016

CURTIS, MALLET-PREVOST, COLT
   & MOSLE LLP
ELIOT LAUER
JACQUES SEMMELMAN
CHELSEA MCLEAN

_Eliot Lauer_ w/p CRM
_____
ELIOT LAUER

101 Park Avenue
New York, NY 10178
Telephone: 212/696-6000
212/697-1559 (fax)

Attorneys for Defendant Glencore Ltd.

DATED: January 29, 2016

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
JOHN M. NANNES
JOHN H. LYONS

_____
JOHN M. NANNES

1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202/371-7500
202/661-9191 (fax)

Attorneys for Defendant Pacorini Metals USA, LLC

IT IS SO ORDERED.

DATED: 2/3/16

_____
THE HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

- 4 -

1113843.1