**EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Agfa Corporation and Agfa Graphics, N.V. v. The Goldman Sachs Group, Inc.*, Case No. 1:14-cv-0211-KBF (S.D.N.Y.)<br><br>*Eastman Kodak Company v. The Goldman Sachs Group, Inc.*, Case No. 1:14-cv-06849-KBF (S.D.N.Y.)<br><br>*Mag Instrument, Inc. v. The Goldman Sachs Group, Inc.,* Case No. 1:14-cv-00217-KBF (S.D.N.Y.) | MDL No. 2481<br>Master Docket No.<br>13-md-2481-KBF |

**PLAINTIFFS AGFA CORPORATION'S, AGFA GRAPHICS, N.V.'S, EASTMAN KODAK COMPANY'S, AND MAG INSTRUMENT, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANTS JPMORGAN SECURITIES PLC, HENRY BATH LLC, PACORINI METALS USA LLC, AND GLENCORE LTD.**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure Rule, Plaintiffs Agfa Corporation, Agfa Graphics, N.V., Eastman Kodak Company, and Mag Instruments, Inc. hereby request that Defendants JPMorgan Securities plc, Henry Bath LLC, Pacorini Metals USA LLC, and Glencore Ltd separately respond to the following interrogatories within the time allowed by the Federal Rules of Civil Procedure.

DEFINITIONS

The definitions and rules of construction set forth in Rule 26.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York (the "Local Rules") apply to these interrogatories.  In addition, the following definitions apply:

1. "You," and "Your" shall mean the Defendant responding to these Interrogatories.

2. "Aluminum" means the metallic chemical element, chemical symbol "Al," atomic number 13, whether in the form of ingots, billets, sows, plates, sheets, foils, rods, bars, wires, or any other form, and whether pure or impure.

3. "Aluminum Warehouses" means LME-certified warehouses and non-LME-certified warehouses.

4. "Aluminum Warehousing" means the practice of storing, loading, or transporting Aluminum in, to, or from Aluminum Warehouses.

5. "December 2011 Aluminum Trade" means the aluminum trade between JPMorgan Chase & Co. and/or its affiliate(s) (collectively, "JPM") and Glencore in December 2011, which is referred to in the October 30, 2014 letter submitted by counsel for JPMorgan Chase & Co. to the Permanent Subcommittee on Investigations of the United States Senate and produced to Plaintiffs with the control number JPMS-ALI-0385694-96.  For convenience, a copy of the letter is attached hereto as Exhibit A.

6. "Including" shall be interpreted to mean "including but not limited to."

INSTRUCTIONS

1. For the purposes of reading, interpreting, or construing the scope of these interrogatories, the terms used shall be construed broadly to the fullest extent of their meaning in a good faith effort to comply with the Federal Rules of Civil Procedure and the Local Rules.

2

2.     Each of these interrogatories is continuing in nature, and requires a supplemental response in conformity with Fed. R. Civ. P. 26(e).

3.     If, in answering these interrogatories, you claim any ambiguity in interpreting either the interrogatory or a definition or instruction applicable thereto, you should not use that claim as a basis for refusing to respond, but rather, you should set forth as part of your response the language deemed to be ambiguous and the interpretation chosen to be used in responding.

4.     If you object to any interrogatory, please state with specificity the grounds for such objection. Any interrogatory to which an objection is made should be responded to insofar as it is not deemed objectionable.

## INTERROGATORIES

1.     Identify all persons involved in the December 2011 Aluminum Trade.[1]

2.     Identify all documents concerning the December 2011 Aluminum Trade.

3.     Identify all persons involved in the cancellations of any warrant which was part of the December 2011 Aluminum Trade.

4.     Identify the "clients, primarily investors" with whom or with which JPM transacted such that at or around the time of the December 2011 Aluminum Trade, it "held a substantial volume of LME aluminum futures contracts that were due to expire, resulting in physical settlement, on December 21, 2011….", JPMS-ALI-0385694 (*see also* JPMS-ALI-0000424), and identify the date, quantity, location of aluminum, and parties involved in each such transaction.

---

[1]     Consistent with the Local Rules, the term "persons" includes both legal and natural persons, *i.e.*, identify both the specific legal entities and the natural persons involved in any way in the transaction. The term "involved" also encompasses any logistics or aluminum warehousing concerning the December 2011 Aluminum Trade.

5. Identify all documents concerning the transactions referenced in Interrogatory No. 4.

DATED: August 31, 2015

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

*/s/ Walter W. Noss*

Christopher M. Burke CB-3648
Walter W. Noss WN-0529
Kristen M. Anderson (*pro hac vice*)
Stephanie A. Hackett (*pro hac vice*)
Jennifer J. Scott (*pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com
shackett@scott-scott.com
jscott@scott-scott.com

BRANDT LAW LLC
Derek Y. Brandt (*pro hac vice*)
P.O. Box 487
Edwardsville, IL 62025
Telephone: 618-307-6116
derek@brandtlawllc.com

SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
Todd M. Schneider (*pro hac vice*)
Jason H. Kim (*pro hac vice*)
Kyle G. Bates (*pro hac vice*)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: 415-421-7100
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
kbates@schneiderwallace.com

- and -

Garrett W. Wotkyns (*pro hac vice*)
8501 North Scottsdale Road, Suite 270
Scottsdale, AZ 85253
Telephone: 480-428-0144
gwotkyns@schneiderwallace.com

THE MOGIN LAW FIRM, P.C.
Daniel J. Mogin (*pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92124
Telephone:  619-687-6611
dmogin@moginlaw.com

PEIFFER ROSCA WOLF ABDULLA CARR & KANE, L.L.P.
Joseph C. Peiffer (*pro hac vice*)
201 St. Charles Avenue, Suite 4610
New Orleans, LA 70170
Telephone:  505-586-5259
jpeiffer@prwlegal.com

*Counsel for Individual Plaintiffs Agfa Corporation, Agfa Graphics, N.V., Eastman Kodak Company, and Mag Instruments, Inc.*

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, I caused the foregoing to be served on counsel of record for all parties via electronic mail using the email addresses maintained on the Court's ECF system.

*[signature]*

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
Walter W. Noss
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619-233-4565