# EXHIBIT 5

**EXHIBIT 5**

| Defendant | Starting Bates Number | Ending Bates Number | Pages | Date |
|---|---|---|---|---|
| Metro International Trade Services LLC, MCEPF Metro I, Inc. Mitzi Holdings LLC | MET-ALUM-LIT-0000000001 | MET-ALUM-LIT-0000000007 | 7 | April 17, 2014 |
| The Goldman Sachs Group, Inc. and GS Power Holdings LLC | GS-METRO-00000001 | GS-METRO-00003070 | 3,070 | May 19, 2014 |
| The Goldman Sachs Group, Inc. and GS Power Holdings LLC | GS-METRO-00003071 | GS-METRO-00007969 | 4,899 | May 27, 2014 |
| The Goldman Sachs Group, Inc. and GS Power Holdings LLC | GS-METRO-00007970 | GS-METRO-00013656 | 5,687 | June 6, 2014 |
| The Goldman Sachs Group, Inc. and GS Power Holdings LLC | GS-METRO-00013657 | GS-METRO-00023786 | 10,130 | June 16, 2014 |
| The Goldman Sachs Group, Inc. and GS Power Holdings LLC | GS-METRO-00023787 | GS-METRO-00023974 | 188 | June 17, 2014 |
| The Goldman Sachs Group, Inc. and GS Power Holdings LLC | GS-METRO-00023975 | GS-METRO-00045463 | 21,489 | June 20, 2014 |
| The Goldman Sachs Group, Inc. and GS Power Holdings LLC | GS-METRO-00045464 | GS-METRO-00050468 | 5,005 | July 21, 2014 |
| JP Morgan Securities plc | JPMS-ALI-000001 | JPMS-ALI-000267 | 267 | April 16, 2015 |
| Goldman Sachs and Metro | GS-METRO-00050469 | GS-METRO-00053310 | 2,842 | April 16, 2015 |
| Goldman Sachs and Metro | GS-METRO-00060437 | GS-METRO-00060489 | 53 | April 23, 2015 |
| Goldman Sachs and Metro | GS-METRO-00053311 | GS-METRO-00060436 | 7,126 | April 24, 2015 |
| Goldman Sachs and Metro | GS-METRO-00060490 | GS-METRO-00063414 | 2,925 | May 4, 2015 |
| JP Morgan Securities plc | JPMS-ALI-000268 | JPMS-ALI-0126648 | 126,381 | May 11, 2015 |
| Goldman Sachs and Metro | GS-METRO-00063415 | GS-METRO-00071760 | 8,346 | May 12, 2015 |
| Goldman Sachs and Metro | GS-METRO-00071761 | GS-METRO-00084137 | 12,377 | May 21, 2015 |
| JP Morgan Securities plc | JPMS-ALI-0126649 | JPMS-ALI-0271072 | 144,424 | June 1, 2015 |
| Pacorini Metals USA, LLC | PUSA-00000001 | PUSA-00000583 | 583 | June 10, 2015 |
| Goldman Sachs and Metro | GS-METRO-00084138 | GS-METRO-00107499 | 23,362 | June 12, 2015 |
| Goldman Sachs and Metro | GS-METRO-00107500 | GS-METRO-00117769 | 10,270 | July 10, 2015 |
| Goldman Sachs and Metro | GS-METRO-00117770 | GS-METRO-00129183 | 11,414 | July 20, 2015 |
| JP Morgan Securities plc | JPMS-ALI-0271073 | JPMS-ALI-0386173 | 15,101 | July 24, 2015 |

