# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

April 6, 2016

BY ECF AND HAND DELIVERY

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

      Re:    <u>In re Aluminum Warehousing Antitrust Litigation</u>, MDL No. 2481, Master File No. 13 MD 2481 (KBF)

Dear Judge Forrest:

    As an attorney for the class action Plaintiffs ("Plaintiffs"), I respectfully submit this letter, pursuant to Rules 1.B., 2.C. and 7.A. of Your Honor's Individual Rules of Practice in Civil Cases, to transmit a Courtesy Copy of the Corrected Copy of Plaintiffs' Memorandum Of Law In Support Of Motion For Class Certification ("Corrected Copy").

    The Corrected Copy fixes clerical errors in the Table of Contents and Table of Authorities, corrects typographical errors, and modifies for consistency the format of certain cites to the record. The Corrected Copy contains no substantive changes to Plaintiffs' Memorandum of Law served on March 25, 2016 and filed under seal on March 28, 2016.

    Plaintiffs have filed the Corrected Copy both under seal and in redacted form, and have served the Corrected Copy by electronic mail on those attorneys for Defendants and Individual Plaintiffs appearing at the foot of this letter.

    Thank you very much.

                                                   Respectfully submitted,

                                                   */s/ Gary S. Jacobson*
                                                   Gary S. Jacobson

cc:    All Counsel of Record (by ECF)

Hon. Katherine B. Forrest<br>
April 6, 2016<br>
Page 2 of 2

The unredacted Corrected Copy has been electronically mailed to:

Richard Pepperman, Esq. (peppermanr@sullcrom.com)
Suhana Han, Esq. (hans@sullcrom.com)
Robert Wick, Esq. (rwick@cov.com)
Neil K. Roman, Esq. (nroman@cov.com)
Eliot Lauer, Esq. (elauer@curtis.com)
Jacques Semmelman, Esq. (jsemmelman@curtis.com)
John Nannes, Esq. (john.nannes@skadden.com
John Lyons, Esq. (john.lyons@skadden)
Christopher Burke, Esq. (cburke@scott-scott.com)
Walter Noss, Esq. (wnoss@scott-scott.com)
Derek Brandt, Esq. (derek@brandtlaw.com)