```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 14, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
IN RE ALUMINUM WAREHOUSING    :     13-md-2481 (KBF)
ANTITRUST LITIGATION          :     and all related cases
:
:     ORDER
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

     Having thoroughly reviewed the parties' submissions in relation to the Individual Plaintiffs' pending motion for leave to file the Second Joint Amended Complaint and the First Level Purchaser Plaintiffs' pending motion for leave to file the Fifth Amended Complaint, the Court has determined that oral argument is unnecessary.  (ECF Nos. 887, 891.)  The oral argument scheduled for April 19, 2016 at 1:00 p.m. is therefore ADJOURNED.  The Court anticipates issuing a decision in the near future.

     SO ORDERED.

Dated:    New York, New York
           April 14, 2016

                                      _____
                                        KATHERINE B. FORREST
                                        United States District Judge