**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Robert D. Wick

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5487
rwick@cov.com

**By ECF AND HAND DELIVERY**                    May 27, 2016

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York  10007

     Re:   *In Re Aluminum Warehousing Antitrust Litigation*,
            No. 13-md-2481-KBF

Dear Judge Forrest:

     Please find enclosed a courtesy copy of defendants' request for a two-week extension of time for submission of defendants' opposition to the First Level Purchasers' motion for class certification (ECF 917), with accompanying declarations and exhibits.

                               Sincerely,

                               s/ Robert D. Wick

cc:    Counsel of Record (via ECF)