```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
                                                            :
IN RE ALUMINUM WAREHOUSING                                  :      13-md-2481 (KBF)
ANTITRUST LITIGATION                                        :      and all related cases
                                                            :
                                                            :      ORDER
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 1, 2016

KATHERINE B. FORREST, District Judge:

The Court is in receipt of defendants' May 27, 2016 letter motion for a two-week extension of time to submit their opposition to plaintiffs' motion for class certification (ECF No. 978), as well as plaintiffs' May 31, 2016 letter response (ECF No. 983). Plaintiffs do not oppose the extension provided that they are given a reciprocal extension of time to file a reply. Defendants' motion is hereby GRANTED as set forth below.

1. Defendants' opposition to plaintiffs' motion for class certification is due not later **July 8, 2016**.

2. Plaintiffs' reply is due not later than **August 5, 2016**.

3. Oral argument in relation to plaintiffs' motion for class certification is hereby rescheduled to **September 8, 2016** at **2:00 p.m.**

4. In their May 31 letter, plaintiffs also request that the court schedule a telephonic conference to discuss the schedule for merits expert reports. A telephonic status conference is hereby scheduled for **June 9, 2016** at **12:00 p.m.** The parties shall call (212) 805-0139 on a single at that time.

The Clerk of Court is directed to terminate the motion at ECF No. 978.

SO ORDERED.

Dated:    New York, New York
         June 1, 2016

                                         _____
                                         KATHERINE B. FORREST
                                         United States District Judge