UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 2481<br>Master Docket No.<br>13-MD-2481 (KBF) |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

    PLEASE TAKE NOTICE that the Defendant Pacorini Metals USA, LLC has changed its company name to Access World (USA) LLC.  The company's address of record is as follows:

Access World (USA) LLC<br>
2200 Broening Highway, Suite 200<br>
Baltimore, MD 21224

Dated:  June 13, 2016
       Washington, DC

                                              */s/ John M. Nannes*
                                  John M. Nannes (john.nannes@skadden.com)
                                  SKADDEN, ARPS, SLATE, MEAGHER &
                                      FLOM LLP
                                  1440 New York Avenue, N.W.
                                  Washington, DC 20005
                                  (202) 371-7500

                                  *Counsel for Access World (USA) LLC*
                                  *f/k/a Pacorini Metals USA, LLC*