## ATTACHMENT A

1.	This Court earlier sustained the plausibility of Plaintiffs' claims that Defendants' trading and warehouse companies agreed to and did inflate aluminum prices, including MW Transaction Price as well as a component thereof known as the Midwest premium. *In re Aluminum Warehousing Antitrust Litig.*, 95 F.Supp.2d 419, 434-36, 438-39 (S.D.N.Y. 2015). Some of the acts that the Court relied upon to find plausibility included agreed-upon steps to **lengthen the times and queue** for the load-out of aluminum from the London Metals Exchange ("LME") warehouses in Detroit owned by Metro. *Id.*



