USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 28, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
:
IN RE ALUMINUM WAREHOUSING  :  13-md-2481 (KBF)
ANTITRUST LITIGATION  :  and all related cases
:
:  ORDER
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court is in receipt of plaintiffs' June 16, 2016 letter motion seeking to compel Glencore Ltd. to produce documents identified on its revised privilege log or, in the alternative, for the Court to conduct an <u>in camera</u> review of the documents identified in plaintiffs' motion. (ECF No. 996.) The Court is also in receipt of Glencore Ltd.'s June 23, 2016 opposition letter (ECF No. 1007), and plaintiffs' June 27, 2016 reply letter (ECF No. 1010). For the reasons set forth below, plaintiffs' motion is denied with leave to renew.

Based on the parties' submissions, it appears that the parties were on the cusp of resolving the instant dispute, but their ability to have further negotiations was cut off due to the timing set forth in the Court's May 17, 2016 Order. (ECF No. 975.) Given that the parties were close to resolving this dispute, the Court believes that a further opportunity to meet and confer may be fruitful and obviate the need for the Court's involvement. The parties are therefore directed to meet and confer and either party may file a renewed letter motion not later than **July 12, 2016**.

Should it be necessary for plaintiffs to renew their motion, the Court cautions that: (1) Glencore Ltd. would need to fully support its claims of privilege for the particular documents as to which plaintiffs seek production, and (2) the Court would be unhappy if it has to review the number of documents that plaintiffs seek— the Court suggests that plaintiffs be a bit more selective and find exemplars (if appropriate). A motion seeking to compel the production of documents listed on a privilege log requires a lot of work and vigor on both sides. The Court will not, at the outset, do the parties' work for them on such a motion.

For the foregoing reasons, plaintiffs' letter motion is DENIED with leave to renew. The Clerk of Court is directed to terminate the motion at ECF No. 996.

SO ORDERED.

Dated:   New York, New York
         June 28, 2016

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge