UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*FUJIFILM Manufacturing U.S.A., Inc. v. Goldman Sachs & Co.*, Case No. 1:15-cv-08307-KBF | MDL No. 2481<br>Master Docket No. 13-md-2481-KBF<br><br>ECF CASE |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 11 2016

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Stephanie A. Hackett for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of California, and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Stephanie A. Hackett |
| Firm Name: | Scott+Scott, Attorneys at Law, LLP |
| Address: | 707 Broadway, Suite 1000 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Facsimile: | 619-233-4565/619-233-0508 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff FUJIFILM Manufacturing U.S.A., Inc.;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/11/16

/KBF/

Hon. Katherine B. Forrest
United States District Judge