```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
                                                            :
                                                            :
IN RE ALUMINUM WAREHOUSING                                  :      13-md-2481 (KBF)
ANTITRUST LITIGATION                                        :      and all related cases
                                                            :
                                                            :            ORDER
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 14, 2016

KATHERINE B. FORREST, District Judge:

The Court is in receipt of Glencore Ltd.'s July 12, 2016 letter motion compelling the individual plaintiffs ("IPs") to produce certain documents on their privilege logs. (ECF No. 1021.) In its letter, Glencore Ltd. asserts that the IPs have "refuse[d] to meet and confer regarding their privilege logs, applying standards and time limitations that the IPs themselves have flagrantly violated," and that the IPs own July 12, 2016 letter motion (ECF No. 1020) raises an issue regarding communications with foreign attorneys that the IPs had not raised before bringing their prior motion to compel (see ECF No. 996).

Accordingly, the IPs are hereby Ordered to answer the following questions by filling in the blanks provided below, not later than **July 15, 2016** at **5:00 p.m.**:

1. Did the IPs refuse to meet and confer with Defendants regarding their own privilege logs prior to July 12, 2016?

    YES _____     NO _____

2. Did the IPs meet and confer with Defendants with respect to the issue regarding communications with "foreign" attorneys on Glencore Ltd.'s

privilege log prior to bringing their June 16, 2016 letter motion (ECF No. 996)?

YES \_\_\_\_    NO \_\_\_\_

SO ORDERED.

Dated:   New York, New York
         July 14, 2016

                              KATHERINE B. FORREST
                              United States District Judge