UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | MDL No. 2481 <br> Master Docket No. <br> 13 MD 2481 (KBF) |

**PLAINTIFFS AGFA CORPORATION'S, AGFA GRAPHICS, N.V.'S, EASTMAN KODAK COMPANY'S, FUJIFILM MANUFACTURING U.S.A., INC.'S, AND MAG INSTRUMENT, INC.'S NOTICE OF WITHDRAWAL OF LETTER MOTION TO COMPEL (ECF NO. 1020)**

Plaintiffs Agfa Corporation, Agfa Graphics, N.V., Eastman Kodak Company, FUJIFILM Manufacturing U.S.A., Inc., and Mag Instrument, Inc. withdraw their renewed letter motion to compel relating to Defendant Glencore Ltd.'s privilege log filed on July 12, 2016 (ECF No. 1020).[1]

DATED:  July 15, 2016

Respectfully submitted,

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

 s/ Walter W. Noss
Christopher M. Burke (CB-3468)
Walter W. Noss (WN-0529)
Kristen M. Anderson
Stephanie Hackett
Jennifer Scott
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619-233-4565

---

[1]   Class Plaintiffs consent to this notice of withdrawal.

Derek Y. Brandt (*pro hac vice*)
BRANDT LAW LLC
Po Box 487
Edwardsville, IL 62025
Telephone:  618-307-6116

Todd M. Schneider
Jason H. Kim
Kyle G. Bates
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  415-421-7100

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 North Scottsdale Road, Suite 270
Scottsdale, AZ 85253
Telephone:  480-428-0144

Allan Steyer
Jill M. Manning
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, 3rd Floor
San Francisco, CA 94111
Telephone: 415-421-3400

*Counsel for Agfa Corporation and Agfa Graphics, N.V.; Mag Instrument, Inc.; Eastman Kodak Company; and FUJIFILM Manufacturing U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 15, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated:  July 15, 2016

          s/ Walter W. Noss
        WALTER W. NOSS
        SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
        707 Broadway, Suite 1000
        San Diego, CA 92101
        Telephone: 619-233-4565
        wnoss@scott-scott.com