UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
:
IN RE ALUMINUM WAREHOUSING :
ANTITRUST LITIGATION :
: Master Docket No.
This Document Relates To: : 13-md-2481-KBF
:
ALL ACTIONS :
:
------------------------------------------x

### DEFENDANT GLENCORE LTD.'S NOTICE OF WITHDRAWAL OF LETTER-MOTION TO COMPEL (ECF NO. 1021)

Defendant Glencore Ltd. withdraws its letter-motion to compel relating to the privilege logs of Plaintiffs Agfa Corporation and Agfa Graphics, N.V., Eastman Kodak Company, Fujifilm Manufacturing U.S.A., Inc., and Mag Instrument, Inc. filed on July 12, 2016 (ECF No. 1021).

Respectfully submitted,

Dated: New York, New York
July 15, 2016

/s/ Eliot Lauer
Eliot Lauer *(elauer@curtis.com)*
Jacques Semmelman
*(jsemmelman@curtis.com)*
Chelsea McLean
*(chelsea.mclean@curtis.com)*
CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Attorneys for Defendant Glencore Ltd.*

26024404