July 15, 2016

<u>VIA ECF</u>

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

    Re:    *In re Aluminum Warehousing Antitrust Litigation*
              Case No. 1:13-md-02481-KBF

Dear Judge Forrest:

    Plaintiffs Agfa Corporation, Agfa Graphics, N.V., Eastman Kodak Company, FUJIFILM Manufacturing U.S.A., Inc., and Mag Instrument, Inc. together with Defendant Glencore Ltd. write jointly to advise the Court that they have withdrawn their respective motions to compel relating to privilege logs (ECF Nos. 1020 and 1021). The parties consider issues relating to privilege logs to have been resolved. In light of the foregoing, the parties jointly ask that the Court treat as moot its July 14, 2016 Order (ECF No. 1025).

                       Respectfully submitted,

| | |
|---|---|
| s/ Eliot Lauer | s/ Walter W. Noss |
| Eliot Lauer | Walter W. Noss |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Scott+Scott, Attorneys at Law, LLP |
| 101 Park Avenue | 707 Broadway, Suite 1000 |
| New York, NY 10178 | San Diego, CA 92101 |
| | |
| *Counsel for Glencore Ltd.* | *Counsel for Agfa Corporation, Agfa Graphics, N.V., Eastman Kodak Company, FUJIFILM Manufacturing U.S.A., Inc., and Mag Instrument, Inc.* |