```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 19, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
IN RE ALUMINUM WAREHOUSING        :     13-md-2481 (KBF)
ANTITRUST LITIGATION              :     and all related cases
:
:                    ORDER
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court hereby adjourns the remaining class certification briefing and argument schedule (see ECF No. 990). The Court intends to resolve the Rule 12(c) motion (ECF No. 1049) immediately following full briefing.

The Clerk of Court is directed to administratively terminate plaintiffs' motion for class certification at ECF No. 917.

SO ORDERED.

Dated:   New York, New York
         August 19, 2016

                              _____
                                   KATHERINE B. FORREST
                                   United States District Judge