# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Carmen A. Medici
cmedici@rgrdlaw.com

August 25, 2016

<u>VIA ECF</u>

The Honorable Katherine B. Forrest
United States District Court for the
   Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

      Re:    *In re Aluminum Warehousing Antitrust Litig.*,
               No. 13-md-2481 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

     I write on behalf of FLPs regarding our opposition to defendants' Rule 12 motion. Part of our opposition will contain information that is required to be filed under seal. Because the filing is due on Sunday, the Court is closed, and we will be unable to lodge a physical copy of the response with the Court until Monday.

     We will file a redacted copy of our response on Sunday on ECF, and electronically serve both defendants and the Court on Sunday with an unredacted copy. On Monday, we will lodge a physical copy with the Court.

                Very truly yours,

                CARMEN A. MEDICI

1180528_1