**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case #
13-md-2481(KBF)
14-cv-3122(KBF)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of August, two thousand and sixteen.

Before:   Dennis Jacobs,
          Peter W. Hall,
                    *Circuit Judges*,
          Jane A. Restani,
                    *Judge.**

_____

IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION

---------------------------------------------------------------

David J. Kohlenberg, Brick Pizzeria LLC, on behalf of themselves, and all others similarly situated, Daniel Javorsky, on behalf of themselves, and all others similarly situated, Big River Outfitters, LLC, Seating Constructors USA, Incorporated, F&F Custom Boats, LLC, Master Screens Incorporated, D-Tek Manufacturing, on behalf of itelsef and all others similarly situated, Welk-Ko Fabricators, Incorporated, Team Ward Incorporated, individually and on behalf of all others similarly situated, DBA War Eagle Boats, Quicksilver Welding Services, Incorporated, Lexington Homes, Incorporated,

              Plaintiffs - Appellants,

Superior Extrusion Incorporated, Grace Adrianna Fletcher, River Parish Contractors, Incorporated, individually, and on behalf of all others similarly situated, Viva Railings, LLC, on Behalf of Themselves and all Others Similarly Situated, Regal Recycling, Incoroprated, Peterson Industries, Incorporated, individually and on behalf of all others similarly situated, Claridge Products and Equipment, Incorporated, individually and on behalf of all others similarly situated, Thule, Incorporated, individually and on behalf of all others similarly situated, Ampal Incorporated, Custom Aluminum Products Incoroprated, Extruded Aluminum Incoroprated, International Extrusions Incorporated, Everett Aluminum Incorporated, on behalf of itself and all others similarly situated, Pierce Aluminum Company, Incorporated, Individually and on Behalf of All Others Similarly Situated, Tylers Sales Incorporated, DBA Norther Metals, Incorporated, Breezin Metal Works, Incorporated, Talan Products, Incorporated, AGFA Corporation, Admiral Beverage Corporation, Central Aluminum Company, Hall Enterprises Metals, Incoroprated, Mag Instrument Incorporated, Sunporch Structures,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 15, 2016

**JUDGMENT**
Docket Nos. 14-3574(L), 14-3581(Con)

**MANDATE ISSUED ON 09/15/2016**

Incorporated, AGFA Graphics, NV, Energy Beverage Management, LLC, Goldring Gulf Distributing Company, LLC, Gulf Distributing Company of Mobile, LLC, Allstate Beverage Company, LLC, Duncan Galvanizing Corporation, individually and on behalf of all those similary situated, Eastman Kodak Company,

    Plaintiffs,

v.

Goldman Sachs Group, Incorporated, GS Power Holdings LLC, Metro International Trade Services, L.L.C., London Metal Exchange Limited, JP Morgan Chase & Co., Glencore Xstrata Incorporated, Henry Bath LLC, The London Metal Exchange, Unidentified Parties, Glencore Xstrata PLC, Pacorini Metals USA, LLC, Henry Bath & Son Limited, Limited Metal Exchange Limited, John Does, 1-25, MCEPF Metro I, Incorporated, MITSI Holdings LLC, Pacorini Metals AG, Nems (USA) Incoprated, Limited, Glencore Ltd., Lime Holdings Limited,

    Defendants - Appellees,

The London Metal Exchange Limited, Hong Kong Exchanges & Clearing, LME Holdings Limited,

    Defendants.
_____

  The appeals in the above captioned case from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

          For The Court:

          Catherine O'Hagan Wolfe,
          Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____
\* The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.