UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ALUMINUM WAREHOUSING ANTITRUST LITIGATION | No. 13 MD 2481 (KBF)<br><br>CLASS ACTION |
| This Document Relates To:<br><br>In re Aluminum Warehousing Antitrust Litigation (Direct Purchaser Plaintiffs), Case No. 1:14-cv-03116-KBF (S.D.N.Y) | NOTICE OF APPEAL |

Notice is hereby given that plaintiffs in the above-captioned case (Ampal, Inc.; Custom Aluminum Products, Inc.; Claridge Products and Equipment, Inc.; and Extruded Aluminum Corp.), on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the final Judgment that was entered on October 6, 2016 (Dkt. No. 1081 in Case No. 13-md-2481; Dkt. No. 361 in Case No. 1:14-cv-03116), and from the Memo Endorsement Order denying plaintiffs' timely motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) that was entered on November 30, 2016 (Dkt. No. 1103 in Case No. 13-md-2481; Dkt. No. 367 in Case No. 1:14-cv-03116), as well as all prior orders that have merged into the Judgment (including, but not limited to, the Opinion & Order granting defendants' motion to dismiss entered October 5, 2016 (Dkt. No. 1080 in Case No. 13-md-2481; Dkt. No. 360 in Case No. 1:14-cv-03116)).

DATED: December 29, 2016

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
BRIAN O. O'MARA
STEVEN M. JODLOWSKI
ARTHUR L. SHINGLER III
CARMEN A. MEDICI
LONNIE A. BROWNE

s/ PATRICK J. COUGHLIN
PATRICK J. COUGHLIN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
MARK DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM
SUSAN R. SCHWAIGER
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: 212/702-7053
212/681-0300 (fax)

LOVELL STEWART HALEBIAN
JACOBSON LLP
CHRISTOPHER LOVELL
61 Broadway, Suite 501
New York, NY 10006
Telephone: 212/608-1900
212/719-4677 (fax)

Interim Co-Lead Counsel for First Level Purchaser Plaintiffs and the Proposed First Level Purchaser Class

BONSIGNORE, LLC
ROBERT J. BONSIGNORE
193 Plummer Hill Road
Belmont, NH 03220
Telephone: 781/856-7650

EMERSON SCOTT, LLP
JOHN G. EMERSON
830 Apollo Lane
Houston, TX 77058
Telephone: 281/488-8854
281/488-8867 (fax)

GOLD BENNETT CERA & SIDENER, LLP
SOLOMON B. CERA
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: 415/777-2230
415/777-5189 (fax)

HEINS MILLS &OLSON, P.L.C.
VINCENT J. ESADES
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: 612/338-4605
612/338-4692 (fax)

LIEFF CABRASER HEIMANN
&BERNSTEIN LLP
ERIC B. FASTIFF
DEAN M. HARVEY
LIN Y. CHAN
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415/956-1000
415/956-1008 (fax)

LOWEY DANNENBERG COHEN
&HART, P.C.
GEOFFREY MILBANK HORN
GERALD LAWRENCE
PETER DEXTER ST. PHILIP , JR.
RAYMOND PETER GIRNYS
VINCENT BRIGANTI
White Plains Plaza
One North Broadway, Suite 509
White Plains, NY 10601
Telephone: 914/997-0500
914/997-0035 (fax)

MORGAN & MORGAN, P.C.
PETER GEORGE SAFIRSTEIN
28 West 44th St., Suite 2001
New York, NY 10036
Telephone: 212/564-1637
212/564-1807 (fax)

OLIVER LAW GROUP, P.C.
ALYSON L. OLIVER
950 W. University Drive, Suite 200
Rochester, MI 48307
Telephone: 248/327-6556
248/436-3385 (fax)

VANEK, VICKERS &MASINI, P.C.
JOSEPH M VANEK
DAVID P. GERMAINE
JOHN PAUL BJORK
55 W. Monroe, Suite 3500
Chicago, IL 60606
Telephone: 312/224-1500
312/224-1510 (fax)

Plaintiffs' Steering Committee for the First Level Purchaser Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re ALUMINUM WAREHOUSING ANTITRUST LITIGATION | : | No. 13 MD 2481 (KBF) |
| | : | CLASS ACTION |
| This Document Relates To: | : | CERTIFICATE OF SERVICE |
| *In re Aluminum Warehousing Antitrust Litigation* (Direct Purchaser Plaintiffs), Case No. 1:14-cv-03116-KBF (S.D.N.Y.). | : | |

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 29, 2016.

s/ PATRICK J. COUGHLIN
PATRICK J. COUGHLIN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:patc@rgrdlaw.com

