

TIFFANY RIDER
202.721.5402
TRIDER@AXINN.COM

July 20, 2018

VIA ELECTRONIC MAIL

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007-1312

    Re:    *In re Aluminum Warehousing Antitrust Litigation*,
              No. 13-MD-2481 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

    I have appeared in the above-captioned case on behalf of Pacorini Metals AG. I have left the firm of Skadden, Arps, Slate, Meagher & Flom LLP. I respectfully request an entry of an order directing the Clerk to relieve the undersigned as counsel for Pacorini Metals AG, remove my appearance from the docket, and remove my name from the ECF distribution list.

    These requested actions will not affect any pending deadlines nor occasion any delays in this action. Pacorini Metals AG continues to be represented in this action by attorneys with Curtis, Mallet-Prevost, Colt & Mosle LLP.

    Thank you for your consideration.

                              Respectfully,

                              /s/ Tiffany Rider Rohrbaugh
                              Tiffany Rider Rohrbaugh

*So ordered.*

*KB. Forrest*
*USDJ*
*7/23/18*

Axinn, Veltrop & Harkrider LLP  |  Axinn.com

| New York | Washington, DC | Connecticut |
|---|---|---|
| 114 W 47th Street | 950 F Street, NW | 90 State House Square |
| New York, NY 10036 | Washington, DC 20004 | Hartford, CT 06103 |
| 212.728.2200 | 202.912.4700 | 860.275.8100 |