# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

September 12, 2019

Via ECF

Hon. Colleen McMahon
Chief United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, New York  10007

　　　　　Re:　*In re Aluminum Warehousing Litigation*, No. 13-md-2481 (S.D.N.Y.)

Dear Chief Judge McMahon:

　　　　I write in response to Linda P. Nussbaum's letter dated September 11, 2019 requesting that the above-referenced multidistrict litigation proceeding be reassigned to the Honorable Denise L. Cote.  Before Ms. Nussbaum submitted her letter to this Court, the Judicial Panel on Multidistrict Litigation ("JPML") reassigned this litigation to the Honorable Paul A. Engelmayer.  I attach hereto a copy of the JPML's Order Reassigning Litigation dated September 11, 2019.  Because the JPML already has reassigned MDL No. 2481, Ms. Nussbaum's request is moot.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Richard C. Pepperman II

　　　　　　　　　　　　　　　　　Richard C. Pepperman II

　　cc:　Counsel of Record for All Parties (via ECF)

(Attachment)