UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

This Document Relates to:

ALL ACTIONS

Master Action
No. 13-md-02481-KBF

-------------------------------------------------- X

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of defendant Glencore Ltd. The undersigned certifies that he is admitted to practice before this Court and requests that all future notices given or required to be given in this proceeding, and all papers filed in this proceeding, be served upon the undersigned at the address set forth below.

Dated: New York, New York
September 11, 2019

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By: /s/ Nathaniel Ament-Stone
Nathaniel Ament-Stone
101 Park Avenue
New York, New York, 10178
Tel.: (212) 696-6065
Fax: (212) 697-1559
Email: nament-stone@curtis.com

*Attorney for Defendant Glencore Ltd.*