# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| IN RE ALUMINUM WAREHOUSING | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  13-MD-02481-PAE |
| ANTITRUST LITIGATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mag Instrument, Inc., Agfa Corp., Agfa Graphics, N.V., and Eastman Kodak Co.                    .

Date:      09/19/2019                                    s/ Justin W. Batten
                                                          *Attorney's signature*

                                                    Justin W. Batten (5597919)
                                                      *Printed name and bar number*
                                                    Scott+Scott Attorneys at Law LLP
                                                    The Helmsley Building
                                                    230 Park Avenue, 17th Floor
                                                    New York, NY 10169

                                                          *Address*

                                                    jbatten@scott-scott.com
                                                          *E-mail address*

                                                    (212) 223-6444
                                                      *Telephone number*

                                                    (212) 223-6334
                                                          *FAX number*