UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

This document relates to:

ALL ACTIONS

Case No. 1:13-md-02481 (PAE)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as counsel on behalf of defendant Access World (USA) LLC in the above-captioned matter. The undersigned certifies that he is admitted to practice before this Court and requests that all subsequent papers be served on him at the address below.

Dated: October 3, 2019
New York, New York

/s/ Boris Bershteyn
Boris Bershteyn
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3834
boris.bershteyn@skadden.com

*Counsel for Access World (USA) LLC
(f/k/a Pacorini Metals USA, LLC)*