UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | : : : |
| This document relates to: | : Case No. 1:13-md-02481 (PAE) : : |
| ALL ACTIONS | : : : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Julia K. York, hereby move this Court for an Order for admission to practice pro hac vice to appear as counsel for Access World (USA) LLC (f/k/a Pacorini Metals USA, LLC)  in the above captioned case.

I am a member in good standing of the bars of the District of Columbia and the State of Illinois. I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no pending disciplinary proceedings against me in any state or federal court. I have attached my Affidavit in Support of my Motion pursuant to Local Rule 1.3, as well as my certificates of good standing in the bars of the District of Columbia and the State of Illinois.

Dated: November 5, 2019

/s/ Julia K. York
Julia K. York
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, D.C. 20005
T:  (202) 371-7146
F: (202) 661-9126
E: Julia.york@skadden.com

*Counsel for Access World (USA) LLC*
 *(f/k/a Pacorini Metals USA, LLC)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION : : : | Case No. 1:13-md-02481 (PAE) |
| This document relates to: : : | |
| ALL ACTIONS : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### AFFIDAVIT OF JULIA K. YORK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Julia K. York, hereby attest:

1. I am counsel to Access World (USA) LLC (f/k/a Pacorini Metals USA, LLC) in this proceeding.

2. I am a member in good standing of the bars of the District of Columbia and the State of Illinois. Copies of my certificates of good standing in each jurisdiction are attached hereto.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 5, 2019

/s/ Julia K. York
Julia K. York
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, D.C. 20005
T:  (202) 371-7146
F: (202) 661-9126
E: Julia.york@skadden.com

*Counsel for Access World (USA) LLC*
*(f/k/a Pacorini Metals USA, LLC)*

2