UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | 13-MD-2481 (PAE) and all related cases<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at yesterday's conference, the Court hereby sets the following schedule and deadlines with regard to the First-Level Purchaser (FLP) plaintiffs' class certification motion:

- Defendants' *Daubert* opposition and their sur-reply in opposition to class certification are due November 15, 2019.

- FLPs' *Daubert* reply and their reply to defendants' sur-reply are due December 5, 2019.

Further, the Court hereby sets the following schedule and deadlines with regard to the Individual Plaintiffs' proposed motion to amend their complaint:

- Individual Plaintiffs' motion to amend is due November 18, 2019.

- Defendants' opposition, which shall focus on whether Judge Forrest's prior rulings preclude amendment, without prejudice to defendants' merits arguments, is due December 5, 2019.

Finally, Reynolds Consumer Products, LLC and Southwire Company, LLC's amended complaint is due November 18, 2019.

1

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 5, 2019
      New York, New York