UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN RE ALUMINUM WAREHOUSING   :
ANTITRUST LITIGATION         :
                             :     **Case No. 1:13-md-02481 (PAE)**
This document relates to:    :
                             :
**ALL ACTIONS**              :
                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>**ORDER FOR ADMISSION PRO HAC VICE**</u>

The motion of Julia K. York for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the State of Illinois and that her contact information is as follows:

> Julia K. York
> Skadden, Arps, Slate, Meagher & Flom LLP
> 1440 New York Avenue NW
> Washington, DC 20005
> T: (202) 371-7146
> F: (202) 661-9126
> E: Julia.york@skadden.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Access World (USA) LLC (f/k/a Pacorini Metals USA, LLC) in the above captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 6 , 2019

_____
Honorable Paul A. Engelmayer
United States District Judge