UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | 13-MD-2481 (PAE) and all related cases<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

At the November 4, 2019 conference in this multi-district litigation, the Court advised counsel of its intention to have a monthly telephone conference with counsel. The purpose of the conference is to keep the Court abreast of relevant developments in the litigation and to give the Court a forum to inquire about such matters with counsel.

The Court hereby schedules the first such conference for Friday, December 6, 2019, at 9 a.m. The Court directs lead counsel for plaintiffs to provide the Court and the defense with a dial-in number for the call. Although other counsel on the case are of course welcome to audit the call, the Court expects that no more than three lawyers per side will participate on the call. The Court directs that, two days prior to the call, counsel submit a brief joint letter summarizing recent developments in the case and identifying the call participants for each side.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 19, 2019
New York, New York