UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | 13-MD-2481 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed and approves of defendants' proposed redactions to the Declaration of David P. Kaplan, to Exhibits A, H, J, and K thereto, and to Exhibit 2 to the Declaration of John S. Playforth. Defendants may file the redacted versions on ECF and file the unredacted versions under seal. The Court appreciates defendants' diligence in responding to its concerns regarding filing under seal.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 19, 2019
New York, New York

1