UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

13-MD-2481 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth on the record of today's telephonic conference, the First Level Purchaser Plaintiffs' letter regarding sur-reply expert declarations is due Wednesday, December 11, 2019. Defendants' response is due Monday, December 16, 2019.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 6, 2019
New York, New York

1