UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | 13-MD-2481 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the First Level Purchaser Plaintiffs' email in response to the Court's December 9, 2019 Order regarding the redaction of certain documents. The Court has reviewed and approves of the First Level Purchaser Plaintiffs' proposed redactions to Exhibits 1A and 1B to the Declaration of Carmen A. Medici. The Court thanks counsel for reaching an agreement as to the public filing of the remaining documents referenced in the First Level Purchaser Plaintiffs' response to defendants' sur-reply in opposition to the class certification motion.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 17, 2019
       New York, New York