December 19, 2019

<u>**VIA ECF**</u>

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Aluminum Warehousing Antitrust Litig.*, No. 13-md-2481 (PAE)
(S.D.N.Y.); *Reynolds Consumer Prods., et al. v. Glencore AG, et al.*, No.
16-cv-5955 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

The parties respectfully submit this joint letter to update the Court on the ongoing discovery negotiations in the action brought by Plaintiffs Reynolds Consumer Products LLC ("Reynolds") and Southwire Company, LLC ("Southwire") (collectively, "Reynolds-Southwire"). Although the parties have not reached agreement on the scope of discovery, negotiations are ongoing. This letter reports on the current status of those negotiations.

1. The parties have tentatively agreed on a deadline of March 6, 2020 for substantial completion of document productions and a fact discovery deadline of May 7, 2020.

2. The parties have served one another with document requests and interrogatories, and have agreed to dates for serving their respective responses and objections.

3. Defendants have produced substantially the entire existing discovery record to Reynolds-Southwire, with the rest to be produced shortly.

4. The parties have met and conferred twice, and will continue to do so.

5. Defendants have requested that Reynolds-Southwire provide proposed search terms for documents unique to Reynolds-Southwire, so that Defendants can identify relevant documents, and assess and discuss burden and proportionality. Reynolds-Southwire are preparing proposed search terms and will provide them to Defendants.

6. Defendants have provided Reynolds-Southwire with the search terms to which the other plaintiffs previously agreed. Reynolds-Southwire will review the search terms and respond as necessary with any proposed revisions. Defendants believe that such revisions and certain of Reynolds-Southwire's document requests are inappropriate, because they seek to reopen negotiations concerning discovery already provided to the other plaintiffs. Reynolds-Southwire believe that they are entitled to additional information before agreeing to be bound by prior negotiations to which they were not a party. For example, Reynolds-Southwire would like to know whether Defendants produced any documents responsive to those requests. Similarly, while some of the Defendants have identified some previously produced documents that are potentially responsive to some of those

1

requests, they have not explained whether (a) Defendants responded to those requests, (b) Defendants narrowed their scope, or (c) if the FLPs or IPs withdrew those requests.

7. With respect to the parties' current disagreement concerning the issues referenced in point (6) above, the parties are continuing to meet and confer.

8. The parties will provide the Court with another update on the next status call with the Court.

Respectfully submitted,

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
By: /s/ Eliot Lauer
101 Park Avenue, Suite 3600
New York, New York 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

*Attorney for Defendant Glencore Ltd.*

SULLIVAN & CROMWELL LLP
By: /s/ Richard C. Pepperman II
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
(212) 558-3588 (fax)

*Attorney for Defendants Goldman Sachs*
*& Co. LLC, J. Aron & Company, Goldman*
*Sachs International, MITSI Holdings LLC,*
*and Metro International Trade Services LLC*

COVINGTON & BURLING LLP
By: /s/ Robert D. Wick
One City Center
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000

*Attorney for Defendants Henry Bath LLC,*
*JPMorgan Chase Bank, N.A., and*
*JPMorgan Securities PLC*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
By: /s/ Boris Bershteyn
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000

COHEN TAUBER SPIEVACK & WAGNER P.C.
By: /s/Alan Arkin
    Alan Arkin
420 Lexington Ave., Suite 2400
New York, NY 10170-2499
Tel: (212) 381-8730
Fax: (212) 586-5095
aarkin@ctswlaw.com

*Attorneys for Plaintiffs*

PALMERSHEIM & MATTHEW LLP
Robert J. Palmersheim, Esq.
Anand C. Mathew, Esq.
401 N. Franklin Street, Suite 4S
Chicago, IL 60654
Tel: (312) 705-3622
Fax: (312) 878-2890
rjp@thepmlawfirm.com
acm@thepmlawfirm.com

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*

HONIGMAN LLP
Matthew Mrkonic, Esq.
2290 First National Building
Detroit, MI 48226
Tel: (313) 465-7614
Fax: (313) 465-7615
Mmrkonic@honigman.com

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*

(212) 735-2000 (fax)

*Attorney for Defendant Access World (USA)*
*LLC (f/k/a Pacorini Metals USA, LLC)*