UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | 13-MD-2481 (PAE) and all related cases<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules the next telephonic conference in this case for Thursday, February 20, 2020, at 9 a.m. The Court directs lead counsel for plaintiffs to provide the Court and the defense with a dial-in number for the call. The Court further directs that, two days prior to the call, counsel submit a brief joint letter summarizing recent developments in the case and identifying the call participants for each side.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: January 17, 2020
New York, New York

1