UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

This Document Relates To:

*In re Aluminum Warehousing Antitrust Litigation* (Direct Purchaser Plaintiffs),
No. 14-cv-3116-PAE (S.D.N.Y.)

*Fujifilm Manufacturing U.S.A., Inc. v. Goldman Sachs & Co.*, No. 15-cv-8307-PAE (S.D.N.Y.)

13-md-2481 (PAE)
14-cv-3116 (PAE)
15-cv-8307 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of the unprecedented impact of COVID-19 on the Court's operations—as well as the Court's February 2020 revision of its Individual Rules regarding redactions and filing under seal—the Court directs the parties electronically to file under seal[1] unredacted text-searchable versions of all operative submissions relating to: (i) the two motions to dismiss for lack of personal jurisdiction pending in No. 15 Civ. 8307 (PAE) ("*Fujifilm* docket"); and (ii) the class certification and *Daubert* motions pending in No. 14 Civ. 3116 (PAE) ("*Direct Purchasers* docket"). The Court requests that the parties highlight in yellow any information that was redacted in the original filing. In keeping with the parties' existing practice, the documents relating to the motions to dismiss should be filed only on the *Fujifilm* docket, but the documents

---

[1] For the avoidance of doubt, the re-filed documents should be accessible by the Court and the parties only; public and/or redacted versions of the documents have already been filed on the docket. Each re-filed document should note, in docket text, to which existing docket number it corresponds.

relating to the class certification and *Daubert* motions should be filed on both the *Direct Purchasers* docket and the MDL docket, No. 13 MD 2481 (PAE).

The Court requests that the parties re-file the *Fujifilm* documents by Friday, April 17, 2020, and that the parties re-file the *Direct Purchasers* documents by Friday, April 24, 2020. The Court wishes all counsel well during these challenging times.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated:  April 14, 2020
        New York, New York