UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

This Document Relates To:

*In re Aluminum Warehousing Antitrust Litigation* (Direct Purchaser Plaintiffs),
No. 14-cv-3116-PAE (S.D.N.Y.)

13-md-2481 (PAE)
14-cv-3116 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 14, 2020, the Court issued an order directing the parties to re-file electronically under seal all operative submissions relating to two sets of motions. Dkt. 1234. The deadline for re-filing the second set of motions—the pending class certification and *Daubert* motions—is this Friday, April 24, 2020. To the extent that it is easier for counsel to provide the requested documents via email, counsel may elect to send the class certification and *Daubert* motion filings to EngelmayerNYSDChambers@nysd.uscourts.gov, in lieu of re-filing those documents under seal.[1]

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: April 14, 2020
       New York, New York

---

[1] The emailed documents should be unredacted, text-searchable, highlighted versions of all operative submissions—even those not originally filed under seal or with redaction—related to the class certification and *Daubert* motions. Each file name should contain the corresponding document number from the MDL docket and a shorthand description of the document (*e.g.*, "Dkt. 932 - FLPs Mem. re Class Cert.").