UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

This Document Relates To:

*In re Aluminum Warehousing Antitrust Litigation* (Direct Purchaser Plaintiffs), No. 14-cv-3116-PAE (S.D.N.Y.)

13-md-2481 (PAE)
14-cv-3116 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court directs the parties to file the presentations used in connection with yesterday's oral argument, as attachments to letters filed via ECF. The Court grants permission for the parties to redact any information subject to the Protective Order in this case from the public version of the filings.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: June 26, 2020
       New York, New York