June 30, 2020

<u>VIA ECF</u>

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Aluminum Warehousing Antitrust Litigation*,
                No. 13-MD-2481-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

      Pursuant to your order on June 26, 2020 (ECF No. 1263), attached to this letter are the presentations that Defendants used in connection with their oral argument in opposition to class certification. Redacted versions have been filed publicly and unredacted versions have been filed as court-and-party view only.

                                           Respectfully submitted,

                                                /s/ Robert D. Wick
                                                Covington & Burling LLP
                                                Counsel for JPMorgan and Henry Bath

                                                /s/ Richard C. Pepperman II
                                                Sullivan & Cromwell LLP
                                                Counsel for Goldman Sachs and Metro

                                                /s/ Eliot Lauer
                                                Curtis, Mallet-Prevost, Colt & Mosle LLP
                                                Counsel for Glencore Ltd.

                                                /s/ Boris Bershteyn
                                                Skadden, Arps, Slate, Meagher & Flom LLP
                                                Counsel for Access World (USA) LLC
                                                (f/k/a Pacorini Metals USA, LLC)