UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | 13-MD-2481 (PAE) and all related cases<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules the next telephonic conference in this case for Wednesday, August 19, 2020, at 10 a.m., using the Court's teleconference system.

**Dial-in Number:**   (888) 363-4749 or (215) 446-3662
**Access Code:**     468-4906

In advance of the call, the Court directs that, by Friday, August 7, 2020, counsel submit a joint letter setting forth the parties' views as to next steps in the case, summarizing any other recent developments in the case, and identifying the call participants for each side.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 23, 2020
New York, New York