UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | 13-MD-2481 (PAE) and all related cases <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth on the record at today's conference, the Court hereby sets the following schedule and deadlines with regard to the defendants' proposed consolidated summary judgment motion:

- Defendants' motion for summary judgment and opening brief are due September 2, 2020.
- Plaintiffs' opposition brief is due October 20, 2020.
- Defendants' reply is due November 20, 2020.

Further, the Court hereby schedules oral argument in this case for Friday, December 11, 2020, at 2:00 p.m. using the Court's teleconference system.

**Dial-in Number:** (888) 363-4749 or (215) 446-3662
**Access Code:** 468-4906

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 19, 2020
   New York, New York