Granted.

**SO ORDERED.**

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

August 19, 2020

August 18, 2020

<u>VIA ECF</u>

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: *In re Aluminum Warehousing Antitrust Litigation*,
           No. 13-MD-2481-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

    We write on behalf of FLPs in the above-referenced action. We respectfully request leave to file under seal FLPs' letter and certain exhibits cited in the letter regarding tomorrow's status conference call about upcoming deadlines and potential summary judgment issues. Specifically, the letter cites documents produced by Defendant Goldman Sachs that were designated "Attorneys' Eyes Only" and "Confidential" in this litigation (Exs. 1-4, 6). Under Section 10 of the parties' protective order, those documents must be filed under seal. ECF No. 381.

    Consistent with the Court's Individual Rules and Practices in Civil Cases §4.B, FLPs will contemporaneously file with the Court through the ECF system a copy of the proposed sealed documents. The exhibits that must be filed under seal will be provided in the unsealed and public version.

                           Respectfully submitted,

| s/ Patrick J. Coughlin | s/ Christopher Lovell | s/ Linda Nussbaum |
|---|---|---|
| Robbins Geller Rudman & Dowd LLP | Lovell Stewart Halebian Jacobson LLP | Nussbaum Law Group, P.C. |

                          Counsel for First Level Purchaser Plaintiffs

cc:    Counsel of Record via ECF