UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

13-md-2481 (PAE)
14 Civ. 211 (PAE)
14 Civ. 217 (PAE)
14 Civ. 3116 (PAE)
14 Civ. 6849 (PAE)
15 Civ. 8307 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has received the defendants' letter motion to file under seal their statement of undisputed material facts and certain exhibits cited therein in each of the above-captioned cases. Having reviewed the proposed redactions and documents to be filed under seal, the Court grants defendants' request.

    The Clerk of Court is respectfully directed to grant the motions pending at docket 1285 in 13-md-2481, docket 223 in 14 Civ. 211, docket 248 in 14 Civ. 217, docket 439 in 14 Civ. 3116, docket 158 in 14 Civ. 6849, and docket 212 in 15 Civ. 8307.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 3, 2020
       New York, New York