UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

13-md-2481 (PAE)
14 Civ. 211 (PAE)
14 Civ. 217 (PAE)
14 Civ. 3116 (PAE)
14 Civ. 6849 (PAE)
15 Civ. 8307 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants' letter motion to file under seal their reply to plaintiffs' response to defendants' statement of undisputed material facts. Having reviewed the proposed redactions, the Court grants defendants' request.

The Clerk of Court is respectfully directed to close the motions pending at docket 1304 in 13-md-2481, docket 242 in 14 Civ. 211, docket 267 in 14 Civ. 217, docket 458 in 14 Civ. 3116, docket 177 in 14 Civ. 6849, and docket 231 in 15 Civ. 8307.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: November 23, 2020
        New York, New York