**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Robert D. Wick

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5487
rwick@cov.com

December 7, 2020

VIA ECF

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Aluminum Warehousing Antitrust Litigation*,
              No. 13-MD-2481-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

      This Court has scheduled telephonic oral argument on Defendants' "umbrella standing" summary judgment motion at 2:00 p.m. on December 11, 2020. *See* ECF No. 1283. Consistent with the practice that this Court specified for telephonic oral argument on FLPs' motion for class certification, Defendants have proposed to Plaintiffs that any PowerPoint slide decks that the parties propose to use during the telephonic argument be (i) e-mailed, in PDF format, to Chambers at least 24 hours before the oral argument and (ii) provided to opposing counsel at least 30 minutes before the oral argument. *See* ECF No. 1259. Plaintiffs have indicated that they have no objection to this approach. Absent further instruction from the Court, the parties plan to proceed in that manner.

      Respectfully submitted,

      *s/ Robert D. Wick*
      Robert D. Wick
      Covington & Burling LLP
      Counsel for JPMorgan and Henry Bath