

WALTER+NOSS

+ Via ECF +

December 14, 2020

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

December 15, 2020

Re:   *In re Aluminum Warehousing Antitrust Litigation*
No. 13-MD-2481-PAE
*Fujifilm Manufacturing U.S.A., Inc. v. Goldman Sachs & Co.,*
No. 15-cv-8307-PAE

Dear Judge Engelmayer:

We write on behalf of FLPs and IPs in the above-referenced action. We respectfully request leave to file under seal the presentation used during Plaintiffs' oral argument on December 11, 2020. The presentation cites and discusses deposition testimony that has been designated by FLPs and IPs as Highly Confidential and/or Attorneys' Eyes Only in ECF No. 1298, Exs. 88, 92, 93, 94, and ECF No. 1301, Exs. IP-1, IP-8, IP-14, IP-15, and IP-28.

Under paragraph 10 of the stipulated protective order governing this case, those documents must be filed under seal. ECF No. 381. Consistent with the Court's Individual Rules and Practices in Civil Cases §4.B, FLPs and IPs will contemporaneously file with the Court through the ECF system a copy of the proposed sealed document. The document will be provided in the unsealed and public version.

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

s/ Walter W. Noss

Walter Noss