UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | 13 MD 2481 (PAE) and all related cases |
| | ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules the next telephonic conference in this case for Friday,

March 12, 2021, at 11:00 a.m., using the Court's teleconference system:

**Dial-in Number:** (888) 363-4749
**Access Code:** 468-4906

By Wednesday, March 3, 2021, counsel are directed to submit a joint letter setting forth the

parties' views as to next steps in the case, summarizing any other recent developments in the

case, and identifying the call participants for each remaining party.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: February 17, 2021
New York, New York