UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALUMINUM WAREHOUSING ANTITRUST LITIGATION | 13 MD 2481 (PAE) and all related cases |

ORDER

PAUL A. ENGELMAYER, District Judge:

A telephonic conference in this case is presently scheduled for March 12, 2021 at 11:00 a.m. Dkt. 1321. Due to a conflict with a criminal conference on the Court's schedule, the conference in this case is rescheduled for 1:00 p.m. the same day. The conference will remain telephonic, using the same dial-in information provided in the original scheduling order.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 3, 2021
    New York, New York