# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re ALUMINUM WAREHOUSING
ANTITRUST LITIGATION                                   13-MD-2481 (PAE)

-------------------------------------------------------------X   **JUDGMENT**

This Document relates to:

*In re Aluminum Warehousing Antitrust Litigation (First Level Purchaser Plaintiffs)*,
Case No. 1:14-cv-03116-PAE (S.D.N.Y.)

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 16, 2021, judgment is entered in favor of the defendants in case number 14 Civ. 3116, and that case is closed.

**Dated:** New York, New York
March 17, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: *[signature: David J. Thomas]*
_____
**Deputy Clerk**