# COVINGTON

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Robert D. Wick

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5487
rwick@cov.com

**By Electronic Case Filing**                                   November 15, 2021

Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1305
New York, NY 10007

> Re:  *In re Aluminum Warehousing Antitrust Litigation*, No. 13-md-2481;
>      *Reynolds Consumer Products LLC v. Glencore AG*, No. 16-cv-5955

Dear Judge Engelmayer:

    I write on behalf of all Defendants to request an extension of the deadline for the parties to file summary judgment and *Daubert* motions from December 17, 2021 to January 14, 2022, and corresponding extensions of later deadlines related to the briefing schedule for these motions. Plaintiffs Reynolds and Southwire consent to the request.

    Defendants seek this extension for the following reasons. First, defense counsel have been heavily occupied with a series of other matters related to this and other cases, including preparing a double-length Brief of Defendants-Appellees (due on November 23) in the pending appeals in the IP and FLP cases. Second, Defendants anticipate filing a single summary judgment motion and a single Daubert motion on behalf of all Defendants, and the additional time will help Defendants coordinate on a single consolidated submission. Third, the additional time would enable Defendants to prepare more concise and cogent papers for the benefit of the Court. Finally, the requested extension will preserve the Thanksgiving holiday for Defendants and their counsel.

    For these reasons, Defendants respectfully request that the Court so order the following amendments to the existing schedule:

**COVINGTON**

Honorable Paul A. Engelmayer
November 15, 2021
Page 2

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Plaintiffs' reply expert reports (with backup data and code) | November 16, 2021 | No change |
| Pre-motion conference letters | November 19, 2021 | No change |
| Response to pre-motion conference letters | November 30, 2021 | No change |
| Expert depositions completed | December 3, 2021 | No change |
| Motions for summary judgment and *Daubert* motions | December 17, 2021 | January 14, 2022 |
| Oppositions | February 14, 2022 | March 14, 2022 |
| Replies | March 16, 2022 | April 13, 2022 |
| Hearing | As set by the Court | No change |

There have been no prior extensions of the summary judgment and *Daubert* deadline. Plaintiffs consent to this request.

Respectfully submitted,

*s/ Robert D. Wick*
Robert D. Wick

*Counsel to the JPMorgan defendants*

cc:   All Counsel—by ECF


Granted. Parties' proposed amended schedule is adopted. The Court wishes the parties a happy Thanksgiving holiday.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
11/15/21