UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ALUMINUM WAREHOUSING
ANTITRUST LITIGATION

13 Md. 2481 (PAE)
and all related cases

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

On January 28, 2022, the Court received a request on consent from plaintiffs for (1) leave to file a supplemental declaration from plaintiffs' expert, Dr. James Burrows, to respond to the supplemental declaration from defendants' expert, Dr. Mark Israel, and (2) an extension for plaintiffs to file their response to summary judgment and *Daubert* motions from March 14, 2022 to April 22, 2022, and a related extension for defendants' replies to the motion for summary judgment and *Daubert* motions from April 13, 2022 to June 3, 2022.  Dkt. 1356.

The Court is prepared to grant these sensible requests, provided that the proposed schedule be modified to provide for the final briefs to be submitted by May 20, 2022.  That is to accommodate the Court's schedule as to the turnover of law clerks.  The May 20 date will allow the Court's current law clerk assigned to the case sufficient time to work on these motions once fully briefed.  The Court directs the parties to submit a proposed revised such schedule for its review by February 4, 2022.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: January 31, 2022
New York, New York