

Robert J. Palmersheim
Partner
PALMERSHEIM & MATHEW LLP
401 N. Franklin Street, Suite 4S
Chicago, Illinois 60654
rjp@thepmlawfirm.com

February 3, 2022

*Via Electronic Case Filing*

Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1305
New York, NY 10007

RE:   *In re Aluminum Warehousing Antitrust Litigation*, No. 13-md-2481;
      *Reynolds Consumer Products LLC v. Glencore AG*, No. 16-cv-5955

Dear Judge Engelmayer:

Pursuant to the Court's January 31, 2022 Order (DE 218; MDL DE 1357), the parties respectfully submit the following proposed revised schedule for summary judgment and *Daubert* motions:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Plaintiffs' Opposition to Motion for Summary Judgment and *Daubert* motion | March 14, 2022 | April 18, 2022[1] |
| Plaintiffs' Supplemental Expert Declaration | N/A | April 18, 2022 |
| Defendants' Replies to Motion for Summary Judgment and *Daubert* motion | April 13, 2022 | May 20, 2022 |
| Hearing | As set by the Court | No change |

The parties are appreciative of the law clerks that have worked on this case and thank them for their service.

---

[1] Plaintiffs also have agreed to send Defendants their draft Rule 56.1 statement two weeks in advance (on April 4, 2022), and to serve Defendants with a complete set of their reply submissions, including their supplemental expert declaration, by 5:00 pm ET on April 18, 2022.

Honorable Paul A. Engelmayer
Page 2



Sincerely,

Robert J. Palmersheim

*Counsel for Plaintiffs*

cc: All Counsel—by ECF

Granted. The Court thanks the parties for this letter. The proposed revised schedule is hereby adopted. The Clerk of the Court is respectfully directed to close the motion pending at docket 1356. SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
2/4/22