UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Agfa Corporation and Agfa Graphics, N.V. v. The Goldman Sachs Group, Inc.*, Case No. 1:14-cv-0211-PAE (S.D.N.Y.)<br><br>*Mag Instrument, Inc. v. The Goldman Sachs Group, Inc.*, Case No. 1:14-cv-00217-PAE (S.D.N.Y.)<br><br>*Eastman Kodak Company v. The Goldman Sachs Group, Inc.*, Case No. 1:14-cv-06849-PAE (S.D.N.Y.)<br><br>*FUJIFILM Manufacturing U.S.A., Inc. v. Goldman Sachs & Co.*, Case No. 1:15-cv-08307-PAE | MDL No. 2481<br><br>Master Docket No.<br>13-md-2481 (PAE) |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, Plaintiffs Agfa Corporation's and Agfa Graphics N.V.'s, Mag Instrument, Inc.'s, Eastman Kodak Company's, and Fujifilm Manufacturing USA, Inc. (collectively, "Plaintiffs"), by and through the undersigned counsel, respectfully request that the appearance of Kristen M. Anderson of Scott+Scott Attorneys at Law LLP be withdrawn in this matter. Plaintiffs will continue to be represented by counsel from Scott+Scott Attorneys at Law LLP. This Motion is not being made for the purpose of causing any delay, and granting this Motion will neither cause any delay nor prejudice any party. Plaintiffs are aware of this motion.

WHEREFORE, Plaintiffs respectfully request that the appearance of Kristen M. Anderson in this matter be withdrawn.

Respectfully submitted,

Date:  August 8, 2022

SCOTT+SCOTT ATTORNEYS AT LAW LLP

s/ *Walter W. Noss*

Walter W. Noss
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
wnoss@scott-scott.com

*Attorneys for Plaintiffs*

Granted.  SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
August 8, 2022