| Defendant | Starting Bates Number | Ending Bates Number | Pages | Date |
|---|---|---|---|---|
| Goldman Sachs and Metro | GS-METRO-00129184 | GS-METRO-00154197 | 25,014 | July 31, 2015 |
| Goldman Sachs and Metro | GS-METRO-00154198 | GS-METRO-00170103 | 15,906 | July 31, 2015 |
| Glencore Ltd. | GLEN-ALI-0000001 | GLEN-ALI-0000003 | 3 | August 5, 2015 |
| Pacorini Metals USA, LLC | PUSA-00000584 | PUSA-00000588 | 5 | August 13, 2015 |
| Goldman Sachs and Metro | GS-METRO-00170104 | GS-METRO-00185467 | 15,364 | August 14, 2015 |
| Goldman Sachs and Metro | GS-METRO-00185468 | GS-METRO-00201167 | 15,700 | August 21, 2015 |
| Goldman Sachs and Metro | GS-METRO-00201168 | GS-METRO-00217739 | 16,572 | August 31, 2015 |
| Goldman Sachs and Metro | GS-METRO-00237055 | GS-METRO-00237064 | 10 | October 3, 2015 |
| Pacorini Metals USA, LLC | PUSA-00000589 | PUSA-00000590 | 2 | October 9, 2015 |
| Goldman Sachs and Metro | GS-METRO-00217740 | GS-METRO-00237054 | 19,315 | October 16, 2015 |
| Pacorini Metals USA, LLC | PUSA-00000591 | PUSA-00000602 | 12 | October 22, 2015 |
| Goldman Sachs and Metro | GS-METRO-00237065 | | 1 | October 26, 2015 |
| Goldman Sachs and  Metro | GS-METRO-00237066 | GS-METRO-00432941 | 195,876 | October 29, 2015 |
| Glencore Ltd. | GLEN-ALI-0000004 | GLEN-ALI-0030492 | 30,489 | October 30, 2015 |
| Pacorini Metals USA, LLC | PUSA-E00000001 | PUSA-E00014718 | 14,718 | November 9, 2015 |
| Goldman Sachs and  Metro | GS-METRO-00432942 | GS-METRO-00477952 | 45,011 | November 20,2015 |
| Pacorini Metals USA, LLC | PUSA-E00014719 | PUSA-E00026946 | 12,228 | November 20, 2015 |
| Pacorini Metals USA, LLC | PUSA-E00026947 | PUSA-E00036736 | 9,790 | December 3, 2015 |
| Henry Bath LLC | JPMS-ALI-0386174 | JPMS-ALI-0386176 | 3 | December 8, 2015 |
| Goldman Sachs and Metro | GS-METRO-00477953 | | 1 | December 14, 2015 |
| Glencore Ltd. | GLEN-ALIDATA-0000001 | GLEN-ALIDATA-0003500 | 3,500 | December 16, 2015 |
| Goldman Sachs and Metro | GS-METRO-00477954 | GS-METRO-00479349 | 1,396 | December 18, 2015 |
| Glencore Ltd. | GLEN-ALI-0030493 | GLEN-ALI-0044169 | 13,677 | December 18, 2015 |
| JPMorgan Securities plc | JPMS-ALI-0386177 | JPMS-ALI-0387645 | 1,469 | December 28, 2015 |
| Goldman Sachs and Metro | GS-METR0-00479350 | GS-METR0-00479351 | 2 | January 7, 2016 |
| Goldman Sachs and Metro | GS-METR0-00479352 | GS-METR0-00502460 | 23,109 | January 15, 2016 |
| JPMorgan Securities plc | JPMS-ALI-0387646 | JPMS-ALI-0387695 | 50 | January 20, 2016 |
| Goldman Sachs and Metro | GS-METRO-00502461 | GS-METRO-00521496 | 19,036 | January 25, 2016 |
| Pacorini Metals USA, LLC | PUSA-E00036737 | PUSA-E00038119 | 1,383 | January 27, 2016 |
| Glencore Ltd. | GLEN-ALIDATA-0003501 | | 1 | January 28, 2016 |

| Defendant | Starting Bates Number | Ending Bates Number | Pages | Date |
|---|---|---|---|---|
| Goldman Sachs and Metro | GS-METRO-00521497 | GS-METRO-00544929 | 23,433 | January 29, 2016 |
| Pacorini Metals USA, LLC | PUSA-00000603 | PUSA-00000608 | 6 | January 29, 2016 |
| Goldman Sachs and Metro | GS-METRO-00544930 | GS-METRO-00549104 | 4,175 | February 5, 2016 |
| Goldman Sachs and Metro | GS-METRO-00628944 | | 1 | February 5, 2016 |
| Metro International Trade Services LLC | GS-METRO-00628945 | GS-METRO-00628952 | 8 | February 5, 2016 |
| Goldman Sachs and Metro | GS-METRO-00628953 | | 1 | February 5, 2016 |
| Goldman Sachs and Metro | GS-METRO-00549105 | GS-METRO-00628943 | 79,839 | February 8, 2016 |
| Goldman Sachs and Metro | GS-METRO-00628954 | GS-METRO-00665692 | 36,739 | February 16, 2016 |
| Goldman Sachs and Metro | GS-METRO-00665693 | GS-METRO-00694833 | 29,141 | February 19, 2016 |
| Metro International Trade Services LLC | GS-METRO-00694834 | | 1 | February 19, 2016 |
| Goldman Sachs and Metro | GS-METRO-00694835 | GS-METRO-00729257 | 34,423 | February 26, 2016 |
| Goldman Sachs and Metro | GS-METRO-00729258 | GS-METRO-00729259 | 2 | February 26, 2016 |
| Pacorini Metals USA, LLC | PUSA-00000609 | | 1 | February 29, 2016 |
| Goldman Sachs and Metro | GS-METRO-00729260 | GS-METRO-00823232 | 93,973 | March 4, 2016 |
| Metro International Trade Services LLC | GS-METRO-00823233 | | 1 | March 4, 2016 |
| Glencore Ltd. | GLEN-ALI-0044170 | GLEN-ALI-0437682 | 393,513 | March 7, 2016 |
| Glencore Ltd. | GLEN-ALI-0437683 | GLEN-ALI-0682090 | 244,408 | March 11, 2016 |
| Goldman Sachs and Metro | GS-METRO-00823234 | GS-METRO-00853474 | 30,241 | March 12, 2016 |
| Goldman Sachs and Metro | GS-METRO-00853475 | GS-METRO-00853785 | 311 | March 12, 2016 |
| Pacorini Metals USA, LLC | PUSA-E00038120 | PUSA-E00129483 | 91,364 | March 14, 2016 |
| Goldman Sachs and Metro | GS-METRO-000853786 | | 1 | March 15, 2016 |
| Pacorini Metals USA, LLC | PUSA-E00129484 | PUSA-E00167425 | 37,942 | March 17, 2016 |
| Goldman Sachs and Metro | GS-METRO-00853787 | GS-METRO-00939091 | 85,305 | March 18, 2016 |
| Glencore Ltd. | GLEN-ALI-0682091 | GLEN-ALI-0897255 | 215,165 | March 18, 2016 |