# Mailing Information for a Case 1:13-md-02481-KBF In re: Aluminum Warehousing Antitrust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kristen M. Anderson**
  kanderson@scott-scott.com,edewan@scott-scott.com,jscott@scott-scott.com,efile@scott-scott.com
- **Randi Dawn Bandman**
  randib@rgrdlaw.com,SusanM@rgrdlaw.com
- **Kyle G. Bates**
  kbates@schneiderwallace.com,efilings@schneiderwallace.com,3005202420@filings.docketbird.com
- **Yavar Bathaee**
  bathaeey@sullcrom.com,s&cmanagingclerk@sullcrom.com,yavar-bathaee-3335@ecf.pacerpro.com
- **Daniel E. Becnel , Jr**
  mmoreland@becnellaw.com
- **Andrea B. Bierstein**
  abierstein@simmonsfirm.com,jlucena@simmonsfirm.com
- **John Paul Bjork**
  jbjork@vaneklaw.com
- **Jennifer Hilda Blecher**
  blecherj@sullcrom.com,s&cmanagingclerk@sullcrom.com,jennifer-blecher-0595@ecf.pacerpro.com
- **Thomas Kay Boardman**
  tboardman@scott-scott.com
- **Derek Y. Brandt**
  derek@brandtlawllc.com,derek-brandt-brandt-law-llc-8689@ecf.pacerpro.com,ecf@brandtlawllc.com
- **Darryl Bressack**
  dbressack@finkandassociateslaw.com
- **Vincent Briganti**
  vbriganti@lowey.com
- **Lonnie A Browne**
  lbrowne@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,hnpotteiger@locklaw.com
- **Christopher M Burke**
  cburke@scott-scott.com
- **Erin C Burns**
  eburns@nastlaw.com,croberts@rodanast.com
- **Solomon B. Cera**
  scera@cerallp.com,pmarkert@cerallp.com,keg@cerallp.com,cdirksen@cerallp.com,lakessler@cerallp.com
- **Lin Y Chan**
  lchan@lchb.com
- **Amber M Charles**
  acharles@cov.com
- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com
- **Jennifer L. Crose**
  jcrose@becnellaw.com
- **William T. Crowder**
  wcrowder@crowdermcgaha.com
- **Mark Aaron Cunningham**
  mcunningham@joneswalker.com
- **Gregory Lee Curtner**
  gcurtner@schiffhardin.com,dchapman@schiffhardin.com,lmisisian@schiffhardin.com,mosullivan@schiffhardin.com,edocket@schiffhardin.com
- **Andrew Robert Dawes**
  ardawes@curtis.com
- **Mark J. Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,creynolds@rgrdlaw.com

- **Leighton Elizabeth Dellinger**
  ldellinger@curtis.com
- **Bradley J. Demuth**
  bdemuth@nussbaumpc.com,lnussbaum@nussbaumpc.com
- **John G. Emerson , Jr**
  jemerson@emersonfirm.com,tautry@emersonfirm.com
- **Vincent J. Esades**
  vesades@heinsmills.com,janderson@heinsmills.com,ikovarik@heinsmills.com
- **Craig M. Essenmacher**
  cessenmacher@lshllp.com
- **Josh Ewing**
  je@fbdlaw.com,lgt@fbdlaw.com
- **Eric B. Fastiff**
  efastiff@lchb.com
- **David H. Fink**
  dfink@finkandassociateslaw.com
- **James H. Forte**
  jhf@saiber.com
- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com
- **David P. Germaine**
  dgermaine@vaneklaw.com
- **Wesley B. Gilchrist**
  wgilchrist@lightfootlaw.com
- **Jennifer Lynn Giordano**
  jennifer.giordano@lw.com,NY-CourtMail@lw.com,allyson.maltas@lw.com,jeffrey.newhouse@lw.com,william.h.rawson@lw.com,william.sherman@lw.com,christopher.fawal@lw.com,margaret.zwi
- **Raymond Peter Girnys**
  rgirnys@lowey.com
- **Joseph Goldberg**
  jg@fbdlaw.com,imn@fbdlaw.com,drt@fbdlaw.com
- **David A Goodwin**
  dgoodwin@gustafsongluek.com
- **Dean M. Googasian**
  dgoogasian@googasian.com
- **Troy T. Gorman**
  ttg@gormanlawgroup.com
- **Harold Gurewitz**
  hgurewitz@grplc.com
- **Harold Z. Gurewitz**
  hgurewitz@grplc.com
- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com
- **JEROME WAYNE HOFFMAN**
  jerome.hoffman@hklaw.com
- **Stephanie Ann Hacket**
  shackett@scott-scott.com
- **David William Haller**
  dhaller@cov.com,maony@cov.com
- **Suhana S. Han**
  hans@sullcrom.com,suhana-han-1488@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com
- **Dean M Harvey**
  dharvey@lchb.com,jmoorhead@lchb.com,btroxel@lchb.com,rbata@lchb.com
- **Mark David Herman**
  mherman@cov.com,jplayforth@cov.com
- **Theodore M. Hess-Mahan**
  thess-mahan@hutchingsbarsamian.com

- **Geoffrey Milbank Horn**
  ghorn@lowey.com
- **William H. Horton**
  bhorton@gmhlaw.com
- **Thomas H. Howlett**
  thowlett@googasian.com
- **Benjamin Martin Jaccarino**
  bjaccarino@lshllp.com
- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com
- **Edith M. Kallas**
  ekallas@whatleykallas.com,ithielmann@whatleykallas.com,ecf@whatleykallas.com
- **Jay B. Kasner**
  jkasner@skadden.com
- **Jason H Kim**
  jkim@schneiderwallace.com,6554119420@filings.docketbird.com
- **Eliot Lauer**
  elauer@curtis.com,tho@curtis.com,mgemmel@curtis.com,jkornfeld@curtis.com,hchung@curtis.com,jsemmelman@curtis.com,nament-stone@curtis.com,ldellinger@curtis.com,rcohn@curtis.com,jclyne@curtis.com,jgumpper@curtis.com,jpascuzzo@curtis.com,ardawes@curtis.com
- **Gerald Lawrence**
  glawrence@lowey.com
- **Roberta D. Liebenberg**
  rliebenberg@finekaplan.com
- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com
- **Henry Liu**
  hliu@cov.com,maony@cov.com
- **Christopher Lovell**
  clovell@lshllp.com,kessenmacher@lshllp.com,gjacobson@lshllp.com,msrayle@sbcglobal.net,ekroub@lshllp.com,jkrisiloff@lshllp.com,cmooney@lshllp.com,mgallagl
- **John H. Lyons**
  john.h.lyons@skadden.com
- **Jill M. Manning**
  jmanning@steyerlaw.com
- **Gerard V. Mantese**
  gmantese@manteselaw.com,bren@manteselaw.com
- **Steven A. Martino**
  stevemartino@taylormartino.com
- **Benjamin M. McGovern**
  benjamin.mcgovern@hklaw.com
- **Michael C McKay**
  mmckay@schneiderwallace.com,5256699420@filings.docketbird.com
- **Carmen A. Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,karenc@rgrdlaw.com,LBrowne@rgrdlaw.com,ckopko@rgrdlaw.com
- **Azra Zahoor Mehdi**
  azram@themehdifirm.com
- **Eugene Mikolajczyk**
  genem@rgrdlaw.com
- **Douglas A. Millen**
  doug@fklmlaw.com
- **David W. Mitchell**
  davidm@rgrdlaw.com,slandry@rgrdlaw.com,SJodlowski@rgrdlaw.com
- **Daniel Jay Mogin**
  dmogin@moginlaw.com,steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com,sejercito@moginlaw.com,jwilliams@moginlaw.com,jchatfield@moginlaw.com
- **Matthew B. Moreland**
  mattmoreland@cox.net
- **NORANDA ALUMINUM, INC.**
  jforte@saiber.com

- **John M. Nannes**
  john.nannes@skadden.com,dlmlcwas@skadden.com,anjali.patel@skadden.com
- **Dianne M. Nast**
  dnast@nastlaw.com
- **Thomas Jerome Nolan**
  thomas.nolan@skadden.com,rebecca.isomoto@skadden.com
- **Walter W. Noss**
  wnoss@scott-scott.com,tterpening@scott-scott.com,shackett@scott-scott.com,esignaigo@scott-scott.com,edewan@scott-scott.com,aturner@scott-scott.com,efile@scott-scott.com
- **Linda P. Nussbaum**
  lnussbaum@nussbaumpc.com,sschwaiger@nussbaumpc.com,bcohen@nussbaumpc.com,hsandler@nussbaumpc.com,bdemuth@nussbaumpc.com,pmoran@nussbaump
- **Brian O. O'Mara**
  bomara@rgrdlaw.com
- **Alyson Louise Oliver**
  notifications@oliverlg.com
- **Julia Pascuzzo**
  jpascuzzo@curtis.com
- **Richard C. Pepperman , II**
  peppermanr@sullcrom.com,richard-pepperman-4444@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com
- **Adam James Pessin**
  apessin@finekaplan.com,nblakeslee@finekaplan.com
- **John S. Playforth**
  jplayforth@cov.com,maony@cov.com
- **Menachem David Possick**
  possickmd@sullcrom.com,david-possick-0784@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com
- **Thomas F Quilling**
  tom@wassermanlaw.com
- **John D. Radice**
  jradice@radicelawfirm.com
- **Kevin E. Rayhill**
  krayhill@saverilawfirm.com
- **Tiffany Rider Rohrbaugh**
  tiffany.rider@skadden.com,James.Attridge@skadden.com
- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com,mdearman@rgrdlaw.com
- **Peter George Safirstein**
  psafirstein@safirsteinmetcalf.com,sfeerick@safirsteinmetcalf.com,emetcalf@safirsteinmetcalf.com
- **Hugh Daniel Sandler**
  hsandler@nussbaumpc.com
- **Christopher M. Santomassimo**
  csantomassimo@ndslaw.com,jdisena@ndslaw.com,achan@ndslaw.com
- **Joseph Richard Saveri**
  jsaveri@saverilawfirm.com,blang@saverilawfirm.com,dclevenger@saverilawfirm.com,plall@saverilawfirm.com
- **Todd M Schneider**
  tschneider@schneiderwallace.com
- **Todd Michael Schneider**
  tschneider@schneiderwallace.com,efilings@schneiderwallace.com,2733686420@filings.docketbird.com
- **Max Raphael Schwartz**
  mschwartz@scott-scott.com,efile@scott-scott.com
- **David R Scott**
  drscott@scott-scott.com
- **Jennifer Janine Scott**
  jscott@scott-scott.com
- **Jacques Semmelman**
  jsemmelman@curtis.com,nmazanitis@curtis.com,jclyne@curtis.com

- **William R. Sherman**
  william.sherman@lw.com,NY-CourtMail@lw.com
- **Arthur L. Shingler , III**
  ashingler@rgrdlaw.com
- **Michael L. Silverman**
  msilverman@fklmlaw.com
- **Thomas Michael Skelton**
  tskelton@lowey.com
- **Kai Smith**
  ksmith@cov.com,maony@cov.com
- **Sylvia Sokol**
  ssokol@scott-scott.com,tpacht@scott-scott.com
- **Jessica A. Sprovtsoff**
  jsprovtsoff@schiffhardin.com
- **Peter Dexter St. Phillip , Jr**
  pstphillip@lowey.com,mail@lowey.com
- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com,amarshall@steyerlaw.com,cswaminathan@steyerlaw.com
- **Troy A. Terpening**
  tterpening@scott-scott.com
- **Patrick J Van Zanen**
  pvanzanen@schneiderwallace.com,1765978420@filings.docketbird.com
- **Joseph M Vanek**
  jvanek@vaneklaw.com
- **Tony Visage**
  tony.visage@bgllp.com
- **William Henry Wagener**
  wagenerw@sullcrom.com,s&cmanagingclerk@sullcrom.com
- **Joe R. Whatley , JR**
  jwhatley@whatleykallas.com,ecf@whatleykallas.com
- **Robert D. Wick**
  rwick@cov.com,maony@cov.com
- **Garrett W Wotkyns**
  gwotkyns@schneiderwallace.com
- **Garrett W. Wotkyns**
  gwotkyns@schneiderwallace.com
- **Gabriel D. Zeldin**
  gzeldin@steyerlaw.com
- **Margaret M. Zwisler**
  margaret.zwisler@lw.com,NY-CourtMail@lw.com,new-york-ma-2860@ecf.pacerpro.com,margaret-zwisler-5429@ecf.pacerpro.com,jeffrey.newhouse@lw.com,stefanie.johnson@lw.com,william.h.rawson@lw.com,jennifer.giordano@lw.com,william.rinner@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert J. Bonsignore**
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155

**Patrick E. Cafferty**
Caffert Clobes Meriwether & Sprengel LLP, L.L.P.
30101 N. Main Street
Suite 565
Ann Arbor, MI 48104

**Steven A. Kanner**
Much, Shelist, Freed, Denenberg, Ament & Rubenstein, P.C.
200 North LaSalle Street
Suite 2100
Chicago, IL 60601-1095

**GEORGE N MEROS , JR**
GRAYROBINSON PA - TALLAHASSEE FL
301 S BRONOUGH ST STE 600
TALLAHASSEE, FL 32301

**Reynolds Consumer Products LLC**

,

**Southwire Company, LLC**
,

**Vincent Ward**
Freedman Boyd Hollander Goldberg Urias & Ward P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102